| **Fill in this information to identify your case:** |
| --- |

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____    Chapter ___7___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | Delta Career Education Corporation |

| | | |
| --- | --- | --- |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA  Delta Career Education Corporation |

| | | |
| --- | --- | --- |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 75-3135135 |

| | | |
| --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

<table>
<tr><td></td><td></td><td>

P.O. Box 1197
Richmond, VA 23218-1197
Number, Street, City, State & ZIP Code

Richmond City
County

</td><td>

c/o The UPS Store
107 S West Street, Ste. 823
Alexandria, VA 22314
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

</td></tr>
</table>

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | www.deltaed.com |

| | | |
| --- | --- | --- |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Delta Career Education Corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    6113

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | see Petition Exhibit 1 | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

Debtor    Delta Career Education Corporation                                    Case number (*if known*) _____
        Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____
         Contact name    _____
         Phone    _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Delta Career Education Corporation _____    Case number (*if known*) _____
          Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
    of authorized
    representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    7/27/2018
               _____
               MM / DD / YYYY

**X**    /s/ Martina Hansen _____        Martina Hansen _____
         Signature of authorized representative of debtor    Printed name

Title    CEO Delta Career Education Corporation _____

**18. Signature of attorney**

**X**    /s/ Peter J. Barrett _____        Date    7/27/2018 _____
         Signature of attorney for debtor                          MM / DD / YYYY

Peter J. Barrett _____
Printed name

Kutak Rock LLP _____
Firm name

901 East Byrd Street
Suite 1000
Richmond, VA 23219
Number, Street, City, State & ZIP Code

Contact phone    804-644-1700 _____        Email address    peter.barrett@kutakrock.com _____

46179 VA _____
Bar number and State

**Petition Exhibit 1**

| Corporation | EIN | Court |
|---|---|---|
| Delta Career Education Corporation | 75-3135135 | USBC Eastern District of Virginia, Richmond Division |
| Delta Educational Systems, Inc. | 54-1859702 | USBC Eastern District of Virginia, Richmond Division |
| Academy of Court Reporting, Inc. | 34-1083484 | USBC Eastern District of Virginia, Richmond Division |
| Atlantic Coast Colleges, Inc. | 54-1404068 | USBC Eastern District of Virginia, Richmond Division |
| Berks Technical Institute, Inc. | 36-4359439 | USBC Eastern District of Virginia, Richmond Division |
| Creative Circus, Inc. | 20-0001026 | USBC Eastern District of Virginia, Richmond Division |
| McCann Education Centers, Inc. | 23-2192761 | USBC Eastern District of Virginia, Richmond Division |
| McCann School of Business and Technology, Inc. | 72-1132608 | USBC Eastern District of Virginia, Richmond Division |
| Miller-Motte Business College, Inc. | 56-1251751 | USBC Eastern District of Virginia, Richmond Division |
| National Career Education, Inc. | 94-2963855 | USBC Eastern District of Virginia, Richmond Division |
| Palmetto Technical College, Inc. | 54-2006130 | USBC Eastern District of Virginia, Richmond Division |
| Piedmont Business College, Inc. | 56-1554202 | USBC Eastern District of Virginia, Richmond Division |
| Southwest Business Colleges, Inc. | 84-0743438 | USBC Eastern District of Virginia, Richmond Division |
| The Miami-Jacobs Business College Company | 31-0558736 | USBC Eastern District of Virginia, Richmond Division |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DELTA CAREER EDUCATION | ) | Case No. 18-_____ (___) |
| CORPORATION, *et al.*,[1] | ) | |
| | ) | Joint Administration Requested |
| Debtor. | ) | |
| | ) | |

**GLOBAL NOTES AND
STATEMENT OF LIMITATIONS, METHODOLOGY,
AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Delta Career Education Corporation and certain of its subsidiaries and affiliates (collectively, the "Debtors"), have filed their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"). The Debtors, with the assistance of their legal advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

Martina Hansen has signed the Schedules and Statements. Ms. Hansen serves as the Chief Executive Officer of each of the Debtors, is the Debtors' representative in bankruptcy and is authorized to sign on behalf of the Debtors. In reviewing and signing the Schedules and Statements, Ms. Hansen has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' legal advisors.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their directors, officers, agents and advisors do not guarantee or warrant the

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, include Delta Career Education Corporation (5135); Delta Educational Systems, Inc. (9702); National Career Education, Inc. (3855); Southwest Business Colleges, Inc. (3438); Creative Circus, Inc. (1026); Atlantic Coast Colleges, Inc. (4068); McCann Education Centers, Inc. (2761); Berks Technical Institute, Inc. (9439); McCann School of Business and Technology (2608); Miller-Motte Business College, Inc. (1751); Palmetto Technical College, Inc. (6130); Piedmont Business Colleges, Inc. (4202); Academy of Court Reporting, Inc. (3484); and The Miami-Jacobs Business College Company (9487).

accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements.

For the avoidance of doubt, the Debtors and their agents and advisors hereby reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate, but expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law.

In no event shall the Debtors or their directors, officers, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

### <u>Global Notes and Overview of Methodology</u>

1.  **<u>Description of Case.</u>**  On July 26 and 27, 2018 (the "<u>Petition Date</u>"), the Debtors filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code.  Each Debtor has filed its own Schedules and Statements. The information provided in the Schedules and Statements, except as otherwise noted, is reported as of the Petition Date.  A corporate organizational chart is appended to these global notes (the "<u>Global Notes</u>").  Delta Career Education Corporation and Delta Educational Systems, Inc. serve as holding companies for the other twelve debtors.

2.  **<u>Global Notes Control.</u>**  These Global Notes pertain to and comprise an integral part of each of the Debtors' Schedules and Statements and should be referenced in connection with any review thereof.  In the event that the Schedules and Statements conflict with the Global Notes, the Global Notes shall control.

3.  **<u>Reservations and Limitations.</u>**  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements. However, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except as required by applicable law.  Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 7 cases.  Any specific reservation of rights contained elsewhere in these Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

    (a)  **No Admission.**  Nothing contained in the Schedules and Statements or the Global Notes is intended to be or should be construed as an admission or stipulation of the validity of any claim against the Debtors or any assertion made.

(b)  **Recharacterization and Classifications.**  Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.  The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

For the avoidance of doubt, listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of any rights to recharacterize or reclassify such claim or contract.

(c)  **Claims Description.**  Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by such Debtor that such amount is not "disputed," "contingent," or "unliquidated."  Moreover, listing a claim does not constitute an admission of liability by the Debtors.  The Debtors reserve all rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

(d)  **Estimates and Assumptions.**  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts, including but not limited to amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of filing the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ materially from such estimates.

(e)  **Causes of Action.**  Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  Nothing in these Global Notes or the Schedules and Statements should be construed as a waiver of any such causes of action.

(f)  **Intellectual Property Rights.**  Exclusion of any intellectual property should not be construed as an admission that such intellectual property rights have been abandoned, terminated, or otherwise expired by their terms, or assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed as an admission that such intellectual property rights have not been abandoned, terminated, or otherwise expired by their terms, or assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

3

(g)     **Employees.**  All employees were employed and paid by Delta Career Education Corporation.

4.    **Transaction.**  On January 18, 2018, STVT-AAI Education, Inc. (d/b/a Ancora Education) acquired certain assets from the Debtors, including campuses operating under the names of Berks Technical Institute, McCann School of Business and Technology, Miller-Motte College, Miller Motte Technical College and Creative Circus as well as certain campuses that offered professional truck driver training under the name of International Schools (the "Transaction").[2]  Following the closing of the Transaction, the Debtors began the wind-down of their remaining assets, which wind-down has now been completed.  In connection with the wind down, the Debtors closed all remaining leased locations and, except as specifically set forth in the Schedules and Statements, disposed of the remaining assets located at such leased locations, primarily by donating those assets to local schools or charities such as Goodwill.  Where donation was unavailable or impractical, certain assets were disposed of as waste.  A very small number of items were sold.  In those instances where a sale was conducted, the funds received were deposited into the Debtors' bank accounts.  As part of the wind down, the Debtors ceased business operations and, as of the Petition Date, the Debtors have no office locations.  The Alexandria, Virginia mailing address noted on the petitions and in the Schedules and Statements is not an office or location of the Debtors but is a mail box at The UPS Store in Alexandria, Virginia used by the Debtors to receive mail.  In addition, the Debtors' registered agents for service of process have resigned or were terminated following the Transaction, thereby implicating Va. Code § 12.1-19.1.

5.    **Methodology.Basis of Presentation.**  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") nor are they intended to be fully reconciled to the financial statements of the Debtors.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of the Debtors on an unconsolidated basis.

(b)     **Duplication.**  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

(c)     **Net Book Value.**  Current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtors.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of June, 2018.  Market values may vary—at some times materially—from net book values.  Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book

---

[2] The Amended and Restated Asset Purchase Agreement executed in connection with the Transaction and related documents are available for inspection by the Chapter 7 Trustee.

4

value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset and any such omission does not constitute a waiver of any rights with respect to such asset.

(d)    **Property and Equipment.**  Unless otherwise indicated, owned property and equipment are valued at net book value.  Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement).

(e)    **Unknown Amounts.**  The description of an amount as "unknown" is not intended to reflect upon the materiality of such amount.

(f)    **Totals.**  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

(g)    **Credits and Adjustments.**  The claims of individual creditors are listed as the amounts entered on the Debtors' books and records and may not reflect credits or other adjustments due from such creditors to the Debtors.

(h)    **Intercompany Claims.**  Following the Transaction, the Debtors' books and records have not been fully updated and reconciled.  Intercompany claims, which may be debt or equity, in some instances are not reported on Statement 4, Schedule A/B, and Schedule E/F because such intercompany claims are not evident per the Debtors' books and records.

(i)    **Guarantees and Other Secondary Liability Claims.**  The Debtors have exercised reasonable efforts to locate and identify guarantees in their executory contracts, unexpired leases, financings, and other such agreements.  The Debtors may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue to review their books and records and contractual agreements.  The Debtors reserve their right, but are not required, to amend the Schedules and Statements if additional guarantees are identified.

(j)    **Excluded Assets and Liabilities.**  The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements, including, but not limited to: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred revenue accounts; and certain accrued liabilities.  Other immaterial assets and liabilities may also have been excluded.

(k)    **Liens.**  The property and equipment listed in the Schedules and Statements are presented without consideration of any liens.

(l)    **Setoffs.**  The Debtors may have incurred setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes.  Although such setoffs and other similar rights may have

5

been accounted for when scheduling certain amounts, these setoffs are not independently accounted for and, as such, are or may be excluded from the Debtors' Schedules and Statements. In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware.

6.    **Specific Schedules Disclosures.**

(a)    **Schedule A/B, Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments.** The Debtors' cash balances are listed as of the Petition Date.

(b)    **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.** Ownership interests in subsidiaries have been listed in Schedule A/B, Part 4, as $0 because those subsidiaries have also filed voluntary petitions under chapter 7 of the Bankruptcy Code.

(c)    **Schedule A/B, Part 7 – Office Furniture, Fixtures and Equipment; and Collectibles.** See Note No. 4 above.

(d)    **Schedule A/B, Part 9 – Real Property.** Following the Transaction, the Debtors moved out of their leased locations and returned such locations to their respective landlords. A list of the Debtors' prior leased locations is available for inspection.

(e)    **Schedule A/B, Part 10 – Intangibles and Intellectual Property.** The Debtors have retained certain student records in the ordinary course of business subject to a privacy policy and document retention protocol.

(f)    **Schedule A/B, Part 11 – All Other Assets.** Dollar amounts are presented net of impairments and other adjustments.

*Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtors and Rights to Setoff Claims.* In the ordinary course of business, the Debtors may have accrued certain rights to counter-claims, cross-claims, setoffs, and refunds with third-parties. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

*Interests in Insurance Policies or Annuities.* A list of the Debtors' insurance policies and related information is available to the Trustee, creditors or other parties in interest. The Debtors believe there is little or no cash value to the vast majority of such insurance policies.

*Tax Refunds and Unused Net Operating Losses (NOLs).* Because the Debtors' federal returns are filed on a consolidated basis, the federal NOL is only reported on the Schedules of Delta Career Education Corporation. In addition, the Debtors, in the ordinary course of business, have used refunds from one tax year to pre-pay certain taxes, such as franchise taxes, for the following year. These prepayments

may result, once the tax returns for fiscal year 2017 are completed, in one or more refunds in undetermined amounts.

**Other Property of any Kind Not Already Listed.**  The Debtors have an interest under (i) that certain Commercial Surety General Indemnity Agreement, dated September 9, 2013, between RLI Corp. and the Debtors, and (ii) that certain Agreement of Indemnity Commercial Bond, dated July 13, 2010, between International Fidelity Insurance Company and the Debtors (collectively, clauses (i) and (ii) the "Contracts").  The Debtors also have an interest in and to certain funds and proceeds from the Contracts held by providers of the surety bonds under the Contracts.  The Debtors' interest in such Contracts, funds and the proceeds therefrom is limited to the extent set forth in that certain Escrow Agreement, dated January 18, 2018, by and between certain of the Debtors, Ancora Intermediate Holdings, LLC and Citibank, N.A. as well as certain other agreements executed in connection with the Transaction.

(g)  **Schedule D – Creditors Who Have Claims Secured by Property.**

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and to determine the nature, extent, and priority of any liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. In certain instances, a Debtor may be a co-obligor or guarantor with respect to scheduled claims of another Debtor and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

Field Point Agency Services, Inc. (the "Secured Agent") as the administrative agent under that certain Amended and Restated Credit Agreement (the "Credit Agreement"), dated November 22, 2016, has a secured and perfected lien on substantially all assets of the Debtors.  The amounts set forth as outstanding under the Debtors' prepetition loan facilities reflect approximate amounts as of the Petition Date.

(h)  **Schedule E/F – Creditors Who Have Unsecured Claims.**

**Part 2 - Creditors with Nonpriority Unsecured Claims.**  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Schedule E/F, Part 2, does not include

7

claims that may arise in connection with the rejection or termination of any executory contracts or unexpired leases.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors had not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date.  Accordingly, the information contained in Schedules D and E/F may be incomplete.  The Debtors reserve their right to, but undertake no obligations to, amend Schedules D and E/F if and as they receive such invoices.

The Secured Agent also would have an unsecured deficiency claim to the extent that the value of the collateral does not cover the amounts due under the Credit Agreement.

(i)      **Schedule G – Executory Contracts and Unexpired Leases.**  While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G.

In some cases, the same supplier or provider may appear multiple times in Schedule G.  Multiple listings, if any, reflect distinct agreements between the Debtors and such supplier or provider.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract.  Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.

7.      **Specific Statements Disclosures.**

(a)      **Statements, Part 1, Question 1 – Income and Gross Revenue.**  Amounts are listed for the current fiscal year through June 30, 2018, the normal end of the

Debtors' fiscal year, rather than the Petition Date.  Since the Debtors' operations ceased at the end of May 2018, with one single exception, the Debtors did not receive any material revenue from the date of reporting through the Petition Date. On July 2, 2018, Delta Educational Systems, Inc. received a wire transfer in the amount of $500,000 in connection with the termination of certain surety bonds following the cessation of operations as set forth in more detail in the documents related to the Transaction.  Finally, tuition and bookstore revenue, included in the total revenue amounts, are reported on a net basis, tracking with the Debtors' audited financial statements.

(b)      **Statements, Part 2, Questions 3 and 4 – Payments to Certain Creditors.**

The payments to creditors and insiders listed in response to Questions 3 and 4 on each of the Debtors' Statements reflect only payments made directly by that Debtor.

Because of the centralized nature of the Debtors' cash management system, the Debtors have not disclosed intercompany activity that took place between the Debtors' various accounts at Bank of America.  All other intercompany activity has been disclosed.  The Debtors will make the Bank of America account statements, along with bank account reconciliations, available for inspection by the Trustee, the United States Trustee, creditors and parties in interest.  In addition, certain payments may be listed in other portions of the Statements and may not be duplicated herein.

(c)      **Statements, Part 4, Question 9 – Certain Gifts and Charitable Contributions.** See Note No. 4 above.

(d)      **Statements, Part 5, Question 10 – Certain Losses.**  Given the scale of the Debtors' prior business, certain losses cannot be tracked by the Debtors with complete accuracy.  As such, only known losses have been included in the listing.

(e)      **Statements, Part 6, Question 13 – Other Transfers.**  See Note No. 4 above.

(f)      **Statements, Part 7, Question 14 – Previous Addresses.**  Leased school locations were used by certain Debtors during the last three years and those leases may be disclosed on Schedule G.  The previous addresses disclosed in response to Question 14 are corporate locations, as opposed to leased school locations, that have, at relevant times, been used by the Debtors in the three years prior to the Petition Date. The Debtors' mailing address of 107 S West Street, Ste. 823 (c/o The UPS Store), Alexandria, VA 22314 is a mail box at The UPS Store in Alexandria, Virginia used by the Debtors to receive mail and such address is not an office or location of the Debtors.

(g)      **Statements, Part 13, Question 26 – Books, Records, and Financial Statements.** The Debtors have used their best efforts to disclose the identities of certain parties, such as banks, auditors, potential investors, vendors, and financial advisors who have received financial statements.  However, the Debtors do not maintain

9

complete lists or other records tracking such disclosures.  Therefore, the Debtors may have not provided full lists of these parties in their responses to Question 26.

(h)     **Statements, Part 13, Question 28 – Current Partners, Officers, Directors, and Shareholders.**  Delta Career Education Corporation incorporates by reference the *List of Equity Security Holders* filed as part of its Voluntary Petition.  In addition, the Debtors have listed only entities that are the direct owners of an individual Debtor.

(i)      **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.**  Distributions by the Debtors to their directors, officers and shareholders are provided in response to Questions 3 and 4. Certain directors and executive officers of one debtor are also directors and executive officers of certain of the other debtors. To the extent payments to such individuals are not listed in the response to Questions 3 and 4 on the Statements for such other debtors, they did not receive payment for their services as directors or executive officers of these entities. Certain of the Debtors' directors and executive officers received distributions net of tax withholdings in the year preceding the Petition Date.  The amounts listed under Questions 3 and 4 reflect the gross amounts paid to such directors and executive officers rather than the net amounts after deducting for tax withholdings.

8.      <u>**Disclosure of Compensation of Attorney for Debtors.**</u>  Following the consummation of the Transaction, certain funds were transferred to, deposited with or remained in accounts controlled by Delta Career Education Corporation for its benefit and the benefit of the other Debtors in order to fund the Debtors' wind down.  Kutak Rock LLP ("<u>Kutak Rock</u>"), as counsel for the Debtors, received a retainer in the aggregate amount of $270,000, or $19,285.71 per Debtor.  Prior to the Petition Date, Kutak Rock applied $186,328.74 ($13,309.20 per Debtor) of this amount to outstanding pre-petition invoices. The balance, $83,671.26 ($5,976.52 per Debtor), was accepted as an advanced fixed fee by Kutak Rock for its services to the Debtors.  The Debtors also advanced to Kutak Rock chapter 7 filing fees totaling $4,690.00 ($335 per Debtor).

## Corporate Organizational Chart



**Fill in this information to identify the case:**

Debtor name    Delta Career Education Corporation

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

**Part 1:**    **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
     Copy line 88 from *Schedule A/B*....................................................................................................    $ _____ 0.00

    1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.................................................................................................    $ _____ 45,613,483.30

    1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..................................................................................................    $ _____ 45,613,483.30

**Part 2:**    **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $ _____ 15,459,239.64

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$ _____ 30,405,778.96

4.   **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b      $ _____ 45,865,018.60

**Fill in this information to identify the case:**

Debtor name    Delta Career Education Corporation

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
     Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

4.    **Other cash equivalents** *(Identify all)*

     4.1.    Guardian Insurance Company (Terminal Claim Processing)      $25,000.00

5.    **Total of Part 1.**            $25,000.00
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

     7.1.    The Mortimer Levitt Foundation Inc. - Virginia Beach Office      $12,089.30

     7.2.    Automated Information Systems      $5,000.00

     7.3.    STG International - Alexandria Office      $195,000.00

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Delta Career Education Corporation | Case number *(If known)* |
|---|---|---|
| | Name | |

| 7.4. | Discovery Benefits - FSA | $45,000.00 |
|---|---|---|
| 7.5. | Aeroteck, Inc. - Retainer | $30,000.00 |
| 7.6. | Billing Document Services (W-2 and 1099 processing) | $2,310.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| | $289,399.30 |
|---|---|

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☒ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |

| 15.1. | Delta Educational Systems | 100 % | | $0.00 |
|---|---|---|---|---|
| 15.2. | National Career Education, Inc. | 100 % | | $0.00 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**
Add lines 14 through 16.  Copy the total to line 83.

| | $0.00 |
|---|---|

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

| Debtor | Delta Career Education Corporation | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 6:</td><td colspan="4"><strong>Farming and fishing-related assets (other than titled motor vehicles and land)</strong></td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 7:</td><td colspan="4"><strong>Office furniture, fixtures, and equipment; and collectibles</strong></td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** See Schedule G | $0.00 | | $0.00 |

| | | |
|---|---|---|
| 40. | **Office fixtures** | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |

| | | |
|---|---|---|
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $0.00 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td>Part 8:</td><td colspan="4"><strong>Machinery, equipment, and vehicles</strong></td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | See Schedule G | $0.00 | | $0.00 |

| | | |
|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Delta Career Education Corporation | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

49.　　**Aircraft and accessories**

50.　　**Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.　　**Total of Part 8.**
　　　　Add lines 47 through 50.  Copy the total to line 87.

| _____ $0.00 |
|---|

52.　　**Is a depreciation schedule available for any of the property listed in Part 8?**
　　　　■ No
　　　　☐ Yes

53.　　**Has any of the property listed in Part 8 been appraised by a professional within the last year?**
　　　　■ No
　　　　☐ Yes

**Part 9:**　　**Real property**

**54. Does the debtor own or lease any real property?**

　　　　■ No.  Go to Part 10.
　　　　☐ Yes Fill in the information below.

**Part 10:**　　**Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

　　　　☐ No.  Go to Part 11.
　　　　■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.　**Patents, copyrights, trademarks, and trade secrets** service marks, copyrights | $0.00 | | $0.00 |
| 61.　**Internet domain names and websites** domain registrant | $0.00 | | $0.00 |

62.　**Licenses, franchises, and royalties**

63.　**Customer lists, mailing lists, or other compilations**

64.　**Other intangibles, or intellectual property**

65.　**Goodwill**

66.　**Total of Part 10.**
　　　Add lines 60 through 65. Copy the total to line 89.

| _____ $0.00 |
|---|

67.　**Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
　　　■ No
　　　☐ Yes

68.　**Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
　　　■ No
　　　☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　　　　Best Case Bankruptcy

| Debtor | Delta Career Education Corporation | Case number *(if known)* |
|---|---|---|
| | Name | |

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.** **Notes receivable**<br>Description (include name of obligor) | |
| **72.** **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| Federal Net Operating Loss    Tax year  2016 | $45,299,084.00 |
| State Net Operating Loss    Tax year  2016 | Unknown |
| **73.** **Interests in insurance policies or annuities** | |
| **74.** **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **76.** **Trusts, equitable or future interests in property** | |
| **77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>As more fully described in the Global Notes, certain interests related to (i) that certain Commercial Surety General Indemnity Agreement, dated September 9, 2013, between RLI Corp. and the Debtors, and (ii) that certain Agreement of Indemnity Commercial Bond, dated July 13, 2010, between International Fidelity Insurance Company and the Debtors, as limited by certain agreements entered into in connection with the January 2018 sale transaction. | Unknown |
| Cash Collateral Escrow Agreements, dated as of September 9, 2013 and January 14, 2014, between International Fidelity Insurance Company and Atlantic Coast Colleges, Inc., Berks Technical Institute, Inc., Creative Circus, Inc., Delta Career Education Corporation, McCann Education Centers, Inc., McCann School of Business and Technology, Inc. Miller-Motte Business College, Inc., Palmetto Technical College, Inc. and Piedmont Business Colleges, Inc. | Unknown |

Debtor      Delta Career Education Corporation                                    Case number *(If known)* _____
            _____
            Name

Escrow Agreement, dated January 18, 2018, between
Ancora Intermediate Holdings LLC, Citibank, National
Association and Atlantic Coast Colleges, Inc., Berks
Technical Institute, Inc.,  Creative Circus, Inc., Delta Career
Education Corporation, McCann Education Centers, Inc.,
McCann School of Business and Technology, Inc.
Miller-Motte Business College, Inc., Palmetto Technical
College, Inc. and Piedmont Business Colleges, Inc.                                            Unknown
                                                                                   _____

---

78.    **Total of Part 11.**                                                          | $45,299,084.00 |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    Delta Career Education Corporation                                    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $25,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $289,399.30 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | +  $45,299,084.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $45,613,483.30 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $45,613,483.30 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Delta Career Education Corporation___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF VIRGINIA___

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Field Point Agency Services, Inc.**<br>Creditor's Name<br><br>80 Field Point Road, Ste. 101<br>Greenwich, CT 06830<br>Creditor's mailing address<br><br><br>Creditor's email address, if known | **Describe debtor's property that is subject to a lien**<br>All assets<br><br><br>**Describe the lien**<br>UCC-1<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | $15,459,239.64 | Unknown |

**Date debt was incurred**
11/22/2016
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $15,459,239.64 |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Marblegate Special Opportunities Master Fund, L.P.<br>80 Field Point Road, Ste. 101<br>Greenwich, CT 06830 | Line _2.1_ | |

**Fill in this information to identify the case:**

Debtor name    Delta Career Education Corporation

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

   1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

     ■ No. Go to Part 2.

     ☐ Yes. Go to line 2.

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

   3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1**   **Nonpriority creditor's name and mailing address** <br> AEROTEK, INC <br> 3689 COLLECTION CTR DR <br> CHICAGO, IL 60693 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $249,606.59 |
| **3.2**   **Nonpriority creditor's name and mailing address** <br> ALAQUEST INTERNATIONAL, INC. <br> 28 MOLASSES HILL ROAD <br> LEBANON, NJ 08833 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $950.00 |
| **3.3**   **Nonpriority creditor's name and mailing address** <br> ALLIED UNIVERSAL SECURITY SERVICES <br> PO BOX 31001-2374 <br> PASADENA, CA 91110 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $16,730.62 |
| **3.4**   **Nonpriority creditor's name and mailing address** <br> AMBASSADOR COLLEGE BOOK - MELVILLE <br> 445 BROAD HOLLOW RD <br> SUITE 206 <br> MELVILLE, NY 11747 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $5,458.14 |

| Debtor | Delta Career Education Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,418.62 |
|---|---|---|---|

American Express
2401 W. Behrend Drive, Ste. 55
M/C 24-02-18
Phoenix, AZ 85027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,214,000.00 |
|---|---|---|---|

ANCORA EDUCATION
8701 BEDFORD EULESS ROAD, #400
HURST, TX 76053

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** working capital adjustment

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $73,015.92 |
|---|---|---|---|

AON CONSULTING, INC.
200 E RANDOLPH ST
CHICAGO, IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,936.98 |
|---|---|---|---|

APPLE INC - BOX 281877
PO BOX 281877
ATLANTA, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $77,087.06 |
|---|---|---|---|

BEACON HILL STAFFING GROUP, LLC
PO BOX 846193
BOSTON, MA 02284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,000.00 |
|---|---|---|---|

BRIGHTEDGE TECHNOLOGIES INC
989 E HILLSDALE BLVD
STE 300
FOSTER CITY, CA 94404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $302,721.25 |
|---|---|---|---|

CAMPUS MANAGEMENT CORP
5201 CONGRESS AVE
SUITE 220A
BOCA RATON, FL 33487

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Delta Career Education Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,150.00 |
|---|---|---|---|

CAREER EDGE LLC / CHRIS KUSELIAS
250 STATE ST C2
NORTH HAVEN, CT 06473

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,450.00 |
|---|---|---|---|

CAREERBUILDER, LLC
13047 COLLECTION CENTER DR
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,030.89 |
|---|---|---|---|

CARL HORN, III
2810 WAMATH DRIVE
CHARLOTTE, NC 28210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $480.00 |
|---|---|---|---|

CARY CHAMBER OF COMMERCE
307 N. ACADEMY STREET
P O BOX 4351
CARY, NC 27519

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,711.44 |
|---|---|---|---|

CDW GOVERNMENT, INC
75 REMITTANCE DR
SUITE 1515
CHICAGO, IL 60675

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,230.00 |
|---|---|---|---|

CENTURYLINK - BOX 52187
BUSINESS SERVICES
PO BOX 52187
PHOENIX, AZ 85072

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,132.00 |
|---|---|---|---|

CHECKSTER LLC DBA CHECKSTER
926 DIABLO AVE #305
NOVATO, CA 94947

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Delta Career Education Corporation | Case number (if known) |
|---|---|---|
| | Name | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,684.54 |
|---|---|---|---|
| | CIGNA GROUP INSURANCE<br>PO BOX 13701<br>PHILADELPHIA, PA 19101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,542.54 |
|---|---|---|---|
| | CISCO SYSTEMS -PO BOX 742927<br>PO BOX 742927<br>LOS ANGELES, CA 90074 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,975.25 |
|---|---|---|---|
| | CISCO SYSTEMS CAPITAL CRP<br>PO BOX 41602<br>PHILADELPHIA, PA 19101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,889.06 |
|---|---|---|---|
| | CIT TECHNOLOGY FIN SERV INC<br>21146 NETWORK PLACE<br>CHICAGO, IL 60673 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,414.00 |
|---|---|---|---|
| | COMMERCIAL VEHICLE TRAINING<br>ASSOCIATION<br>44 CANAL CENTER PLAZA<br>SUITE 120<br>ALEXANDRIA, VA 22314 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,633.25 |
|---|---|---|---|
| | Concur Technologies, Inc.<br>601 108th Ave. NE<br>Bellevue, WA 98004 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181,820.87 |
|---|---|---|---|
| | COOLEY LLP<br>101 CALIFORNIA<br>5TH FLOOR<br>SAN FRANCISCO, CA 94111 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Delta Career Education Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,305.00 |
|---|---|---|---|

COOLIDGE WALL
33 WEST FIRST STREET
SUITE 600
DAYTON, OH 45402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $812.00 |
|---|---|---|---|

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,811.84 |
|---|---|---|---|

CRAFT & ASSOCIATES INC.
P O BOX 88337
SIOUX FALLS, SD 57109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |
|---|---|---|---|

DAYTON MALL II, LLC/DBA DAYTON MALL
180 E BROAD ST
MIAMISBURG, OH 45342

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,000.00 |
|---|---|---|---|

DECISIONONE CORPORATION
PO BOX 754140
PHILADELPHIA, PA 19175

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,254.20 |
|---|---|---|---|

DELTA MANAGEMENT ASSOCIATES INC
PO BOX 9191
CHELSEA, MA 02150

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,188.31 |
|---|---|---|---|

DIALPAD INC
100 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO, CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Delta Career Education Corporation | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,140.17**

DIAMONDBACK PLUMBING SERVICES INC
dba DI
17423 N 25TH AVE
STE 9
PHOENIX, AZ 85023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,162.30**

DINCLOUD INC
27520 HAWTHORNE BLVD
STE 185
ROLLING HILLS ESTATES, CA 90274

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42,000.00**

DIXON HUGHES GOODMAN, LLP
PO BOX 602828
CHARLOTTE, NC 28260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,375.00**

DRINKER BIDDLE & REATH LLP
1500 K ST, NW
SUITE 1100
WASHINGTON, DC 20005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$194,375.54**

DUANE MORRIS LLP
ATTN: PAYMENT PROCESSING
30 SOUTH 17TH ST
PHILADELPHIA, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400.00**

DYNAMIC OFFICE SERVICES
10320 GLOBE RD
MORRISVILLE, NC 27560

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,247,111.65**

ED MAP, INC.
PO BOX 714569
CINCINNATI, OH 45271

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Delta Career Education Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $681,480.00 |
| | EDUCATION PARTNERS LLC | ☐ Contingent | |
| | 5501-A BALCONES DR | ☐ Unliquidated | |
| | STE 209 | ☐ Disputed | |
| | AUSTIN, TX 78731 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $208,864.00 |
| | EDUFFICIENT  - FEES | ☐ Contingent | |
| | 6 FOREST AVE | ☐ Unliquidated | |
| | 2ND FLOOR | ☐ Disputed | |
| | PARAMUS, NJ 07652 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,875,935.00 |
| | EDUFFICIENT - OTHER | ☐ Contingent | |
| | 6 FOREST AVE | ☐ Unliquidated | |
| | 2ND FLOOR | ☐ Disputed | |
| | PARAMUS, NJ 07652 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $255,295.05 |
| | ELECTRONIC SYSTEMS, INC | ☐ Contingent | |
| | PO BOX 603065 | ☐ Unliquidated | |
| | CHARLOTTE, NC 28260 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,109.15 |
| | EMPLOYEE NAVIGATOR | ☐ Contingent | |
| | 7979 OLD GEORGETOWN RD | ☐ Unliquidated | |
| | SUITE 300 | ☐ Disputed | |
| | BETHESDA, MD 20814 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $107,877.00 |
| | FACEBOOK INC | ☐ Contingent | |
| | ATTN: ACCOUNTS RECEIVABLE | ☐ Unliquidated | |
| | 15161 COLLECTIONS CENTER DR | ☐ Disputed | |
| | CHICAGO, IL 60693 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $75.95 |
| | FIRST COMMUNICATIONS, LLC | ☐ Contingent | |
| | PO BOX 772069 | ☐ Unliquidated | |
| | DETROIT, MI 48277 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Delta Career Education Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.47** | Nonpriority creditor's name and mailing address
FIVE9 INC
4000 EXECUTIVE PARKWAY
STE 400
SAN RAMON, CA 94583

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$52,059.30

---

**3.48** | Nonpriority creditor's name and mailing address
FP MAILING SOLUTIONS
PO BOX 157
BEDFORD PARK, IL 60499

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,775.09

---

**3.49** | Nonpriority creditor's name and mailing address
FRONTEO USA, INC.
PO BOX 398824
SAN FRANCISCO, CA 94139

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$169,520.99

---

**3.50** | Nonpriority creditor's name and mailing address
GETGO INC
PO BOX 50264
LOS ANGELES, CA 90074

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,512.00

---

**3.51** | Nonpriority creditor's name and mailing address
HAZLETON AREA QUARTERBACK CLUB
PO BOX 122
HAZLETON, PA 18201

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.52** | Nonpriority creditor's name and mailing address
HD MEDINA 1 LLC
10020 AURORA HUDSON RD
STREETSBORO, OH 44241

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$9,294.12

---

**3.53** | Nonpriority creditor's name and mailing address
HERFF JONES INC
PO BOX 99292
CHICAGO, IL 60693

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$302.22

---

| Debtor | Delta Career Education Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $31,495.44 |
|---|---|---|---|

HIRESTRATEGY / ADDISON FINANCIAL
PROFESS
7076 SOLUTIONS CENTER
CHICAGO, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $42,000.00 |
|---|---|---|---|

HOGAN MARREN BABBO & ROSE, LTC
321 NORTH CLARK STREET
SUITE 1301
CHICAGO, IL 60654

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $59,805.06 |
|---|---|---|---|

ICIMS, INC.
PARKWAY 120, 5TH FLOOR
90 MATAWAN RD
MATAWAN, NJ 07747

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,990.50 |
|---|---|---|---|

IDERA INC
PO BOX 671573
DALLAS, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $666.00 |
|---|---|---|---|

INDIAN RIVER FAMILY YMCA
5660 INDIAN RIVER RD
VIRGINIA BEACH, VA 23464

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,612.88 |
|---|---|---|---|

INTELLITALK INC
820 SANT CERE PLACE
CORONA, CA 92882

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Internal Revenue Service
400 N. 8th Street
P.O. Box 76
Richmond, VA 23219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Delta Career Education Corporation | Case number (if known) |
|---|---|---|
| | Name | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,000.00 |
|---|---|---|---|
| | INTERNET EMPLOYMENT LINKAGE dba HIGHER E 715 LAKE ST SUITE 400 OAK PARK, IL 60301 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22,533.10 |
|---|---|---|---|
| | INTRALINKS INC PO BOX 392134 PITTSBURGH, PA 15251 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,138.32 |
|---|---|---|---|
| | IRON MOUNTAIN-PO BOX 27128 PO BOX 27128 NEW YORK, NY 10087 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $43.90 |
|---|---|---|---|
| | JOB TARGET LLC DEPT CH 16743 PALATINE, IL 60055 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $54,750.00 |
|---|---|---|---|
| | JOHN WILEY & SONS INC DBA PROFILES INTER 5205 LAKESHORE DR WACO, TX 76710 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $55,655.00 |
|---|---|---|---|
| | JUST COMMUNICATIONS DBA DIGITAL DIRECTIO 344 N OGDEN AVE FLOOR 3 CHICAGO, IL 60607 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $389,663.97 |
|---|---|---|---|
| | KIRKLAND & ELLIS LLP 300 NORTH LASALLE ST CHICAGO, IL 60654 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Delta Career Education Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.68 | **Nonpriority creditor's name and mailing address**<br>KITCHEN<br>3118 SUTTON BLVD<br>MAPLEWOOD, MO 63143 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $156,942.80 |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address**<br>KNUTTE & ASSOCIATES<br>7900 S CASS AVE<br>SUITE 210<br>DARIEN, IL 60561 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address**<br>LARCEN CONSULTING GROUP<br>PO BOX 3891<br>LOS ALTOS, CA 94024 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,631.65 |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address**<br>LEXISNEXIS RISK DATA MGMT INC.<br>BILLING ID 1498804<br>28330 NETWORK PLACE<br>CHICAGO, IL 60673 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $250.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address**<br>LEXMARK ENTERPRISE SOFTWARE USA,<br>INC<br>PO BOX 846261<br>DALLAS, TX 75284 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $36,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address**<br>LIBRARY & INFORMATION RESOURCES<br>NETWORK<br>25400 US HWY 19 N<br>SUITE 220<br>CLEARWATER, FL 33763 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $105,072.35 |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address**<br>LINKEDIN CORPORATION<br>62228 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29,998.65 |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Delta Career Education Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $836.02 |
|---|---|---|---|

**3.75** Nonpriority creditor's name and mailing address
MARIANNA INDUSTRIES
11222 I ST
OMAHA, NE 68137

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$836.02

---

**3.76** Nonpriority creditor's name and mailing address
MARLIN BUSINESS BANK
PO BOX 13604
PHILADELPHIA, PA 19101

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,670.99

---

**3.77** Nonpriority creditor's name and mailing address
MBC Carlisle, LP
4109 Frankford Ave
Philadelphia, PA 19124

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$5,975,196.00

---

**3.78** Nonpriority creditor's name and mailing address
MCMC INDEPENDENT EXAM LLC
PO BOX 809297
CHICAGO, IL 60680

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$575.00

---

**3.79** Nonpriority creditor's name and mailing address
MEMORIES ENGRAVING PLUS/TRACIE F
THOMAS
347 WEALTHY RD
LINDEN, VA 22642

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$693.00

---

**3.80** Nonpriority creditor's name and mailing address
MICROSOFT ONLINE INC.-PO 847543
PO BOX 847543
DALLAS, TX 75284

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$29,416.46

---

**3.81** Nonpriority creditor's name and mailing address
MONARCH MARKETING INC
13014 N DALE MABRY HWY
#316
TAMPA, FL 33618

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$78,275.54

---

| Debtor | Delta Career Education Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,333.34 |
|---|---|---|---|

MONSTER WORLDWIDE INC
PO BOX 90364
CHICAGO, IL 60696

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $204.48 |
|---|---|---|---|

NATIONAL REGISTERED AGENTS INC
PO BOX 4349
CAROL STREAM, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,361.31 |
|---|---|---|---|

NEXSEN PRUET, LLC
PO DRAWER 2426
COLUMBIA, SC 29202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $37,496.18 |
|---|---|---|---|

NITEL INC
LOCKBOX DEPT 4929
CAROL STREAM, IL 60122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250.00 |
|---|---|---|---|

OHIO CHAMBER OF COMMERCE
PO BOX 15159
COLUMBUS, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,267.81 |
|---|---|---|---|

PARKS COFFEE / PROSTAR SERVICES
ARIZONA
PROSTAR ARIZONA INC
PO BOX 113000
CARROLLTON, TX 75011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,894.64 |
|---|---|---|---|

PEAK 10, INC.
PO BOX 534409
ATLANTA, GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Delta Career Education Corporation | Case number (if known) |
|---|---|---|
| | Name | |

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $399,150.00 |
|---|---|---|---|
| | PENN FOSTER INC | ■ Contingent | |
| | 925 OAK ST | ■ Unliquidated | |
| | SCRANTON, PA 18515 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $375,136.05 |
|---|---|---|---|
| | PENSKE TRUCK LEASING CO LP | ☐ Contingent | |
| | PO BOX 827380 | ☐ Unliquidated | |
| | PHILADELPHIA, PA 19182 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $900.02 |
|---|---|---|---|
| | POTTSVILLE BROADCASTING CO INC DBA | ☐ Contingent | |
| | WPPA/ | ☐ Unliquidated | |
| | 212 CENTRE ST | ☐ Disputed | |
| | POTTSVILLE, PA 17901 | | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35,000.00 |
|---|---|---|---|
| | POWERS PYLES SUTTER AND VERVILLE PC | ☐ Contingent | |
| | 1501 M ST NW | ☐ Unliquidated | |
| | WASHINGTON, DC 20005 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,833.34 |
|---|---|---|---|
| | QUENCH USA | ☐ Contingent | |
| | PO BOX 781393 | ☐ Unliquidated | |
| | PHILADELPHIA, PA 19178 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,184.00 |
|---|---|---|---|
| | RADCLIFFE GROUP, INC. | ☐ Contingent | |
| | 18806 AVENUE BIARRITZ | ☐ Unliquidated | |
| | LUTZ, FL 33558 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $789.65 |
|---|---|---|---|
| | RANDSTAD SOURCERIGHT | ☐ Contingent | |
| | PO BOX 415521 | ☐ Unliquidated | |
| | BOSTON, MA 02241 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Delta Career Education Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address**<br>RANDSTAD-PO BOX 894217<br>PO BOX 894217<br>LOS ANGELES, CA 90189 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,896.46 |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.97 | **Nonpriority creditor's name and mailing address**<br>RECRUITMILITARY LLC / RVET OPERATING<br>LLC<br>422 WEST LOVELAND AVENUE<br>LOVELAND, OH 45140 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,795.00 |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.98 | **Nonpriority creditor's name and mailing address**<br>RELOCATION GUIDE<br>14460 NEW FALLS OF THE NEUSE RD<br>SUITE 149-351<br>RALEIGH, NC 27614 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,620.00 |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.99 | **Nonpriority creditor's name and mailing address**<br>RIVERS AND SPIRES FESTIVAL INC.<br>25 JEFFERSON ST<br>SUITE 300<br>CLARKSVILLE, TN 37040 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,500.00 |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.100 | **Nonpriority creditor's name and mailing address**<br>ROCKET JONES INTERACTIVE LLC<br>PO BOX 2091<br>FORT COLLINS, CO 80522 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,506.20 |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.101 | **Nonpriority creditor's name and mailing address**<br>RUSH TRUCK LEASING<br>PO BOX 34630<br>SAN ANTONIO, TX 78265 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,574.11 |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.102 | **Nonpriority creditor's name and mailing address**<br>RYDER TRANSPORTATION SERVICES<br>PO BOX 96723<br>CHICAGO, IL 60693 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,390.78 |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    Delta Career Education Corporation

Case number *(if known)*

Name

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,251.30 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
SAM'S COMMERCIAL CLEANING
22327 E VIA DEL RANCHO
QUEEN CREEK, AZ 85142

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104**    **Nonpriority creditor's name and mailing address**    $3,566.62
SHRED-IT USA
23166 NETWORK PLACE
CHICAGO, IL 60673

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105**    **Nonpriority creditor's name and mailing address**    $17,627.00
SILVER TOUCH TECHNOLOGIES INC
33 SOUTH WOOD AVE
6TH FLOOR OFFICE 657
ISELIN, NJ 08830

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106**    **Nonpriority creditor's name and mailing address**    $1,500.00
SINCLAIR TV GROUP, INC. dba SINCLAIR
COM
c/o WRDC
PO BOX 206270
DALLAS, TX 75320

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107**    **Nonpriority creditor's name and mailing address**    $99,002.26
SPRINT- PO BOX 219903
PO BOX 219903
KANSAS CITY, MO 64121

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108**    **Nonpriority creditor's name and mailing address**    $37.56
SPRINT-PO BOX 4181
PO BOX 4181
CAROL STREAM, IL 60197

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109**    **Nonpriority creditor's name and mailing address**    $22,927.28
STAPLES ADVANTAGE
DEPT DC
PO BOX 415256
BOSTON, MA 02241

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Delta Career Education Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,455.48 |
|---|---|---|---|

STERICYCLE-PO BOX 6575
PO BOX 6575
CAROL STREAM, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,670.00 |
|---|---|---|---|

STRATEGY CONSULTANTS LLC
PO BOX 503
MASON, OH 45040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,125.00 |
|---|---|---|---|

STUDENT CONNECTIONS LLC/ EDUCATION
AT WO
C/O STRADA EDUCATION NETWORK
9998 CROSSPOINT BLVD #400
INDIANAPOLIS, IN 46256

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,284.98 |
|---|---|---|---|

TALENTWISE INC
PO BOX 3876
SEATTLE, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $463.00 |
|---|---|---|---|

TALX CORPORATION
4076 PAYSPHERE CIRCLE
CHICAGO, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,037.50 |
|---|---|---|---|

TANGIBLE IMPACT, INC
5778 RUSHWOOD DR
DUBLIN, OH 43017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,580.65 |
|---|---|---|---|

THE VITALITY GROUP  INC DBA THE
VITALITY
062278 COLLECTIONS CENTER DR
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Delta Career Education Corporation | Case number (if known) |
|---|---|---|
| | Name | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,349.85 |
|---|---|---|---|

TRANSAMERICA
ACCOUNTS RECEIVABLE
PO BOX 20781
LEHIGH VALLEY, PA 18002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,694.80 |
|---|---|---|---|

TRANSWESTERN COMMERCIAL SERVICES
CENTRAL
5001 SPRING VALLEY RD
SUITE 400W
DALLAS, TX 75244

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,763.26 |
|---|---|---|---|

TREASURER, CITY OF VIRGINIA BEACH
MUNICIPAL CENTER BUILDING 1
2401 COURTHOUSE DR
VIRGINIA BEACH, VA 23456

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,534.55 |
|---|---|---|---|

TUITION OPTIONS
14000 HORIZON WAY #400
MOUNT LAUREL, NJ 08054

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,581.60 |
|---|---|---|---|

TUTOR.COM INC
62996 COLLECTION CENTER DR
CHICAGO, IL 60693

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,594.95 |
|---|---|---|---|

TYCO INTEGRATED SECURITY LLC - 371994
PO BOX 371994
PITTSBURGH, PA 15250

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,479.87 |
|---|---|---|---|

UPS
PO BOX 7247-0244
PHILADELPHIA, PA 19170

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Delta Career Education Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,277,442.24 |
|---|---|---|---|

US INTERNATIONAL MEDIA LLC
3415 S SEPULVEDA BLVD
8TH FLOOR
LOS ANGELES, CA 90034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,500.00 |
|---|---|---|---|

USA FUNDS / UNITED STUDENT AID FUNDS
INC
9998 CROSSPOINT BLVD
SUITE 400
INDIANAPOLIS, IN 46256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143,872.39 |
|---|---|---|---|

VANDEVENTER BLACK LLP
101 W MAIN ST
STE 500
NORFOLK, VA 23510

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,250.00 |
|---|---|---|---|

WEBMECHANIX LLC
PO BOX 1572
COLUMBIA, MD 21044

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,292.82 |
|---|---|---|---|

WELLS FARGO FINANCIAL LEASING
PO BOX 10306
DES MOINES, IA 50306

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,287.77 |
|---|---|---|---|

WESTEL COMMUNICATION SERVICES
PO BOX 78747
CORONA, CA 92877

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

WILLIAM J HALEY DBA MACNIFICENT
PAGES
PO BOX 334
POTTSTOWN, PA 19464

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Delta Career Education Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $55,898.95
WILLIAMS & FUDGE INC
PO BOX 11590
ROCK HILL, SC 29731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $114.75
WILLIS OF NEW YORK, INC.
PO BOX 4557
NEW YORK, NY 10249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $250.00
WILLIS OF TENNESSEE
29982 NETWORK PLACE
CHICAGO, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,641.00
WILLIS OF VIRGINIA, INC.-12882 COLL CENT
12882 COLLECTIONS CENTER DR
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $33,001.63
WINDSTREAM-PO BOX 9001013
PO BOX 9001013
LOUISVILLE, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19,499.00
WONDERLIC, INC.
3401 SALTERBECK CT
SUITE 201
MOUNT PLEASANT, SC 29466

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
|---|---|

| Debtor | Delta Career Education Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | | 30,405,778.96 |
| | | | | |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | | 30,405,778.96 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Delta Career Education Corporation |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Wind-Down Agreement, dated January 18, 2018, between Ancora Intermediate Holdings LLC and Atlantic Coast Colleges, Inc., Berks Technical Institute, Inc., Creative Circus, Inc., Delta Career Education Corporation, McCann Education Centers, Inc., McCann School of Business and Technology, Inc. Miller-Motte Business College, Inc., Palmetto Technical College, Inc. and Piedmont Business Colleges, Inc. | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Ancora Intermediate Holdings LLC 8701 Bedford Euless Road, Suite 400 Hurst, TX 76053 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   Delta Career Education Corporation _____   Case number *(if known)* _____
First Name            Middle Name            Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — Transition Services Agreement, dated January 18, 2018, between Ancora Intermediate Holdings LLC and Atlantic Coast Colleges, Inc., Berks Technical Institute, Inc., Creative Circus, Inc., Delta Career Education Corporation, McCann Education Centers, Inc., McCann School of Business and Technology, Inc. Miller-Motte Business College, Inc., Palmetto Technical College, Inc. and Piedmont Business Colleges, Inc. | |
| State the term remaining | |
| List the contract number of any government contract | Ancora Intermediate Holdings LLC 8701 Bedford Euless Road, Suite 400 Hurst, TX 76053 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — Dental/Vision claim processing | |
| State the term remaining | |
| List the contract number of any government contract | Guardian Insurance Company 7 Hanover Square New York, NY 10004 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — Agreement of Indemnity Commercial Bond, dated July 13, 2010, between International Fidelity Insurance Company and Atlantic Coast Colleges, Inc., Berks Technical Institute, Inc., Creative Circus, Inc., Delta Career Education Corporation, McCann Education Centers, Inc., McCann School of Business and Technology, Inc. Miller-Motte Business College, Inc., Palmetto Technical College, Inc. and Piedmont Business Colleges, Inc. | |
| State the term remaining | International Fidelity Insurance Company |

Debtor 1    Delta Career Education Corporation _____    Case number *(if known)* _____
        First Name            Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Surety General Indemnity Agreement, dated September 9, 2013, between RLI Corp. and Atlantic Coast Colleges, Inc., Berks Technical Institute, Inc.,  Creative Circus, Inc., Delta Career Education Corporation, McCann Education Centers, Inc., McCann School of Business and Technology, Inc. Miller-Motte Business College, Inc., Palmetto Technical College, Inc. and Piedmont Business Colleges, Inc. | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | RLI Corp. |

| | | | |
|---|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | See SOFA Exhibit 2 |

**Fill in this information to identify the case:**

Debtor name    Delta Career Education Corporation

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

   **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

   **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Academy of Court Reporting, Inc. | c/o The UPS Store<br>107 S West Street, Ste. 823<br>Alexandria, VA 22314 | Field Point Agency Services, Inc. | ■ D   2.1 ____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Atlantic Coast Colleges, Inc. | c/o The UPS Store<br>107 S West Street, Ste. 823<br>Alexandria, VA 22314 | Field Point Agency Services, Inc. | ■ D   2.1 ____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Berks Technical Institute, Inc. | c/o The UPS Store<br>107 S West Street, Ste. 823<br>Alexandria, VA 22314 | Field Point Agency Services, Inc. | ■ D   2.1 ____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Creative Circus, Inc. | c/o The UPS Store<br>107 S West Street, Ste. 823<br>Alexandria, VA 22314 | Field Point Agency Services, Inc. | ■ D   2.1 ____<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Delta Career Education Corporation | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | Delta Educational Systems, Inc. | c/o The UPS Store<br>107 S West Street, Ste. 823<br>Alexandria, VA 22314 | Field Point Agency Services, Inc. | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | McCann Education Centers, Inc. | c/o The UPS Store<br>107 S West Street, Ste. 823<br>Alexandria, VA 22314 | Field Point Agency Services, Inc. | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | McCann School of Business and Technology | c/o The UPS Store<br>107 S West Street, Ste. 823<br>Alexandria, VA 22314 | Field Point Agency Services, Inc. | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Miller-Motte Business College, Inc. | c/o The UPS Store<br>107 S West Street, Ste. 823<br>Alexandria, VA 22314 | Field Point Agency Services, Inc. | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | National Career Education, Inc. | c/o The UPS Store<br>107 S West Street, Ste. 823<br>Alexandria, VA 22314 | Field Point Agency Services, Inc. | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Palmetto Technical College, Inc. | c/o The UPS Store<br>107 S West Street, Ste. 823<br>Alexandria, VA 22314 | Field Point Agency Services, Inc. | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Piedmont Business Colleges, Inc. | c/o The UPS Store<br>107 S West Street, Ste. 823<br>Alexandria, VA 22314 | Field Point Agency Services, Inc. | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Delta Career Education Corporation | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

---

| 2.12 | Southwest Business Colleges, Inc. | c/o The UPS Store 107 S West Street, Ste. 823 Alexandria, VA 22314 | Field Point Agency Services, Inc. | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |

---

| 2.13 | The Miami-Jacobs Business College Co. | c/o The UPS Store 107 S West Street, Ste. 823 Alexandria, VA 22314 | Field Point Agency Services, Inc. | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name    Delta Career Education Corporation

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   7/27/2018    **X** /s/ Martina Hansen
                                     Signature of individual signing on behalf of debtor

                                     Martina Hansen
                                     Printed name

                                     CEO Delta Career Education Corporation
                                     Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    Delta Career Education Corporation

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    _____

☐ Check if this is an amended filing

---

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 7/01/2018 to Filing Date | ■ Operating a business<br>☐ Other _____ | $0.00 |
   | For prior year:<br>From 7/01/2017 to 6/30/2018 | ■ Operating a business<br>☐ Other _____ | $0.00 |
   | For year before that:<br>From 7/01/2016 to 6/30/2017 | ■ Operating a business<br>☐ Other _____ | $0.00 |
   | For the fiscal year:<br>From 7/01/2015 to 6/30/2016 | ■ Operating a business<br>☐ Other _____ | $0.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

---

Debtor   Delta Career Education Corporation                                    Case number *(if known)* _____

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| ST MORITZ BUILDING SERVICES INC C/O FIRST COMMONWEALTH BANK PO BOX 5018 GREENSBURG, PA 15601 | Bank of America Account | 6/14/18 | $33,118.66 |
| See SOFA Exhibit 1 | | | $0.00 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Ed Map, Inc. v. Delta Career Education Corporation 18CV002305 | Complaint for breach of contract, fraud, etc. seeking damages of over $2.4 million. | Franklin County Court of Common Pleas 345 South High Street Columbus, OH 43215 | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    Delta Career Education Corporation _____    Case number *(if known)* _____

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | Springboro-Harrison, LTD. v. The Miami-Jacobs Business College Company 18CV090928 | Complaint for unpaid rent of $81,900.00. | Warren County Court of Common Pleas 500 Justice Drive Lebanon, OH 45036 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Piedmont Service Group, Inc. v. Miller-Motte Business College, Inc. 18CV05454 | Complaint for breach of contract relating to HVAC maintenance and repair services of $17,140.02. | Wake County District Court 316 Fayetteville Street Raleigh, NC 27601 | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.4. | Michael Harrington v. Delta Career Education Corporation, et al. 2:17cv736 | Employment discrimination claim. | United States District Court Southern District of Ohio Eastern Division 85 Marconi Boulevard, Room 121 Columbus, OH 43215 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. | Thruline Marketing, Inc. v. Delta Career Education Corporation, et al. 2:18CV2141 | Complaint for breach of contract action to recover $256,870.00 for Defendants' failure to pay for advertising and marketing services. | United States District Court District of Kansas Robert J. Dole Courthouse 500 State Avenue, Room 259 Kansas City, KS 66101 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.6. | U.S. ex rel. Lynn v. Delta Career Education Corporation 2:15cv719 | Complaint for damages and penalties under the False Claims Act. | United States District Court District of Arizona Sandra Day O'Connor Courthouse 401 W. Washington Street, Ste. 130, SPC1 Phoenix, AZ 85003-2118 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.7. | McFarland v. Delta Career Education Corporation 4:16cv305 | Complaint under Federal Telephone Consumer Protection Act and the Georgia Fair Business Practices Act. | United States District Court Middle District of Georgia 120 12th Street Columbus, GA 31902 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.8. | Bell v. Atlantic Coast Colleges, Inc. et al. 5:17cv496 | Employment discrimination claim seeking damages in excess of $75,000. | United States District Court Eastern District of North Carolina Western Division 306 East Main Street Elizabeth City, NC 27909 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.9. | Pearsall v. Delta Career Education Corporation 7:17cv226 | Petition to confirm arbitration award for $324,650.68. | United States District Court Eastern District of North Carolina 413 Middle Street New Bern, NC 28560 | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    Delta Career Education Corporation                                        Case number (if known) _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.10. | Pearsall v. Delta Career Education Corporation<br>01-06-0003-6529 | Employment discrimination claim. | American Arbitration Association | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.11. | Eure v. Delta Career Education Corporation, et al.<br>1:17cv1144 | Employmnet discrimination claim seeking damages in excess of $500,000. | United States District Court Middle District of Pennsylvania Ronald Reagan Federal Bldg. & Courthouse 228 Walnut Street Harrisburg, PA 17101 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | McNabb c. MnCann Education Centers, Inc., et al.<br>5:17cv5776 | Employment claim for wrongful discharge, violation of ADA, violation of FMLA, tec. | United States District Court Eastern District of Pennsylvania James A. Byrne Courthouse 601 Market Street Philadelphia, PA 19106 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | U.S.A. ex rel Jack D. Suenram<br>2:16cv800 | Qui Tam Action - Intervention by USA declined. | United States District Court District of Utah 206 West Tabernacle Saint George, UT 84770 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | U.S. International Media v. Delta Career Education Corporation<br>SC128743 | Complaint for breach of contract. | Los Angeles County Superior Court Santa Monica Courthouse 1725 Main Street Santa Monica, CA 90401 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | Dr. Rosenblum Levin Barney & Hasty, Ltd. v. Foster Kasiah & Delta Career Education Corporation, Garnishee<br>GV1700441002 | Garnishment action. | City of Virginia Beach General District 2425 Nimmo Parkway Virginia Beach, VA 23456-9057 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | St. Moritz Building Services, Inc. vs. Delta Career Education Corporation vs. Bank of America, Garnishee<br>AR-18-000773 | Garnishment action | Alleghany County Court of Common Pleas 437 Grant Street Pittsburgh, PA 15219 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | Steve Melendrez d/b/a Sam's Commercial Cleaning v. Delta Career Education Corp.<br>CC2018-084500RC | Complaint for breach of contract relating to cleaning services of $10,000. | Kyrene Justice Court of Maricopa County 201 E Chicago Street Chandler, AZ 85225-8531 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | Grand Brands, LLC a Virginia Limited Liability Company d/b/a Grand Furniture v. Delta Career Education Corporation<br>GV15040701-03 | Summons to Answer Interrogatories | Virginia Beach General District Court 2425 Nimmo Parkway Virginia Beach, VA 23456 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | Collections USA, Inc. v. Janiela Barnes v. Delta Career Education Corporation, Garnishee<br>CC2008099724EA | Garnishment action | Maricopa County Justice Courts West Mesa Justice Court 2050 W University Drive Mesa, AZ 85201 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    Delta Career Education Corporation                                    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.20<br>. | MBC Carlisle, LP v. McCann Education Centers, Inc., et al.<br>2018-N-0550 | Writ of Execution | Court of Common Pleas<br>Lehigh County<br>Lehigh County Courthouse<br>455 West Hamilton Street<br>Allentown, PA 18101-1614 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | Kutak Rock LLP<br>901 East Byrd Street<br>Suite 1000<br>Richmond, VA 23219 | Attorney Fees | May-July 2018 | $19,285.71 |
| | **Email or website address**<br>www.kutakrock.com | | | |
| | **Who made the payment, if not debtor?**<br>See Global Notes and Attorney Fee Disclosure | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

Debtor    Delta Career Education Corporation                                    Case number *(if known)*  _____

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Beverly Childress 2351 Eisenhower Avenue, Apt. 1406 Alexandria, VA 22314 | Ford Flex sold for $6,000 | 11/20/2017 | $6,000.00 |
| | **Relationship to debtor** former employee | | | |
| 13.2. | Ancora Intermediate Holdings LLC 8701 Bedford Euless Road, Suite 400 Hurst, TX 76053 | Certain assets from the Debtors, including certain campuses of the Debtors, as described in the Global Notes. | 1/18/2018 | Unknown |
| | **Relationship to debtor** Third Party | | | |

## Part 7:   Previous Locations

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 99 Canal Center Plaza, Suite 501 Alexandria, VA 22308 | |
| 14.2. | 4525 Columbus Street, #101 Virginia Beach, VA 23462 | |
| 14.3. | P.O. Box 66775 Virginia Beach, VA 23466 | |

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    Delta Career Education Corporation                                    Case number *(if known)*

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

   Student records

   Does the debtor have a privacy policy about that information?
   ☐ No
   ☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| The Delta Career Education Corporation 401(k) Plan | EIN:  001 |

   Has the plan been terminated?
   ☐ No
   ☑ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of America Virginia Beach, VA | **XXXX**-6731 | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☑ Other  Federal Funds Account | 5/21/2018 | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor      Delta Career Education Corporation                                    Case number (if known) _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Iron Mountain<br>555 Progress Road<br>Norfolk, VA 23502 | n/a | records | ☐ No<br>■ Yes |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

Debtor    Delta Career Education Corporation _____    Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   Delta Educational Systems, Inc.<br>c/o The UPS Store<br>107 S West Street, Ste. 823<br>Alexandria, VA 22314 | Education | EIN:<br><br>From-To |
| 25.2.   National Career Education Center, Inc.<br>c/o The UPS Store<br>107 S West Street, Ste. 823<br>Alexandria, VA 22314 | Education | EIN:<br><br>From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Dixon Hughes Goodman LLP<br>440 Monticello Avenue, #1400<br>Norfolk, VA 23510 | |
| 26a.2.   Knutte & Associates<br>7900 Cass Avenue #210<br>Darien, IL 60561 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   Knutte & Associates<br>7900 Cass Avenue #210<br>Darien, IL 60561 | |
| **Name and address** | **Date of service<br>From-To** |
| 26b.2.   Dixon Hughes Goodman LLP<br>440 Monticello Avenue, #1400<br>Norfolk, VA 23510 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

Debtor    Delta Career Education Corporation _____    Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | Martina Hansen, CEO<br>c/o The UPS Store<br>107 S West Street, Ste. 823<br>Alexandria, VA 22314 | |
| 26c.2. | Dixon Hughes Goodman LLP<br>440 Monticello Avenue, #1400<br>Norfolk, VA 23510 | |
| 26c.3. | Knutte & Associates<br>7900 Cass Avenue #210<br>Darien, IL 60561 | |
| 26c.4. | Service Solutions for IT<br>917 Queen Street<br>Portsmouth, VA 23704 | |
| 26c.5. | Iron Mountain<br>1 Federal Street<br>Boston, MA 02110 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | ACCREDITATION REVIEW COUNCIL ON EDUCATIO<br>6 WEST DRY CREEK CIRCLE<br>SUITE 110<br>LITTLETON, CO 80120 |
| 26d.2. | ACICS-750 FIRST ST NW<br>750 FIRST ST NE<br>SUITE 980<br>WASHINGTON, DC 20002 |
| 26d.3. | AIG<br>1 FINANCIAL SQUARE<br>New York, NY 10005 |
| 26d.4. | AMERICAN EXPRESS<br>ATTN: MERCHANT REMITTANCES<br>PO BOX 53765<br>Phoenix, AZ 85072-9945 |
| 26d.5. | AMERICAN EXPRESS<br>PO BOX 650448<br>DALLAS, TX 75265 |
| 26d.6. | AMERICAN EXPRESS<br>PO BOX 1270<br>NEWARK, NJ 07101 |
| 26d.7. | AMERICAN EXPRESS CENTURION BANK<br>GURSTEL CHARGO PA<br>6681 COUNTRY CLUB DR<br>GOLDEN VALLEY, MN 55427 |
| 26d.8. | AMERICAN VETERINARY MEDICAL ASSOC<br>1931 N MEACHAM RD<br>SUITE 100<br>SCHAUMBURG, IL 60173 |

| Debtor | Delta Career Education Corporation | Case number *(if known)* | |

**Name and address**

26d.9.    ARIZONA STATE BOARD FOR PRIVATE POSTSECO
1740 W. ADAMS
Phoenix, AZ 85007

26d.10.   BANK OF AMERICA
100 NORTH TRYON STREET
Charlotte, NC 28255

26d.11.   CAMPUS MANAGEMENT CORP
5201 CONGRESS AVE
SUITE 220A
BOCA RATON, FL 33487

26d.12.   CAPITAL ONE BANK (CSA), N.A
ROANOKE COUNTY GENERAL DIST CT
305 E. MAIN STREET
SALEM, VA 24153

26d.13.   CDG GROUP LLC
650 FIFTH AVE
NEW YORK, NY 10019

26d.14.   CDW GOVERNMENT, INC
75 REMITTANCE DR
SUITE 1515
CHICAGO, IL 60675

26d.15.   CENGAGE LEARNING
PO BOX 95999
CHICAGO, IL 60694

26d.16.   CIGNA HEALTH CARE
PO BOX 644546
PITTSBURGH, PA 15264

26d.17.   COMMISSION ON ACCREDITATION FOR RESPITOR
1248 HARWOOD ROAD
BEDFORD, TX 76021-4244

26d.18.   COMMISSION ON ACCREDITATION OF ALLIED HE
25400 US HIGHWAY 19 NORTH
SUITE 158
CLEARWATER, FL 33763

26d.19.   COMMISSION ON DENTAL ACCREDITATION
211 EAST CHICAGO AVENUE
CHICAGO, IL 60611

26d.20.   COMMITTEE ON ACCREDITATION OF EDUCATIONA
8301 LAKEVIEW PARKWAY
SUITE 111-312
ROWLETT, TX 75088

26d.21.   COUNCIL ON OCCUPATIONAL EDUCATION
7840 ROSWELL RD, BLDG 300
SUITE 325
ATLANTA, GA 30350

26d.22.   DELL FINANCIAL SERVICES
PAYMENT PROC. CTR.
4319 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

Debtor    Delta Career Education Corporation _____    Case number *(if known)* _____

| Name and address |
|---|

**26d.23.** DELTA MANAGEMENT ASSOCIATES INC
PO BOX 9191
CHELSEA, MA 02150

**26d.24.** DIXON HUGHES GOODMAN, LLP
PO BOX 602828
CHARLOTTE, NC 28260

**26d.25.** ED MAP, INC.
PO BOX 714569
CINCINNATI, OH 45271

**26d.26.** EDUCATION PARTNERS LLC
5501-A BALCONES DR
STE 209
AUSTIN, TX 78731

**26d.27.** EDUFFICIENT  - FEES
6 FOREST AVE
2ND FLOOR
PARAMUS, NJ 07652

**26d.28.** GEORGIA NONPUBLIC POSTSECONDARY EDUCATIO
2082 E EXCHANGE PLACE
SUITE 220
TUCKER, GA 30084

**26d.29.** KIRKLAND & ELLIS LLP
300 NORTH LASALLE ST
CHICAGO, IL 60654

**26d.30.** LOUISIANA BOARD OF REGENTS
1201 N 3RD ST #6
BATON ROUGE, LA 70802

**26d.31.** MBC CARLISLE LP
PO BOX 472
950 E MAIN ST
SCHUYLKILL HAVEN, PA 17972

**26d.32.** MCGRAW HILL
EDUCATION HOLDINGS
WELLS FARGO LOCKBOX 6167
PHILADELPHIA, PA 19178

**26d.33.** MCGRAW-HILL COMPANIES
PO BOX 786167
PHILADELPHIA, PA 19178

**26d.34.** MCGRAW-HILL COMPANIES
WELLS FARGO LOCKBOX 6167
PO BOX 8500
PHILADELPHIA, PA 19178

**26d.35.** MEDICAL ASSISTING EDUCATION REVIEW BOARD
20 N WACKER DR
SUITE 1575
CHICAGO, IL 60606

**26d.36.** NATIONAL ACCREDITING AGENCY FOR CLINICAL
27321 NETWORK PLACE
CHICAGO, IL 60673

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    Delta Career Education Corporation                                    Case number *(if known)*   _____

| | **Name and address** |
|---|---|
| 26d.37. | NATIONAL AUTOMOTIVE TECHNICIANS EDUCATIO<br>101 BLUE SEAL DRIVE, SE<br>SUITE 101<br>LEESBURG, VA 20175 |
| 26d.38. | NORTH CAROLINA COMMUNITY COLLEGE SYSTEM<br>200 W JONES STREET<br>RALEIGH, NC 27603 |
| 26d.39. | OHIO STATE BOARD OF CAREER COLLEGES AND<br>30 EAST BROAD STREET<br>SUITE 2481<br>COLUMBUS, OH 43215 |
| 26d.40. | PEARSON EDUCATION<br>PO BOX 409479<br>ATLANTA, GA 30384 |
| 26d.41. | PENNSYLVANIA DEPARTMENT OF EDUCATION<br>333 MARKET STREET<br>HARRISBURG, PA 17126 |
| 26d.42. | PENNSYLVANIA WORKFORCE DEVELOPMENT ASSOC<br>205 HOUSE AVENUE<br>SUITE 101<br>CAMP HILL, PA 17011 |
| 26d.43. | PENSKE TRUCK LEASING<br>PO BOX 802577<br>CHICAGO, IL 60680 |
| 26d.44. | PHEAA<br>1200 NORTH 7TH ST<br>HARRISBURG, PA 17102 |
| 26d.45. | PHEAA<br>PO BOX 64849<br>BALTIMORE, MD 21264 |
| 26d.46. | PITNEY BOWES<br>1313 N ATLANTIC FL 3<br>SPOKANE, WA 99201 |
| 26d.47. | RANDSTAD<br>MAIL CODE (5602)<br>PO BOX 105046<br>ATLANTA, GA 30348 |
| 26d.48. | RLI<br>9025 N LINDENBERGH DRIVE<br>PEORIA, IL 61615 |
| 26d.49. | SALESFORCE.COM, INC<br>PO BOX 203141<br>DALLAS, TX 75320 |
| 26d.50. | SOUTH CAROLINA HIGHER EDUCATION COMMISSI<br>1122 LADY ST #300<br>COLUMBIA, SC 29201 |
| 26d.51. | SPRINT- PO BOX 219903<br>PO BOX 219903<br>KANSAS CITY, MO 64121 |

Debtor    Delta Career Education Corporation _____    Case number *(if known)* _____

| Name and address |
|---|

26d.52.  SPRINT-PO BOX 219100
PO BOX 219100
KANSAS CITY, MO 64121

26d.53.  SPRINT-PO BOX 4181
PO BOX 4181
CAROL STREAM, IL 60197

26d.54.  STAPLES INC
DEPT DC
PO BOX 415256
BOSTON, MA 02241

26d.55.  STARR
399 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10022

26d.56.  STATE COUNCIL OF HIGHER EDUCATION FOR VA
101 N. 14TH STREET, 10TH FLOOR
RICHMOND, VA 23219

26d.57.  STROOCK & STROOCK & LAVAN LLP
180 MAIDEN LANE
NEW YORK, NY 10038

26d.58.  SUNTRUST BANK
TRUST FEE UNIT
PO BOX 26489
RICHMOND, VA 23261

26d.59.  TENNESSEE HIGHER EDUCATION COMMISSION
404 JAMES ROBERTSON PARKWAY
SUITE 1900
NASHVILLE, TN 37243

26d.60.  T-MOBILE
PO BOX 790047
ST. LOUIS, MO 63179

26d.61.  TRANSAMERICA
ACCOUNTS RECEIVABLE
PO BOX 20781
LEHIGH VALLEY, PA 18002

26d.62.  TUCSON 5151 INVESTMENTS, LLC
1100 N WILMOT
TUCSON, AZ 85712

26d.63.  U.S. BANK EQUIPMENT FINANCE
PO BOX 790448
ST LOUIS, MO 63179

26d.64.  UNITED VAN LINES - JOHNSON CHERRY CREEK
7009 SOUTH JORDAN RD
CENTENNIAL, CO 80112

26d.65.  UNITED VAN LINES dba SMITH DRAY LINE
22304 NETWORK PLACE
CHICAGO, IL 60673

26d.66.  US DEPAR OF ED-BOX 530229
GREAT LAKES
PO BOX 530229
ATLANTA, GA 30353

Debtor    Delta Career Education Corporation _____    Case number *(if known)* _____

| | **Name and address** |
|---|---|
| 26d.67. | US DEPARTMENT OF EDUCATION<br>PO BOX 979026<br>ST LOUIS, MO 63197 |
| 26d.68. | US DEPARTMENT OF EDUCATION<br>DEBT MGMT & COLLECTIONS SYSTEM<br>PO BOX 5609<br>GREENVILLE, TX 75403 |
| 26d.69. | US DEPARTMENT OF EDUCATION<br>400 MARYLAND AVENUE SW<br>WASHINGTON, DC 20202 |
| 26d.70. | US DEPARTMENT OF VETERAN AFFAIRS<br>DEBT MANAGEMENT CENTER<br>BISHOP HENRY WHIPPLE FEDERAL BLDG<br>ST PAUL, MN 55111 |
| 26d.71. | US DEPARTMENT OF VETERANS AFFAIRS<br>ST LOUIS REGIONAL OFFICE<br>PO BOX 66830<br>ST LOUIS, MO 63166 |
| 26d.72. | US DEPT OF EDUCATION<br>DIRECT LOAN PAYMENT CENTER<br>PO BOX 530260<br>ATLANTA, GA 30353 |
| 26d.73. | VERIZON - PO BOX 660720<br>PO BOX 660720<br>DALLAS, TX 75266 |
| 26d.74. | VERIZON BOX 28000, LEHIGH REMIT<br>PO BOX 28000<br>LEHIGH VALLEY, PA 18002 |
| 26d.75. | VERIZON BUSINESS-BOX 15043<br>PO BOX 15043<br>ALBANY, NY 12212 |
| 26d.76. | VERIZON- PO BOX 15124<br>PO BOX 15124<br>ALBANY, NY 12212 |
| 26d.77. | VERIZON WIRELESS-BOX 25505<br>PO BOX 25505<br>LEHIGH VALLEY, PA 18002 |
| 26d.78. | VERIZON-PO BOX 4830<br>PO BOX 4830<br>TRENTON, NJ 08650 |
| 26d.79. | VERIZON-PO BOX 920041 DALLAS<br>PO BOX 920041<br>DALLAS, TX 75392 |
| 26d.80. | W-EH ECC OWNER VI, LLC / WALTON ACQUISIT<br>C/O CBRE - ELLIOT CORP CENTER<br>PO BOX 82550<br>GOLETA, CA 93118 |
| 26d.81. | WELLS FARGO BANK NA<br>PO BOX 70239<br>PHILADELPHIA, PA 19176 |

Debtor    Delta Career Education Corporation _____    Case number *(if known)* _____

| Name and address |
|---|

**26d.82.** WELLS FARGO BANK NA - BUYOUTS
PO BOX 310594
DES MOINES, IA 50331

**26d.83.** WELLS FARGO EFS-PO BOX 5185
P.O. BOX 5185
SIOUX FALLS, SD 57117

**26d.84.** WELLS FARGO ELT
STUDENT ASSISTANCE FOUNDATION
2500 BROADWAY
HELENA, MT 59620

**26d.85.** WELLS FARGO FINANCIAL LEASING
PO BOX 10306
DES MOINES, IA 50306

**26d.86.** WILLIS AND ASSOCIATES
150 WEST MAIN STREET, SUITE 1840
NORFOLK, VA 23510

**26d.87.** WILLIS OF NEW YORK, INC.
PO BOX 4557
NEW YORK, NY 10249

**26d.88.** WILLIS OF TENNESSEE
29982 NETWORK PLACE
CHICAGO, IL 60673

**26d.89.** WILLIS OF TENNESSEE-PO BOX 905601
PO BOX 905601
CHARLOTTE, NC 28290

**26d.90.** WILLIS OF VIRGINIA, INC.-12882 COLL CENT
12882 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**26d.91.** XEROX CORP
PO BOX 7405
PASADENA, CA 91109

**26d.92.** XEROX CORP-BOX 827598
PO BOX 827598
PHILADELPHIA, PA 19182

**26d.93.** XEROX CORP-BX 650361
PO BOX 650361
DALLAS, TX 75265

**26d.94.** XEROX EDUCATION SERVICES INC
PO BOX 201322
DALLAS, TX 75320

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor    Delta Career Education Corporation _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| R. David Andrews | | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nicholas A. Orum | | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Williard E. Lynn | | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joseph A. Kennedy, III | | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John P. Olsen | | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andrew J. Meyers | | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Martina Hansen | 107 S West Street, Ste. 823 Alexandria, VA 22314 | Chief Executive Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See Global Notes for shareholders | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☐ No
- ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| John P. Olsen | | President and Chief Executive Officer | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

Debtor    Delta Career Education Corporation                                    Case number *(if known)*_____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | See SOFA questions 3 and 4 | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Delta Career Education Corporation | **EIN:** 75-3135135 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        7/27/2018

/s/ Martina Hansen                                      Martina Hansen
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor        CEO Delta Career Education Corporation

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

### United States Bankruptcy Court
#### Eastern District of Virginia

In re   Delta Career Education Corporation

Debtor(s)

Case No. _____

Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 19,285.71 |
| Prior to the filing of this statement I have received | $ | 19,285.71 |
| Balance Due | $ | 0.00 |

2.  $  335.00   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other *(specify)*    See Global Notes

4.  The source of compensation to be paid to me is:

    ☐ Debtor    ■ Other *(specify)*    N/A

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Other provisions as needed:

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 7/27/2018 | /s/ Peter J. Barrett |
|---|---|
| *Date* | Peter J. Barrett |
| | *Signature of Attorney* |

Kutak Rock LLP
*Name of Law Firm*
901 East Byrd Street
Suite 1000
Richmond, VA 23219
804-644-1700  Fax: 804-783-6192

---

*For use in Chapter 13 Cases where Fees Requested Not in Excess of $5,223*
*(For all Cases Filed on or after 01/01/2018)*

**NOTICE TO DEBTOR(S), STANDING CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE**
**PURSUANT TO LOCAL BANKRUPTCY RULE 2016-1(C) AND**
**CLERK'S CM/ECF POLICY 9**

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C), you must file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount, no later than the last day for filing objections to confirmation of the chapter 13 plan.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 trustee, and U. S. trustee pursuant to Local Bankruptcy Rule 2016-1(C) and the Clerk's CM/ECF Policy 9, either electronically or in paper form (first class mail).

| | |
|---|---|
| *Date* | |
| | *Signature of Attorney* |

---

Academy of Court Reporting, Inc.
c/o The UPS Store
107 S West Street, Ste. 823
Alexandria, VA 22314


AEROTEK, INC
3689 COLLECTION CTR DR
CHICAGO, IL 60693


ALAQUEST INTERNATIONAL, INC.
28 MOLASSES HILL ROAD
LEBANON, NJ 08833


ALLIED UNIVERSAL SECURITY SERVICES
PO BOX 31001-2374
PASADENA, CA 91110


AMBASSADOR COLLEGE BOOK - MELVILLE
445 BROAD HOLLOW RD
SUITE 206
MELVILLE, NY 11747


American Express
2401 W. Behrend Drive, Ste. 55
M/C 24-02-18
Phoenix, AZ 85027


ANCORA EDUCATION
8701 BEDFORD EULESS ROAD, #400
HURST, TX 76053


Ancora Intermediate Holdings LLC
8701 Bedford Euless Road, Suite 400
Hurst, TX 76053


AON CONSULTING, INC.
200 E RANDOLPH ST
CHICAGO, IL 60601


APPLE INC - BOX 281877
PO BOX 281877
ATLANTA, GA 30384

Atlantic Coast Colleges, Inc.
c/o The UPS Store
107 S West Street, Ste. 823
Alexandria, VA 22314


BEACON HILL STAFFING GROUP, LLC
PO BOX 846193
BOSTON, MA 02284


Berks Technical Institute, Inc.
c/o The UPS Store
107 S West Street, Ste. 823
Alexandria, VA 22314


BRIGHTEDGE TECHNOLOGIES INC
989 E HILLSDALE BLVD
STE 300
FOSTER CITY, CA 94404


CAMPUS MANAGEMENT CORP
5201 CONGRESS AVE
SUITE 220A
BOCA RATON, FL 33487


CAREER EDGE LLC / CHRIS KUSELIAS
250 STATE ST C2
NORTH HAVEN, CT 06473


CAREERBUILDER, LLC
13047 COLLECTION CENTER DR
CHICAGO, IL 60693


CARL HORN, III
2810 WAMATH DRIVE
CHARLOTTE, NC 28210


CARY CHAMBER OF COMMERCE
307 N. ACADEMY STREET
P O BOX 4351
CARY, NC 27519


CDW GOVERNMENT, INC
75 REMITTANCE DR
SUITE 1515
CHICAGO, IL 60675

CENTURYLINK - BOX 52187
BUSINESS SERVICES
PO BOX 52187
PHOENIX, AZ 85072


CHECKSTER LLC DBA CHECKSTER
926 DIABLO AVE #305
NOVATO, CA 94947


CIGNA GROUP INSURANCE
PO BOX 13701
PHILADELPHIA, PA 19101


CISCO SYSTEMS -PO BOX 742927
PO BOX 742927
LOS ANGELES, CA 90074


CISCO SYSTEMS CAPITAL CRP
PO BOX 41602
PHILADELPHIA, PA 19101


CIT TECHNOLOGY FIN SERV INC
21146 NETWORK PLACE
CHICAGO, IL 60673


COMMERCIAL VEHICLE TRAINING ASSOCIATION
44 CANAL CENTER PLAZA
SUITE 120
ALEXANDRIA, VA 22314


Concur Technologies, Inc.
601 108th Ave. NE
Bellevue, WA 98004


COOLEY LLP
101 CALIFORNIA
5TH FLOOR
SAN FRANCISCO, CA 94111


COOLIDGE WALL
33 WEST FIRST STREET
SUITE 600
DAYTON, OH 45402

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703


CRAFT & ASSOCIATES INC.
P O BOX 88337
SIOUX FALLS, SD 57109


Creative Circus, Inc.
c/o The UPS Store
107 S West Street, Ste. 823
Alexandria, VA 22314


DAYTON MALL II, LLC/DBA DAYTON MALL
180 E BROAD ST
MIAMISBURG, OH 45342


DECISIONONE CORPORATION
PO BOX 754140
PHILADELPHIA, PA 19175


Delta Educational Systems, Inc.
c/o The UPS Store
107 S West Street, Ste. 823
Alexandria, VA 22314


DELTA MANAGEMENT ASSOCIATES INC
PO BOX 9191
CHELSEA, MA 02150


DIALPAD INC
100 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO, CA 94111


DIAMONDBACK PLUMBING SERVICES INC dba DI
17423 N 25TH AVE
STE 9
PHOENIX, AZ 85023


DINCLOUD INC
27520 HAWTHORNE BLVD
STE 185
ROLLING HILLS ESTATES, CA 90274

DIXON HUGHES GOODMAN, LLP
PO BOX 602828
CHARLOTTE, NC 28260


DRINKER BIDDLE & REATH LLP
1500 K ST, NW
SUITE 1100
WASHINGTON, DC 20005


DUANE MORRIS LLP
ATTN: PAYMENT PROCESSING
30 SOUTH 17TH ST
PHILADELPHIA, PA 19103


DYNAMIC OFFICE SERVICES
10320 GLOBE RD
MORRISVILLE, NC 27560


ED MAP, INC.
PO BOX 714569
CINCINNATI, OH 45271


EDUCATION PARTNERS LLC
5501-A BALCONES DR
STE 209
AUSTIN, TX 78731


EDUFFICIENT - FEES
6 FOREST AVE
2ND FLOOR
PARAMUS, NJ 07652


EDUFFICIENT - OTHER
6 FOREST AVE
2ND FLOOR
PARAMUS, NJ 07652


ELECTRONIC SYSTEMS, INC
PO BOX 603065
CHARLOTTE, NC 28260


EMPLOYEE NAVIGATOR
7979 OLD GEORGETOWN RD
SUITE 300
BETHESDA, MD 20814

FACEBOOK INC
ATTN: ACCOUNTS RECEIVABLE
15161 COLLECTIONS CENTER DR
CHICAGO, IL 60693


Field Point Agency Services, Inc.
80 Field Point Road, Ste. 101
Greenwich, CT 06830


FIRST COMMUNICATIONS, LLC
PO BOX 772069
DETROIT, MI 48277


FIVE9 INC
4000 EXECUTIVE PARKWAY
STE 400
SAN RAMON, CA 94583


FP MAILING SOLUTIONS
PO BOX 157
BEDFORD PARK, IL 60499


FRONTEO USA, INC.
PO BOX 398824
SAN FRANCISCO, CA 94139


GETGO INC
PO BOX 50264
LOS ANGELES, CA 90074


Guardian Insurance Company
7 Hanover Square
New York, NY 10004


HAZLETON AREA QUARTERBACK CLUB
PO BOX 122
HAZLETON, PA 18201


HD MEDINA 1 LLC
10020 AURORA HUDSON RD
STREETSBORO, OH 44241


HERFF JONES INC
PO BOX 99292
CHICAGO, IL 60693

HIRESTRATEGY / ADDISON FINANCIAL PROFESS
7076 SOLUTIONS CENTER
CHICAGO, IL 60677


HOGAN MARREN BABBO & ROSE, LTC
321 NORTH CLARK STREET
SUITE 1301
CHICAGO, IL 60654


ICIMS, INC.
PARKWAY 120, 5TH FLOOR
90 MATAWAN RD
MATAWAN, NJ 07747


IDERA INC
PO BOX 671573
DALLAS, TX 75267


INDIAN RIVER FAMILY YMCA
5660 INDIAN RIVER RD
VIRGINIA BEACH, VA 23464


INTELLITALK INC
820 SANT CERE PLACE
CORONA, CA 92882


Internal Revenue Service
400 N. 8th Street
P.O. Box 76
Richmond, VA 23219


International Fidelity Insurance Company


INTERNET EMPLOYMENT LINKAGE dba HIGHER E
715 LAKE ST
SUITE 400
OAK PARK, IL 60301


INTRALINKS INC
PO BOX 392134
PITTSBURGH, PA 15251

IRON MOUNTAIN-PO BOX 27128
PO BOX 27128
NEW YORK, NY 10087


JOB TARGET LLC
DEPT CH 16743
PALATINE, IL 60055


JOHN WILEY & SONS INC DBA PROFILES INTER
5205 LAKESHORE DR
WACO, TX 76710


JUST COMMUNICATIONS DBA DIGITAL DIRECTIO
344 N OGDEN AVE
FLOOR 3
CHICAGO, IL 60607


KIRKLAND & ELLIS LLP
300 NORTH LASALLE ST
CHICAGO, IL 60654


KITCHEN
3118 SUTTON BLVD
MAPLEWOOD, MO 63143


KNUTTE & ASSOCIATES
7900 S CASS AVE
SUITE 210
DARIEN, IL 60561


LARCEN CONSULTING GROUP
PO BOX 3891
LOS ALTOS, CA 94024


LEXISNEXIS RISK DATA MGMT INC.
BILLING ID 1498804
28330 NETWORK PLACE
CHICAGO, IL 60673


LEXMARK ENTERPRISE SOFTWARE USA, INC
PO BOX 846261
DALLAS, TX 75284

LIBRARY & INFORMATION RESOURCES NETWORK
25400 US HWY 19 N
SUITE 220
CLEARWATER, FL 33763


LINKEDIN CORPORATION
62228 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


Marblegate Special Opportunities
Master Fund, L.P.
80 Field Point Road, Ste. 101
Greenwich, CT 06830


MARIANNA INDUSTRIES
11222 I ST
OMAHA, NE 68137


MARLIN BUSINESS BANK
PO BOX 13604
PHILADELPHIA, PA 19101


MBC Carlisle, LP
4109 Frankford Ave
Philadelphia, PA 19124


McCann Education Centers, Inc.
c/o The UPS Store
107 S West Street, Ste. 823
Alexandria, VA 22314


McCann School of Business and Technology
c/o The UPS Store
107 S West Street, Ste. 823
Alexandria, VA 22314


MCMC INDEPENDENT EXAM LLC
PO BOX 809297
CHICAGO, IL 60680


MEMORIES ENGRAVING PLUS/TRACIE F THOMAS
347 WEALTHY RD
LINDEN, VA 22642

MICROSOFT ONLINE INC.-PO 847543
PO BOX 847543
DALLAS, TX 75284


Miller-Motte Business College, Inc.
c/o The UPS Store
107 S West Street, Ste. 823
Alexandria, VA 22314


MONARCH MARKETING INC
13014 N DALE MABRY HWY
#316
TAMPA, FL 33618


MONSTER WORLDWIDE INC
PO BOX 90364
CHICAGO, IL 60696


National Career Education, Inc.
c/o The UPS Store
107 S West Street, Ste. 823
Alexandria, VA 22314


NATIONAL REGISTERED AGENTS INC
PO BOX 4349
CAROL STREAM, IL 60197


NEXSEN PRUET, LLC
PO DRAWER 2426
COLUMBIA, SC 29202


NITEL INC
LOCKBOX DEPT 4929
CAROL STREAM, IL 60122


OHIO CHAMBER OF COMMERCE
PO BOX 15159
COLUMBUS, OH 43215


Palmetto Technical College, Inc.
c/o The UPS Store
107 S West Street, Ste. 823
Alexandria, VA 22314

PARKS COFFEE / PROSTAR SERVICES ARIZONA
PROSTAR ARIZONA INC
PO BOX 113000
CARROLLTON, TX 75011


PEAK 10, INC.
PO BOX 534409
ATLANTA, GA 30353


PENN FOSTER INC
925 OAK ST
SCRANTON, PA 18515


PENSKE TRUCK LEASING CO LP
PO BOX 827380
PHILADELPHIA, PA 19182


Piedmont Business Colleges, Inc.
c/o The UPS Store
107 S West Street, Ste. 823
Alexandria, VA 22314


POTTSVILLE BROADCASTING CO INC DBA WPPA/
212 CENTRE ST
POTTSVILLE, PA 17901


POWERS PYLES SUTTER AND VERVILLE PC
1501 M ST NW
WASHINGTON, DC 20005


QUENCH USA
PO BOX 781393
PHILADELPHIA, PA 19178


RADCLIFFE GROUP, INC.
18806 AVENUE BIARRITZ
LUTZ, FL 33558


RANDSTAD SOURCERIGHT
PO BOX 415521
BOSTON, MA 02241


RANDSTAD-PO BOX 894217
PO BOX 894217
LOS ANGELES, CA 90189

RECRUITMILITARY LLC / RVET OPERATING LLC
422 WEST LOVELAND AVENUE
LOVELAND, OH 45140


RELOCATION GUIDE
14460 NEW FALLS OF THE NEUSE RD
SUITE 149-351
RALEIGH, NC 27614


RIVERS AND SPIRES FESTIVAL INC.
25 JEFFERSON ST
SUITE 300
CLARKSVILLE, TN 37040


RLI Corp.


ROCKET JONES INTERACTIVE LLC
PO BOX 2091
FORT COLLINS, CO 80522


RUSH TRUCK LEASING
PO BOX 34630
SAN ANTONIO, TX 78265


RYDER TRANSPORTATION SERVICES
PO BOX 96723
CHICAGO, IL 60693


SAM'S COMMERCIAL CLEANING
22327 E VIA DEL RANCHO
QUEEN CREEK, AZ 85142


See SOFA Exhibit 2


SHRED-IT USA
23166 NETWORK PLACE
CHICAGO, IL 60673


SILVER TOUCH TECHNOLOGIES INC
33 SOUTH WOOD AVE
6TH FLOOR OFFICE 657
ISELIN, NJ 08830

SINCLAIR TV GROUP, INC. dba SINCLAIR COM
c/o WRDC
PO BOX 206270
DALLAS, TX 75320


Southwest Business Colleges, Inc.
c/o The UPS Store
107 S West Street, Ste. 823
Alexandria, VA 22314


SPRINT- PO BOX 219903
PO BOX 219903
KANSAS CITY, MO 64121


SPRINT-PO BOX 4181
PO BOX 4181
CAROL STREAM, IL 60197


STAPLES ADVANTAGE
DEPT DC
PO BOX 415256
BOSTON, MA 02241


STERICYCLE-PO BOX 6575
PO BOX 6575
CAROL STREAM, IL 60197


STRATEGY CONSULTANTS LLC
PO BOX 503
MASON, OH 45040


STUDENT CONNECTIONS LLC/ EDUCATION AT WO
C/O STRADA EDUCATION NETWORK
9998 CROSSPOINT BLVD #400
INDIANAPOLIS, IN 46256


TALENTWISE INC
PO BOX 3876
SEATTLE, WA 98124


TALX CORPORATION
4076 PAYSPHERE CIRCLE
CHICAGO, IL 60674

TANGIBLE IMPACT, INC
5778 RUSHWOOD DR
DUBLIN, OH 43017


The Miami-Jacobs Business College Co.
c/o The UPS Store
107 S West Street, Ste. 823
Alexandria, VA 22314


THE VITALITY GROUP  INC DBA THE VITALITY
062278 COLLECTIONS CENTER DR
CHICAGO, IL 60693


TRANSAMERICA
ACCOUNTS RECEIVABLE
PO BOX 20781
LEHIGH VALLEY, PA 18002


TRANSWESTERN COMMERCIAL SERVICES CENTRAL
5001 SPRING VALLEY RD
SUITE 400W
DALLAS, TX 75244


TREASURER, CITY OF VIRGINIA BEACH
MUNICIPAL CENTER BUILDING 1
2401 COURTHOUSE DR
VIRGINIA BEACH, VA 23456


TUITION OPTIONS
14000 HORIZON WAY #400
MOUNT LAUREL, NJ 08054


TUTOR.COM INC
62996 COLLECTION CENTER DR
CHICAGO, IL 60693


TYCO INTEGRATED SECURITY LLC - 371994
PO BOX 371994
PITTSBURGH, PA 15250


UPS
PO BOX 7247-0244
PHILADELPHIA, PA 19170

US INTERNATIONAL MEDIA LLC
3415 S SEPULVEDA BLVD
8TH FLOOR
LOS ANGELES, CA 90034


USA FUNDS / UNITED STUDENT AID FUNDS INC
9998 CROSSPOINT BLVD
SUITE 400
INDIANAPOLIS, IN 46256


VANDEVENTER BLACK LLP
101 W MAIN ST
STE 500
NORFOLK, VA 23510


WEBMECHANIX LLC
PO BOX 1572
COLUMBIA, MD 21044


WELLS FARGO FINANCIAL LEASING
PO BOX 10306
DES MOINES, IA 50306


WESTEL COMMUNICATION SERVICES
PO BOX 78747
CORONA, CA 92877


WILLIAM J HALEY DBA MACNIFICENT PAGES
PO BOX 334
POTTSTOWN, PA 19464


WILLIAMS & FUDGE INC
PO BOX 11590
ROCK HILL, SC 29731


WILLIS OF NEW YORK, INC.
PO BOX 4557
NEW YORK, NY 10249


WILLIS OF TENNESSEE
29982 NETWORK PLACE
CHICAGO, IL 60673

WILLIS OF VIRGINIA, INC.-12882 COLL CENT
12882 COLLECTIONS CENTER DR
CHICAGO, IL 60693


WINDSTREAM-PO BOX 9001013
PO BOX 9001013
LOUISVILLE, KY 40290


WONDERLIC, INC.
3401 SALTERBECK CT
SUITE 201
MOUNT PLEASANT, SC 29466

# United States Bankruptcy Court
## Eastern District of Virginia

In re    Delta Career Education Corporation

            Debtor(s)

Case No. _____

Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Delta Career Education Corporation   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Gryphon Partners II, L.P.

Gryphon Partners III, L.P.

New York Life
Capital Partners III-A, L.P.

New York Life Capital Partners III, L.P.

☐ None [*Check if applicable*]

7/27/2018

Date

/s/ Peter J. Barrett

Peter J. Barrett

Signature of Attorney or Litigant

Counsel for   Delta Career Education Corporation

Kutak Rock LLP
901 East Byrd Street
Suite 1000
Richmond, VA 23219
804-644-1700 Fax:804-783-6192
peter.barrett@kutakrock.com

## ACTION BY WRITTEN CONSENT OF THE
## BOARD OF DIRECTORS OF
## DELTA CAREER EDUCATION CORPORATION
### a Delaware corporation

The undersigned being all of the members of the Board of Directors (the "Board") of **Delta Career Education Corporation**, a Delaware corporation (the "Corporation"), do hereby adopt the following recitals and resolutions by written consent in lieu of a meeting in accordance with the provisions of Section 141(f) of the Delaware General Corporation Law and the Bylaws of the Corporation, effective as of June __, 2018:

WHEREAS, the Board has considered the financial and operational conditions of the Corporation's business;

WHEREAS, the Board has reviewed the historical performance of the Corporation, the assets of the Corporation, the market for the Corporation's services, the availably of financing and the current and long-term liabilities of the Corporation;

WHEREAS, on January 18, 2018, STVT-AAI Education, Inc., doing business as Ancora Education, acquired certain indirect assets from the Corporation including campuses operating under the names of Berks Technical Institute, McCann School of Business and Technology, Miller-Motte College, Miller Motte Technical College and Creative Circus as well as certain campuses that offered professional truck driver training under the name of International Schools (the "Asset Sale");

WHEREAS, immediately after the closing of the Asset Sale, the Corporation and its affiliates engaged in a wind-down of any remaining assets of the Corporation and its affiliates, which wind-down has now been completed;

WHEREAS, the Board has reviewed, considered and received the recommendations of the senior management of the Corporation and the advice of the Corporation's legal, financial and other professionals and advisors with respect to potential avenues for relief that are available to the Board on behalf of the Corporation, including the risks, benefits and possibility of pursuing an orderly liquidation of the Corporation's business and assets under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

WHEREAS, the Board has reviewed, considered and received the recommendations of the senior management of the Corporation and the advice of the Corporation's legal, financial and other professionals and advisors with respect to the possibility for success in pursuing an orderly liquidation, in light of: (i) the Asset Sale; (ii) the wind-down of the remaining assets of the Corpration; (iii) the unavailability of financing to the Corporation; and (iv) the inability of the Corporation to generate cash as a result of the wind-down of its assets;

WHEREAS, the Board has reviewed, considered and received the recommendations of the senior management of the Corporation and the advice of the Corporation's legal, financial and other

professionals and advisors that the Corporation does not have a reasonable possibility of success in effectuating an orderly liquidation under Chapter 11 of the Bankruptcy Code because the Corporation has wound-down its remaining assets, would have insufficient cash or financing with which to continue operations, if any, and because the Board is unable to determine to its reasonable satisfaction that the Corporation could meet all of its post petition liabilities;

RESOLVED, THEREFORE, that in the business judgment of the Board after consideration of the alternatives presented to it and the recommendations of senior management of the Corporation and the advice of the Corporation's legal, financial and other professionals and advisors, it is desirable and in the best interests of the Corporation, its creditors, its equity holders and its other interested parties for a voluntary petition to be filed by the Corporation under the provisions of Chapter 7 of the Bankruptcy Code; and it is

FURTHER RESOLVED, that Martina Hansen (the "Designated Representative") be, and hereby is, authorized to act as the designated debtor representative on behalf of and in the name of the Corporation and execute, verify and file, or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents and to take any and all actions which she deems necessary or proper to obtain such relief; and it is

FURTHER RESOLVED, that the engagement of the law firm Kutak Rock LLP as general bankruptcy counsel to assist the Corporation in filing under Chapter 7 of the Bankruptcy Code be and hereby is ratified and confirmed; and it is

FURTHER RESOLVED, that the Designated Representative is authorized, empowered and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval where required) where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the officers of the Corporation prior to the date hereof in connection with the possible reorganization or liquidation of the Corporation or any matters related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed and approved.

The undersigned members of the Board hereby consent to the foregoing resolutions and actions and direct that this Action by Written Consent be filed with the minutes of the Corporation. Said resolutions and actions shall have the same force and effect as if they were adopted at a meeting. This Action by Written Consent shall be effective as of the date stated above.

| | |
|---|---|
| _R. David Andrews_ | _____ |
| R. David Andrews | Joseph A. Kennedy, III |
| _____ | _____ |
| Nicholas A. Orum | John P. Olsen |

professionals and advisors that the Corporation does not have a reasonable possibility of success in effectuating an orderly liquidation under Chapter 11 of the Bankruptcy Code because the Corporation has wound-down its remaining assets, would have insufficient cash or financing with which to continue operations, if any, and because the Board is unable to determine to its reasonable satisfaction that the Corporation could meet all of its post petition liabilities;

RESOLVED, THEREFORE, that in the business judgment of the Board after consideration of the alternatives presented to it and the recommendations of senior management of the Corporation and the advice of the Corporation's legal, financial and other professionals and advisors, it is desirable and in the best interests of the Corporation, its creditors, its equity holders and its other interested parties for a voluntary petition to be filed by the Corporation under the provisions of Chapter 7 of the Bankruptcy Code; and it is

FURTHER RESOLVED, that Martina Hansen (the "Designated Representative") be, and hereby is, authorized to act as the designated debtor representative on behalf of and in the name of the Corporation and execute, verify and file, or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents and to take any and all actions which she deems necessary or proper to obtain such relief; and it is

FURTHER RESOLVED, that the engagement of the law firm Kutak Rock LLP as general bankruptcy counsel to assist the Corporation in filing under Chapter 7 of the Bankruptcy Code be and hereby is ratified and confirmed; and it is

FURTHER RESOLVED, that the Designated Representative is authorized, empowered and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval where required) where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the officers of the Corporation prior to the date hereof in connection with the possible reorganization or liquidation of the Corporation or any matters related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed and approved.

The undersigned members of the Board hereby consent to the foregoing resolutions and actions and direct that this Action by Written Consent be filed with the minutes of the Corporation. Said resolutions and actions shall have the same force and effect as if they were adopted at a meeting. This Action by Written Consent shall be effective as of the date stated above.

_____                _____
R. David Andrews                               Joseph A. Kennedy, III

_____                _____
Nicholas A. Orum                               John P. Olsen

professionals and advisors that the Corporation does not have a reasonable possibility of success in effectuating an orderly liquidation under Chapter 11 of the Bankruptcy Code because the Corporation has wound-down its remaining assets, would have insufficient cash or financing with which to continue operations, if any, and because the Board is unable to determine to its reasonable satisfaction that the Corporation could meet all of its post petition liabilities;

RESOLVED, THEREFORE, that in the business judgment of the Board after consideration of the alternatives presented to it and the recommendations of senior management of the Corporation and the advice of the Corporation's legal, financial and other professionals and advisors, it is desirable and in the best interests of the Corporation, its creditors, its equity holders and its other interested parties for a voluntary petition to be filed by the Corporation under the provisions of Chapter 7 of the Bankruptcy Code; and it is

FURTHER RESOLVED, that Martina Hansen (the "Designated Representative") be, and hereby is, authorized to act as the designated debtor representative on behalf of and in the name of the Corporation and execute, verify and file, or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents and to take any and all actions which she deems necessary or proper to obtain such relief; and it is

FURTHER RESOLVED, that the engagement of the law firm Kutak Rock LLP as general bankruptcy counsel to assist the Corporation in filing under Chapter 7 of the Bankruptcy Code be and hereby is ratified and confirmed; and it is

FURTHER RESOLVED, that the Designated Representative is authorized, empowered and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval where required) where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the officers of the Corporation prior to the date hereof in connection with the possible reorganization or liquidation of the Corporation or any matters related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed and approved.

The undersigned members of the Board hereby consent to the foregoing resolutions and actions and direct that this Action by Written Consent be filed with the minutes of the Corporation. Said resolutions and actions shall have the same force and effect as if they were adopted at a meeting. This Action by Written Consent shall be effective as of the date stated above.


_____                    _____
R. David Andrews                                    Joseph A. Kennedy, III

_____                    _____
Nicholas A. Orum                                    John P. Olsen

professionals and advisors that the Corporation does not have a reasonable possibility of success in effectuating an orderly liquidation under Chapter 11 of the Bankruptcy Code because the Corporation has wound-down its remaining assets, would have insufficient cash or financing with which to continue operations, if any, and because the Board is unable to determine to its reasonable satisfaction that the Corporation could meet all of its post petition liabilities;

RESOLVED, THEREFORE, that in the business judgment of the Board after consideration of the alternatives presented to it and the recommendations of senior management of the Corporation and the advice of the Corporation's legal, financial and other professionals and advisors, it is desirable and in the best interests of the Corporation, its creditors, its equity holders and its other interested parties for a voluntary petition to be filed by the Corporation under the provisions of Chapter 7 of the Bankruptcy Code; and it is

FURTHER RESOLVED, that Martina Hansen (the "Designated Representative") be, and hereby is, authorized to act as the designated debtor representative on behalf of and in the name of the Corporation and execute, verify and file, or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents and to take any and all actions which she deems necessary or proper to obtain such relief; and it is

FURTHER RESOLVED, that the engagement of the law firm Kutak Rock LLP as general bankruptcy counsel to assist the Corporation in filing under Chapter 7 of the Bankruptcy Code be and hereby is ratified and confirmed; and it is

FURTHER RESOLVED, that the Designated Representative is authorized, empowered and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval where required) where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the officers of the Corporation prior to the date hereof in connection with the possible reorganization or liquidation of the Corporation or any matters related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed and approved.

The undersigned members of the Board hereby consent to the foregoing resolutions and actions and direct that this Action by Written Consent be filed with the minutes of the Corporation.  Said resolutions and actions shall have the same force and effect as if they were adopted at a meeting. This Action by Written Consent shall be effective as of the date stated above.


_____                    _____
R. David Andrews                           Joseph A. Kennedy, III


_____                    _____
Nicholas A. Orum                           John P. Olsen

Williard E. Lynn

_____
Andrew J. Meyers

Williard E. Lynn

Andrew J. Meyers

**SOFA Exhibit 1**

| Make & Model # | Serial Number | Leasing Company | Lease Contract # | Monthly Payment | Lease Start Date | Lease Term Date |
|---|---|---|---|---|---|---|
| 1730IF | QGF07651 | Canon Financial Services | 001-0204182-004 | included in below | 2/12/2015 | 5/12/2020 |
| IPC60 | QKL00539 | Canon Financial Services | 001-0204182-004 | $1,007.11 | 2/12/2015 | 5/12/2020 |
| IRADV4245 | RKM02822 | Canon Financial Services | 001-0204182-004 | included in above | 2/12/2015 | 5/12/2020 |
| Xerox 5875 | EX9293814 | CIT | 900-0225981-000 | $436.60 | 6/30/2014 | 6/29/2017 |
| Xerox 7225 | LX5693813 | CIT | 900-0229526-000 | $260.38 | 9/29/2014 | 9/28/2017 |
| Xerox 7970 | BOW588380 | CIT | 900-0234927-000 | included in above | 2/11/2015 | 2/10/2018 |
| Xerox 5875 | EX9301018 | CIT | 900-0234927-000 | $984.43 | 2/11/2015 | 2/10/2018 |
| Xerox 5875 | EX9300096 | CIT | 900-0233379-000 | $449.98 | 12/31/2014 | 12/30/2017 |
| Xerox 5875 | EX9297536 | CIT | 900-0229871-000 | $450.69 | 10/2/2014 | 10/1/2017 |
| Xerox 5875 | EX9295215 | CIT | 900-0229690-000 | $448.29 | 9/30/2014 | 9/29/2017 |
| Xerox 5875 | EX9297393 | CIT | 900-0229695-000 | $454.95 | 9/30/2014 | 9/29/2017 |
| Xerox C70 | E2B646678 | CIT | 900-0232510-000 | included below | 12/10/2014 | 12/9/2017 |
| Xerox 5875 | EX9298186 | CIT | 900-0232510-000 | $998.70 | 12/10/2014 | 12/9/2017 |
| Xerox 5875 | EX9298981 | CIT | 900-0235642-000 | $411.88 | 3/2/2015 | 3/1/2018 |
| Xerox 5875 | EX9296847 | CIT | 900-0229691-000 | included below | 9/30/2014 | 9/29/2017 |
| Xerox 5875 | EX9296848 | CIT | 900-0229691-000 | $924.44 | 9/30/2014 | 9/29/2017 |

| Xerox 5875 | EX9295733 | CIT | 900-0229694-000 | $453.88 | 9/30/2014 | 9/29/2017 |
| Xerox 570 | XPN335387 | CIT | 900-0231446-000 | $636.92 | 11/11/2014 | 11/10/2017 |
| Xerox 7970 | B0W587993 | CIT | 900-0233634-000 | $537.00 | 1/7/2015 | 1/6/2018 |
| Xerox 5875 | EX9297544 | CIT | 900-0229692-000 | $450.69 | 9/30/2014 | 9/29/2017 |
| Xerox 7225 | LX5697497 | CIT | 900-0234482-000 | included in above | 1/30/2015 | 2/28/2018 |
| Xerox 7845 | MX4744022 | CIT | 900-0234482-000 | $638.87 | 1/30/2015 | 2/28/2018 |
| Xerox 7970 | B0W588048 | CIT | 900-0233710-000 | $1,328.91 | 1/9/2015 | 1/8/2018 |
| Xerox 5875 | EX9299244 | CIT | 900-0233710-000 | included in above | 1/9/2015 | 1/8/2018 |
| Xerox 5875 | EX9299271 | CIT | 900-0233710-000 | included in above | 1/9/2015 | 1/8/2018 |
| Xerox 5955 | A2M750288 | De Lage Landen | 25451978_1 | $473.59 | 6/15/2017 | 6/15/2020 |
| Xerox 5875 | EX9667607 | De Lage Landen | 25443516_1 | $433.08 | 4/15/2017 | 4/15/2020 |
| Xerox7970 | B0W870913 | De Lage Landen | 25443516_2 | $509.00 | 4/15/2017 | 4/15/2020 |
| Xerox 5875 | EX9668796 | De Lage Landen | | | 7/11/2017 | 7/11/2020 |
| Xerox 5890 | EX9668621 | De Lage Landen | | billed with above | 7/11/2017 | 7/11/2020 |
| Xerox 5875 | EX9666218 | De Lage Landen | 25436062_2 | $434.10 | | |
| Xerox 5875 | EX9666440 | De Lage Landen | 25436062_3 | $434.10 | | |
| Xerox 7970 | B0W870428 | De Lage Landen | 25436062_1 | $519.88 | | |
| Xerox5875 | EX9667819 | De Lage Landen | | $989.85 | 3/1/2017 | 3/1/2020 |
| Xerox7970 | B0W871649 | De Lage Landen | | included in price above | 3/1/2017 | 3/1/2020 |
| Xerox 5875 | EX9666821 | De Lage Landen | 25424979 | $437.49 | 1/1/2017 | 12/31/2019 |
| Xerox 5875 | EX9666213 | De Lage Landen | 25443484_1 | $439.80 | | |
| Xerox 7970 | B0W871169 | De Lage Landen | 25443484_2 | $558.87 | | |
| Xerox 5875 | EX9666315 | De Lage Landen | 25450527_1 | $1,007.88 | 6/15/2017 | 6/15/2020 |
| Xerox 7970 | B0W872512 | De Lage Landen | 25450527_2 | included in above | 6/15/2017 | 6/15/2020 |
| Xerox 5875 | EX9667641 | De Lage Landen | 25434778 | $447.20 | | |
| Xerox7970 | BOW867649 | EverBank | **20258324** | $533.87 | 10/6/2016 | 10/5/2019 |
| Xerox 5875 | EX9663440 | EverBank | 20250799 | billed with below | 8/8/2016 | 8/8/2019 |

| Xerox 5875 | EX9663469 | EverBank | 20250799 | $795.75 | 8/8/2016 | 8/8/2019 |
|---|---|---|---|---|---|---|
| Xerox 7970 and 5875i | EX9664329, BOW867833 | EverBank | 20258258 | $1,097.46 | 10/10/2016 | 10/9/2019 |
| Xerox 7225 | LX5600021 | Everbank | 20250478 | $259.95 | 7/22/2016 | 7/22/2019 |
| Xerox 5875, D95C | EX9663281, BG29 | Everbank | 20258256 | $1,311.40 | 9/22/2016 | 9/21/2019 |
| Xerox WC7970 | BOW869135 | Marlin | 401-1268170-008 | $650.19 | 12/28/2016 | 12/28/2019 |
| Xerox 5335 | AE9578945 | Marlin | 401-1268170-007 | $790.40 | 11/28/2016 | 10/28/2019 |
| Xerox 5875 | EX9664745 | Marlin | 401-1268170-006 | $471.69 | 10/28/2016 | 10/28/2019 |
| Xerox 5875 | EX9664643 | Marlin | 401-1268170-002 | $440.23 | 10/28/2016 | 9/28/2019 |
| Xerox 7970 | BOW867834 | Marlin | 401-1268170-004 | $586.83 | 10/28/2016 | 9/28/2019 |
| Xerox | EX9664870 , MX4484995 | Marlin | 401-1268170-005 | $865.05 | 11/4/2016 | 11/4/2019 |
| Xerox 5875 | EX9664980 | Marlin | 401-1268170-003 | $442.93 | 10/28/2016 | 9/28/2019 |
| Xerox 5875 | EX9307316 | US Bank | 500-0458473-000 | $491.46 | 12/31/2015 | 1/31/2019 |
| Xerox 7970 | B0W594702 | US Bank | 500-0460964-000 | included in above | 1/29/2016 | 1/29/2019 |
| Xerox 5875 | EX9309716 | US Bank | 500-0460964-000 | $1,126.53 | 1/29/2016 | 1/29/2019 |
| Xerox 5775 | EX9307324 | US Bank | 500-0458742-000 | $648.73 | 1/5/2016 | 1/20/2019 |
| Xerox 5875 | EX9017949 | US Bank | 500-0469901-000 | $439.25 | 4/26/2016 | 4/26/2019 |
| Xerox 7970 | B0W593429 | US Bank | 500-0458447-000 | $677.22 | 12/31/2015 | 1/31/2019 |
| Xerox 7970 | B0W593545 | US Bank | 500-0458726-000 | included in above | 1/5/2016 | 1/20/2019 |
| Xerox 5875 | EX9308989 | US Bank | 500-0458726-000 | $1,257.77 | 1/5/2016 | 1/20/2019 |
| Xerox 5875 | EX9017991 | US Bank | 500-0469888-000 | $439.25 | 4/26/2016 | 4/29/2019 |
| Xerox 5875 | EX9302250 | Wells Fargo | 603-0126839-000 | $859.74 | 5/15/2015 | 5/15/2018 |

| Xerox 5875 | EX9302477 | Wells Fargo | 603-0126839-001 | included in above | 5/15/2015 | 5/15/2018 |
| Xerox 7970 | B0W592531 | Wells Fargo | 603-0134001-002 | included in above | 10/1/2015 | 10/1/2018 |
| Xerox 5875 | EX9306122 | Wells Fargo | 603-0134001-000 | $1,520.00 | 10/1/2015 | 10/1/2018 |
| Xerox 5875 | EX9306134 | Wells Fargo | 603-0134001-001 | included in above | 10/1/2015 | 10/1/2018 |
| Xerox 5875 | EX9291818 | Wells Fargo | 7744574-037 | $1,342.01 | 3/21/2014 | 3/21/2017 |
| Xerox 5875 | EX9292377 | Wells Fargo | 7744574-037 | billed with above | 3/21/2014 | 3/21/2017 |
| Xerox 5875 | EX9292436 | Wells Fargo | 7744574-037 | billed with above | 3/21/2014 | 3/21/2017 |
| Xerox 5875 | EX9292088 | Wells Fargo | 7744574-034 | $446.10 | 2/25/2014 | 2/25/2017 |
| Xerox 7775 | RFX357434 | Wells Fargo | 7744574-025 | $570.91 | 1/22/2014 | 1/22/2018 |
| Xerox 7970 | B0W592095 | Wells Fargo | 603-0132862-001 | included below | 9/10/2015 | 9/10/2018 |
| Xerox 5875 | EX9306687 | Wells Fargo | 603-0132862-000 | $1,014.44 | 9/10/2015 | 9/10/2018 |
| Xerox 7970 | BOW589883 | Wells Fargo | 603-0125240-000 | $597.67 | 4/23/2015 | 4/23/2018 |
| Xerox 5875 | EX9292539 | Wells Fargo | 7744574-033 | $472.57 | 3/21/2014 | 3/21/2017 |
| Xerox 7970 | B0W590383 | Wells Fargo | 603-0128115-000 | $571.53 | 6/25/2015 | 7/25/2018 |
| Xerox 5875 | EX9306661 | Wells Fargo | 603-0134363-000 | $432.06 | 10/6/2015 | 12/6/2018 |
| Xerox 7970 | B0W589402 | Wells Fargo | 603-0122439-000 | $557.03 | 4/1/2015 | 4/1/2018 |
| Xerox 5875 | EX9286752 | Wells Fargo | 7744574-017 | $436.42 | 10/8/2013 | 10/8/2017 |
| Xerox 5875 | EX9015873 | Wells Fargo | 7744574-042 | $447.31 | 5/2/2014 | 5/2/2017 |
| Xerox 5875 | EX9303535 | Wells Fargo | 603-0127741-001 | $1,279.56 | 6/9/2015 | 6/9/2018 |
| Xerox 5875 | EX9301814 | Wells Fargo | 603-0129897-000 | $429.70 | 7/20/2015 | 7/20/2018 |
| Xerox 7970 | B0W590470 | Wells Fargo | 603-0127741-002 | included in below | 6/9/2015 | 6/9/2018 |
| Xerox 5875 | EX9303503 | Wells Fargo | 603-0127741-000 | included in below | 6/9/2015 | 6/9/2018 |
| Xerox 570 | XPN551131 | Wells Fargo | 7744574-043 | $769.56 | 4/15/2014 | 4/15/2017 |

| | | | | | | |
|---|---|---|---|---|---|---|
| IR3245 | DHK01368 | | | | | |
| IRC5045 | GPQ56147 | | | | | |
| BIZHUB 750 | 57AE02314 | | | | | |
| IMAGIS/DL200 | 3090181 | | | N/A | 3/13/2006 | |
| Savin 2545 | | | | | | |

| Make & Model # | Serial Number | Leasing Company | Lease Contract # | Payment | Lease Start Date | Lease Term Date | Returned |
|---|---|---|---|---|---|---|---|
| PostBase 30 | | FP Mailing Solutions | RO1115807 | $111.00 | 1/1/2017 | 12/31/2017 | RETURNED |
| PostBase 30 | | FP Mailing Solutions | RO1130507 | $126.00 | 4/21/2014 | 4/20/2018 | RETURNED |
| PostBase 45 | | FP Mailing Solutions | RO1130488 | $240.00 | 4/21/2014 | 4/20/2018 | RETURNED-3 boxes USPS 9405510200829722459356, 9405510200882722711367, 9405510200882722704017 |
| PostBase 30 | | FP Mailing Solutions | RO1115695 | $126.00 | 1/1/2014 | 12/31/2017 | |
| PostBase 30 | | FP Mailing Solutions | RO1233114 | $118.49 | 12/24/2016 | 12/24/2019 | |
| PostBase 45 | | FP Mailing Solutions | RO1115800 | $162.00 | 1/1/2014 | 12/31/2017 | |
| PostBase 45 Automatic | | FP Mailing Solutions | RO1184530 | $225.00 | 7/1/2015 | 6/30/2018 | |
| PostBase | | FP Mailing Solutions | RO1226240 | $49.00 | 9/27/2016 | 9/27/2019 | RETURNED |
| PostBase 30 | | FP Mailing Solutions | RO1115692 | $126.00 | 1/1/2014 | 12/31/2017 | RETURNED |
| PostBase 30 | | FP Mailing Solutions | RO1115796 | $126.00 | 1/1/2014 | 12/31/2017 | RETURNED |
| PostBase 30 | | FP Mailing Solutions | RO1115694 | $126.00 | 1/1/2014 | 12/31/2017 | |
| PostBase 65 | | FP Mailing Solutions | RO1115802 | $315.00 | 1/1/2014 | 12/31/2017 | RETURNED |
| PostBase 30 | | FP Mailing Solutions | RO1192010 | $111.00 | 9/8/2015 | 8/31/2018 | |
| PostBase 30 w/ 10# Scale | | FP Mailing Solutions | RO1122561 | $132.00 | 4/1/2014 | 3/31/2017 | RETURNED |
| PostBase 30 | | FP Mailing Solutions | RO1174235 | $111.00 | 4/1/2015 | 3/31/2018 | RETURNED |
| PostBase 30 | | FP Mailing Solutions | RO1192000 | $111.00 | 9/8/2015 | 8/31/2018 | |
| PostBase 30 | | FP Mailing Solutions | RO1115693 | $111.00 | 1/1/2014 | 12/31/2017 | |
| PostBase 30 | | FP Mailing Solutions | RO1130467 | $126.00 | 4/21/2014 | 4/20/2018 | RETURNED |
| PostBase 30 | 61808439 | FP Mailing Solutions | RO1218140 | $132.00 | 6/2/2016 | 6/1/2019 | RETURNED |
| PostBase 30 | 61808061 | FP Mailing Solutions | RO1221983 | $111.00 | 7/29/2016 | 7/28/2019 | RETURNED |
| PostBase 30 | 61802289 | FP Mailing Solutions | RO1117797 | $126.00 | 1/24/2017 | 1/24/2018 | |
| PostBase 30 | | FP Mailing Solutions | RO1115696 | $126.00 | 1/1/2014 | 12/31/2017 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PostBase 45 Automatic | | FP Mailing Solutions | RO1122553 | $240.00 | 4/1/2014 | 3/31/2018 | RETURNED |
| PostBase 30 | | FP Mailing Solutions | RO1174227 | $111.00 | 4/1/2015 | 3/31/2018 | |
| PostBase 30 | | FP Mailing Solutions | RO1115699 | $111.00 | 1/1/2014 | 12/31/2017 | |
| PostBase 30 | | FP Mailing Solutions | RO1233115 | $122.38 | 12/24/2016 | 12/24/2019 | |
| PostBase 30 | | FP Mailing Solutions | RO1233116 | $119.99 | 12/24/2016 | 12/24/2019 | |
| PostBase 30 | | FP Mailing Solutions | RO1162645 | $111.00 | 1/1/2015 | 12/31/2017 | RETURNED |
| PostBase 30 | 61816007 | FP Mailing Solutions | RO1218097 | $132.00 | 6/2/2016 | 6/1/2019 | RETURNED |
| PostBase 45 | | FP Mailing Solutions | RO1195478 | $225.00 | 10/11/2015 | 10/10/2018 | |
| FPI 600 Folder/Inserter | | Great America Financial Services | 003-1092351-000 | $129.23 | 10/8/2015 | 1/8/2019 | |
| MP04 P700 | 1610628 1753173 | Pitney Bowes | 2220723001 | $182.00 | 10/17/2012 | 1/20/2018 | 3/2018 |
| P7L1 | 4476909 | Pitney Bowes | 8205791 006 | $365.39 | 6/27/2011 | 7/29/2019 | |
| G900 MP9G 4C0R | 3193755 0164950 3193755 | Pitney Bowes | 9774200002 | $540.00 | 6/26/2012 | 9/30/2017 | |
| DA3S WS31 W9SM MSF1 MSD1 1W00 MPR2 | 5700265 0012664 0005335 0002652 1368572 0005093 | Pitney Bowes | 6314240003 | $2,100.00 | 8/1/2011 | 11/10/2017 | |
| MSD1 MPR1 1W00 MSF2 1E20 | 0006530 0007625 1364148 0002345 0003591 | Pitney Bowes | 8154750002 | $1,947.12 | 8/31/2010 | 10/20/2016 | |
| G900 MP9G H20A 3C01 H201 | 0819475 0200284 4407697 0819475 3312208 | Pitney Bowes | 6561922006 | $1,137.00 | 4/21/2014 | 7/20/2019 | |

| Make & Model # | Serial Number | Leasing Company | Lease Contract # | Monthly Payment | Lease Start Date | Lease Term Date | Monthly Maintenance | Maintenance Company | Maintenance Contract Number |
|---|---|---|---|---|---|---|---|---|---|
| Canon IR3300 | MPH25192 | All Copy Products | 22751-02 | $202.15 | 4/28/2012 | 4/27/2015 | | | |
| IR2525 | FRU46079 | Canon Financial Svcs | 001-0204182-003 | $876.23 | 10/20/2011 | 1/19/2015 | $ 391.78 | Canon Business Solutions | 1178506 |
| IRC5045 | GPQ56147 | Canon Financial Svcs | 001-0204182-003 | included in above | 10/20/2011 | 1/19/2015 | | | |
| Muratec 2850D & HP printers | DA132710193008 | Cartridge on Wheels | 625153 | $703.39 | 5/24/2010 | 5/24/2014 | | | |
| HP & Muratec | Various | Cartridge on Wheels | 026-0625153-000/ 012-0625153-001/ 012-0625153-002/ 016-0625153-003 | $633.67 | 5/24/2010 | 5/31/2014 | | | |
| various HP & Muratec | | Cartridge on Wheels | 026-0641490-000 | $1,996.64 | 8/24/2010 | 8/24/2013 | | | |
| Xerox 5875 | EX9015504 | CIT | 900-0226464-000 | $1,022.37 | 7/10/2014 | 7/9/2017 | | | |
| Xerox 7775 | RFX014853 | CIT | 900-0226464-000 | included above | 7/10/2014 | 7/9/2014 | | | |
| BIZHUB350 | 31129825 | CIT Technology | 061-0008683-000 | $192.82 | 11/28/2007 | 12/28/2010 | | | |
| Sharp MX 950 | 80002306 | Comdoc | 001-0076231-001 | $1,013.87 | 10/1/2009 | 10/1/2012 | | | |
| Sharp MX 6201 | 85004729 | Comdoc | 001-0080073-001 | $411.54 | 1/1/2013 | 1/1/2016 | $ 127.13 | Comdoc | 212809 D4451 |
| Sharp MX 620 | 95002625 | Comdoc | 001-0077824-001 | $365.93 | | 11/1/2012 | $ 1,184.01 | Comdoc | |
| MXM363N | 95018046 | Comdoc | 603-0076237-001 | $189.20 | 9/25/2009 | 10/1/2013 | $ 77.87 | ComDoc | 231282 |
| Sharp MX 6201 & 620 | 95002435/95001765 | Comdoc | 603-0075021-001 & 002 | $725.00 | 9/1/2009 | 9/1/2013 | $ 332.00 | Comdoc | ZSYST G63972 |
| Xerox CQ9203 | BRE231436 | Comdoc | 001-0080164-001 | $432.18 | NEED LEASE | 1/1/2013 | $ 537.19 | Comdoc | D6968 |
| Xerox MFP6400 - 31/mincolor | KAA131775 | ComDoc | 169805000 | $127.36 | 10/18/2012 | 2/1/2016 | $ 40.00 | ComDoc | 212809-MMP87 |
| Xerox /WC275 | UTU907071 | Comdoc | 25019976 | $255.00 | 2/1/2010 | 1/31/2015 | $ 141.00 | Comdoc | |
| Xerox 5665 | WTM781473 | Comdoc | 001-0080165-001 | $365.24 | | 1/1/2013 | $ 219.73 | Comdoc | |
| single coin op | 1001854-C993 | De Lage Landen | 24709734/1463499 | | 3/13/2006 | | $ 16.71 | Cannon Financial | 1463499 |
| bizhub 222 w/Card Reader & Coin-Op | A11W011000650 | De Lage Landen / Konica | 24975581 | $300.00 | 5/4/2009 | 5/3/2013 | $ 27.50 | | |
| HP & Muratec | Various | Discount Imaging | 500-0179733-000 B/W | $69.84 | 12/18/2008 | 3/31/2014 | | | |
| HP & Muratec | Various | Discount Imaging | 500-0179733-000 COLOR | $1,583.37 | 12/18/2008 | 3/31/2014 | | | |
| Ricoh R3350SP | M6395800400 | Edwards Business Machines | 500-0228378-000 | $242.30 | 12/21/2009 | 12/18/2014 | | | |
| XEROX 5775/5775 | 7177 & 7199 | GE Capital | 7728597-001 | $858.30 | 12/4/2012 | 12/4/2015 | | | |
| Toshiba E-Studio 855SE | CEL013203 | GE Capital | 7717856-001 | $2,447.50 | 3/31/2011 | 6/30/2016 | 250/year plus copy usage | Advanced Business Equip | |
| Toshiba E-Studio 855SE | CEL013210 | GE Capital | 7717856-001 | included above | 3/31/2011 | 6/30/2016 | 250/year plus copy usage | Advanced Business Equip | |
| Toshiba E-Studio 855SE | CEL013214 | GE Capital | 7717856-001 | included above | 3/31/2011 | 6/30/2016 | 250/year plus copy usage | Advanced Business Equip | |
| Toshiba E-Studio 355SE | CPB141453 | GE Capital | 7717856-001 | included above | 3/31/2011 | 6/30/2016 | 250/year plus copy usage | Advanced Business Equip | |
| Xerox 5875 | EX9282343 | GE Capital | 7744574-003 | $436.42 | 6/28/2013 | 6/28/2016 | | | |
| Xerox 5875 | EX9284378 | GE Capital | 7744574-005 | $436.42 | 8/28/2013 | 9/1/2016 | | | |
| Xerox 5875 | EX9284548 | GE Capital | 7744574-004 | $436.42 | 8/28/2013 | 8/28/2016 | | | |
| Xerox 7775 | RFX014341 | GE Capital | 7728597-002 | included above | 12/8/2011 | 12/8/2014 | | | |
| Xerox 7775 | RFX014371 | GE Capital | 7728597-001 | $748.11 | 11/30/2011 | 12/5/2014 | $ - | | |
| Xerox 7775 | RFX015242 | GE Capital | 7728597-001 | included above | 3/23/2012 | 4/1/2015 | | | |
| Xerox 7775 | RFX015637 | GE Capital | 7728597-009 | included above | 6/7/2012 | 6/7/2015 | | | |
| Xerox 7775 | RFX016448 | GE Capital | 7728597-012 | included above | 9/25/2012 | 9/25/2015 | | | |

| XEROX 7775 | RFX016597 | GE Capital | 7728597-013 | $1,449.14 | 10/18/2012 | 10/18/2015 | | | |
| Xerox 7775 | RFX016626 | GE Capital | 7728597-014 | $509.21 | 10/4/2012 | 10/25/2015 | | | |
| Xerox 7775 | RFX346044 | GE Capital | 7744574-010 | $563.62 | 8/1/2013 | 8/1/2016 | | | |
| Xerox 7775 | RFX346848 | GE Capital | 7744574-009 | $563.62 | 7/26/2013 | 7/26/2016 | | | |
| Xerox 7775 | RFX352495 | GE Capital | 7728597-004 | $509.22 | 1/20/2012 | 1/20/2015 | 700 & 200 usage | Electronic Systems | usage 0000037739 |
| Xeros 7775 | RFX355889 | GE Capital | 7728597-016 | included in above | 1/24/2013 | 2/1/2016 | | | |
| Xerox 7775 | RFX356806 | GE Capital | 7744574-015 | $563.62 | 8/30/2013 | 4/30/2017 | | | |
| Xerox 7775 | RFX356915 | GE Capital | 7744574-014 | $579.37 | 8/14/2013 | 8/14/2016 | | | |
| Xerox 5775 | XEL005109 | GE Capital | 7728597-016 | $1,040.14 | 1/24/2013 | 2/1/2016 | | | |
| Xerox 5775 | XEL005521 | GE Capital | 7728597-017 | $404.39 | 2/28/2013 | 3/1/2016 | | | |
| Xerox 5775 | XEL005555 | GE Capital | 7728597-018 | $404.39 | 2/25/2013 | 3/1/2016 | | | |
| Xerox 5775 | XEL555787 | GE Capital | 7728597-002 | included in above | 12/8/2011 | 12/8/2014 | | | |
| Xerox 5775 | XEL557264 | GE Capital | 7728597-002 | $1,317.99 | 12/8/2011 | 12/8/2014 | $    - | | |
| Xerox 5775 | XEL558161 | GE Capital | 7728597-003 | $643.90 | 12/19/2011 | 12/19/2014 | $    - | | |
| Xerox 5775 | XEL559749 | GE Capital | 7728597-009 | included above | 6/7/2012 | 6/7/2015 | | | |
| Xerox 5775 | XEL559794 | GE Capital | 7728597-009 | $1,317.99 | 6/7/2012 | 6/7/2015 | | | |
| XEROX 5775 | XEL561540 | GE Capital | 7728597-006 | included in above | 3/22/2012 | 4/1/2015 | | | |
| XEROX 5775 | XEL561571 | GE Capital | 7728597-006 | $857.31 | 3/22/2012 | 4/1/2015 | $    - | | |
| Xerox 5775 | XEL562298 | GE Capital | 7728597-007 | $913.60 | 3/23/2012 | 4/1/2015 | | | |
| Xerox 5775 | XEL565219 | GE Capital | 7728597-012 | $966.60 | 9/25/2012 | 9/25/2015 | | | |
| Xerox 5775PT | XEL566150 | GE Capital | 7728597-010 | $404.39 | 9/28/2012 | 9/28/2015 | | | |
| Xerox 5775 | XEL567177 | GE Capital | 7744574-002 | $858.30 | 12/31/2012 | 1/1/2016 | | | |
| Xerox 5775 | XEL567199 | GE Capital | 7744574-002 | included in above | 12/31/2012 | 1/1/2016 | | | |
| Xerox 5775 | XEL569153 | GE Capital | 7728597-015 | $404.39 | 1/2/2013 | 1/1/2016 | | | |
| XEROX 5775 | XEL625750 | GE Capital | 7728597-013 | included in above | 10/18/2012 | 10/18/2015 | | | |
| XEROX 5775 | XEL625872 | GE Capital | 7728597-013 | included in above | 10/18/2012 | 10/18/2015 | | | |
| 906EX | C24021427 | GE Capital/RICOH | 352411-2424687 | $961.00 | 2/25/2009 | 2/24/2014 | | | |
| 907EX/DUPLO DF755 (attached to 907EX) | C24030314/090520142 | GE Capital/RICOH | 352411-2566667 | $1,554.00 | 12/30/2009 | 12/29/2014 | | | |
| MPC3300 | C24030807 | GE Capital/RICOH | 352411-2566667 | included in above | 12/30/2009 | 12/29/2014 | | | |
| Fax 3900 | 1392311005913 | Ge. Capital | 7683566005 | $43.27 | 7/22/2010 | 7/22/2013 | $    - | | |
| bizhub 222 w/Card Reader & Coin-Op | A0PP011006450 | Ge. Capital | 7667759002 | $421.08 | 4/15/2010 | 4/15/2013 | $    88.74 | | |
| bizhub 601 | A0PP011009358 | Ge. Capital | 7683566006 | $437.72 | 7/22/2010 | 7/22/2013 | $    108.99 | | |
| bizhub 501 | A0R5011012338 | Ge. Capital | 7667767001 | $308.86 | 3/25/2010 | 3/25/2013 | $    108.43 | Konica | |
| bizhub 421 | A0R6011011117 | Ge. Capital | 7667759002 | $261.37 | 4/16/2010 | 4/16/2013 | $    142.27 | | |
| Xerox 7775pt | RFX354193 | Ge. Capital | 7728597-008 | $509.12 | 5/15/2012 | 5/15/2015 | | | |
| bizhbu 601 | A0PP011005237 | Konica Minolta | 7683566003 | $515.78 | 6/14/2010 | 6/30/2013 | $    89.70 | | |
| bizhub 601 | A0PP011005937 | Konica Minolta | 500-0243563-000 | $421.08 | 5/24/2010 | 4/24/2013 | $    156.50 | Konica | |
| bizhbu 601 | A0PP011008220 | Konica Minolta | 7683566002 | $515.78 | 6/14/2010 | 6/30/2013 | $    89.70 | | |
| bizhub 601 | A0PP011008557 | Konica Minolta | 7697298-001 90136044334 | $1,078.60 | 6/30/2010 | 6/30/2013 | $    85.00 | | |
| bizhub 601 | A0PP011009224 | Konica Minolta | 7697298-001 90136044334 | See above | 6/30/2010 | 6/30/2013 | $    85.00 | | |
| bizhub 601 | A0PP011010238 | Konica Minolta | 7683566-007 | See above | 8/17/2010 | 8/17/2013 | $    108.99 | | |
| bizhub 421 | A0R6011010795 | Konica Minolta | 500-0235776-000 | $261.37 | 2/28/2010 | 2/28/2013 | $    107.37 | Konica | |
| bizhub 222 w/Card Reader | A11W011010817 | Konica Minolta | 500-0243563-000 | $399.65 | 5/24/2010 | 4/24/2013 | $    51.80 | Konica | |
| bizhub 222 w/Card Reader & Coin-Op | A11W011013103 | Konica Minolta | 7683566-004 | $417.65 | 7/7/2010 | 7/27/2013 | $    47.12 | | |
| bizhub 222 w/Card Reader & Coin-Op | A11W011013177 | Konica Minolta | 7683566-001 | $430.54 | 6/10/2010 | 6/30/2013 | $    47.09 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| bizhub C280 | AOED012007356 | Konica Minolta | 7698423-001 90136049051 | $463.89 | | 6/30/2013 | | | | |
| bizhub 601 | AOPP011009767 | Konica Minolta | 7683566-007 | $1,124.10 | 8/17/2010 | 8/17/2013 | $ | 108.99 | | |
| bizhub 601 | AOPP011011372 | Konica Minolta | 7683566-008 | $741.69 | 10/15/2010 | 10/30/2013 | | | | |
| bizhub 601 | AOPP011011954 | Konica Minolta | 90136089624 | billed with above | 10/5/2010 | 4/4/2014 | | | | |
| bizhub 601 | AOPP011011956 | Konica Minolta | 7709497-001 | $1,885.10 | 10/5/2010 | 4/4/2014 | | | | |
| bizhub 601 | AOPP011011972 | Konica Minolta | 90136089624 | billed with above | 10/5/2010 | 4/4/2014 | | | | |
| bizhub 601 | A0PP011007026 | Konica Minolta Premier Finance | 500-0245599-000 | $421.08 | | | $ | 156.50 | Konica | |
| bizhub PRO 950 | A0Y5011001582 | Konica Minolta Premier Finance | 500-0245599-000 | $715.79 | 7/2/2010 | 6/2/2013 | $ | 403.88 | Konica | |
| bizhub 222 w/Card Reader & Coin-Op | A11W011009670 | Konica Minolta Premier Finance | 500-0245599-000 | $370.56 | | | $ | 51.80 | Konica | |
| KYOCERA 255C | Q721200527 | Marlin | 401-1268170-001 | $185.00 | 3/31/2011 | 4/20/2016 | 250/year plus copy usage | | Advanced Business Equip | |
| Lanier LD370sp | V7015900056 | Monroe Office Equipme | 013-0748668-000 | $1,275.94 | 11/17/2011 | 11/17/2014 | | | | |
| SHPIM4512 | 7090908-SHPIM4512 | OCE / Canon Financial | 24878477 | | | | $ | 12.00 | Cannon Financial | 1390692 |
| IM8530 & IM4512 | 8090002 & SER548017090908 | OCE / Canon Financial | 24878477 | $1,158.00 | 3/13/2008 | 3/13/2013 | $ | 24.00 | Cannon Financial | 1394091 |
| RICOH/MP171 | V4499302483 | Ricoh Americas Corp | 25010032 | $818.60 | 10/28/2009 | 10/1/2012 | | | | |
| RICOH/MP171 | V4499302486 | Ricoh Americas Corp | 25010032 | $818.60 | 10/28/2009 | 10/1/2012 | | | | |
| RICOH/MP171 | V4499302491 | Ricoh Americas Corp | 25010032 | $818.60 | 10/28/2009 | 10/1/2012 | | | | |
| RICOH/MP6001 | V6995800566 | Ricoh Americas Corp | 25010032 | $818.60 | 10/28/2009 | 10/1/2012 | | | | |
| RICOH/MP6001 | V6995800618 | Ricoh Americas Corp | 25010032 | $818.60 | 10/28/2009 | 10/1/2012 | | | | |
| ESTUDIO855 | SCEG910345 | Toshiba | 7633437-001 | $554.00 | 9/21/2009 | 12/21/2012 | | | | |
| ESTUDIO3530C | SCZF913987 | Toshiba | 7633437-002 | $635.00 | 10/29/2009 | 2/1/2013 | $ | 774.10 | Advanced Business Equip | cust # ALA800 |
| Xerox 5875 | EX9015154 | Wells Fargo | 7744574-020 | $440.50 | 9/30/2013 | 10/1/2016 | | | | |
| Xerox 5875 | EX9015545 | Wells Fargo | 7744574-027 | included in below | 1/24/2014 | 1/24/2017 | | | | |
| Xerox 5875 | EX9284168 | Wells Fargo | 7728597-019 | $440.50 | 9/24/2013 | 9/24/2016 | | | | |
| Xerox 5875 | EX9284524 | Wells Fargo | 7744574-019 | $435.40 | 9/10/2013 | 9/5/2016 | | | | |
| Xerox 5875 | EX9284957 | Wells Fargo | 7744574-012 | $432.34 | 9/6/2013 | 9/6/2016 | | | | |
| Xerox 5875 | EX9285897 | Wells Fargo | 7744574-018 | $432.34 | 10/2/2013 | 10/2/2016 | | | | |
| Xerox 5875 | EX9287815 | Wells Fargo | 7744574-022 | $440.50 | 11/12/2013 | 11/12/2016 | | | | |
| Xerox 5875 | EX9288921 | Wells Fargo | 7744574-023 | $440.91 | 12/26/2013 | 12/26/2016 | | | | |
| Xerox 5875 | EX9289817 | Wells Fargo | 7744574-027 | $1,413.64 | 1/24/2014 | 1/24/2017 | | | | |
| Xerox 5875 | EX9290230 | Wells Fargo | 7744574-026 | $1,033.77 | 1/23/2014 | 1/23/2017 | | | | |
| Xerox 5875 | EX9290389 | Wells Fargo | 7744574-024 | $461.29 | 1/24/2014 | 1/24/2017 | | | | |
| Xerox 5875 | EX9290466 | Wells Fargo | 7744574-038 | $440.59 | 3/28/2014 | 3/28/2017 | | | | |
| Xerox 5875 | EX9290693 | Wells Fargo | 7744574-036 | billed with above | 2/11/2014 | 2/11/2017 | | | | |
| Xerox 5875 | EX9290728 | Wells Fargo | 7744574-036 | $922.30 | 2/11/2014 | 2/11/2017 | | | | |
| Xerox 5875 | EX9290831 | Wells Fargo | 7744574-035 | $1,009.87 | 2/27/2014 | 2/27/2017 | | | | |
| Xerox 5875 | EX9290984 | Wells Fargo | 7744574-028 | billed with above | 4/18/2014 | 4/18/2017 | | | | |
| Xerox 5875 | EX9291240 | Wells Fargo | 7744574-028 | $432.34 | 1/28/2014 | 1/28/2017 | | | ESI | |
| Xerox 5875 | EX9291454 | Wells Fargo | 7744574-039 | $463.59 | 4/25/2014 | 4/25/2017 | | | | |
| Xerox 5890 | EX9293189 | Wells Fargo | 7744574-044 | billed with above | 6/16/2014 | 6/16/2017 | | | | |
| Xerox 5875 | EX9293196 | Wells Fargo | 7744574-044 | $1,033.05 | 6/16/2014 | 6/16/2017 | | | | |
| Ricoh MP4000SPF & 2 Konica Minolta Bizhub 601 | M5585201464/11019352/11004904 | Wells Fargo | 603-0030432-004/005/006 | $685.00 | 1/6/2011 | 1/6/2016 | $ | 250.47 | DocuSystems | 1408-01 |
| Xerox 7775 | RFX012975 | Wells Fargo | 603-0093777-028 | $498.21 | 4/21/2011 | 5/20/2014 | 700 & 200 usage | | Electronic Systems | usage 0000037739 |

| Xerox 7775 | RFX013499 | Wells Fargo | 603-0093777-034 | $598.66 | 6/9/2011 | 7/21/2014 | $ | - | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Xerox 7775 | RFX014116 | Wells Fargo | 603-0093777-037 | $562.21 | 10/21/2011 | 11/1/2014 | $ | - | | |
| Xerox 7775 | RFX014678 | Wells Fargo | 603-0093777-038 | $509.21 | 1/5/2012 | 1/31/2015 | 700 & 200 usage | Electronic Systems | usage 0000037739 | |
| Xerox 7775 | RFX017149 | Wells Fargo | 603-0093777-040 | $526.49 | 12/18/2012 | 12/31/2015 | | | | |
| Xerox 7775 | RFX018821 | Wells Fargo | 7744574-016 | $563.62 | 9/10/2013 | 9/10/2016 | | | | |
| Xerox 7775 | RFX018852 | Wells Fargo | 7728597-021 | $558.36 | 12/31/2013 | 12/26/2016 | | | | |
| Xerox 7775 | RFX019111 | Wells Fargo | 7744574-021 | $568.89 | 10/22/2013 | 10/22/2016 | | | | |
| Xerox 7775 | RFX019591 | Wells Fargo | 7744574-040 | $1,011.97 | 4/18/2014 | 4/18/2017 | | | | |
| Xerox 7775 | RFX019598 | Wells Fargo | 7744574-041 | $595.81 | 3/28/2014 | 3/28/2017 | | | | |
| Xerox 7775 | RFX347144 | Wells Fargo | 7744574-035 | billed with above | 2/27/2014 | 2/27/2017 | | | | |
| Xerox 7775 | RFX347872 | Wells Fargo | 7744574-027 | included in above | 1/24/2014 | 1/24/2017 | | | | |
| Xerox 7775 | RFX350928 | Wells Fargo | 603-0093777-009 | $509.21 | 2/4/2011 | 2/18/2014 | $ | - | | |
| Xerox 7775 | RFX350961 | Wells Fargo | 603-0093777-039 | $534.68 | 1/5/2012 | 1/31/2015 | 206.29 usage | ESI | usage '0000037739 | |
| Xerox 7775 | RFX351852 | Wells Fargo | 603-0093777-031 | $542.18 | 6/30/2011 | 6/28/2014 | $ | - | | |
| Xerox 7775 | RFX356728 | Wells Fargo | 7744574-011 | $558.36 | 10/1/2013 | 10/1/2016 | | | | |
| Xerox 7775 | RFX357435 | Wells Fargo | 7744574-026 | included in above | 1/23/2014 | 1/23/2017 | | | | |
| Xerox 5775 | XEL545813 | Wells Fargo | 603-0093777-005 | $393.39 | 12/10/2010 | 1/7/2014 | | | | |
| Xerox 5775 | XEL545836 | Wells Fargo | 603-0093777-004 | $393.39 | 12/10/2010 | 1/7/2014 | $ | - | | |
| Xerox 5775 | XEL545857 | Wells Fargo | 603-0093777-003 | $393.39 | 12/10/2010 | 1/28/2014 | $ | - | | |
| Xerox 5775 | XEL545868 | Wells Fargo | 603-0093777-006 | $393.39 | 12/10/2010 | 1/14/2014 | | | | |
| Xerox 5775 | XEL545969 | Wells Fargo | 603-0093777-002 | $393.39 | 12/20/2010 | 1/7/2014 | $ | - | | |
| Xerox 5775 | XEL546009 | Wells Fargo | 603-0093777-007 | $393.39 | 12/10/2010 | 1/12/2014 | $ | - | | |
| Xerox 5775 | XEL546172 | Wells Fargo | 603-0093777-001 | $393.39 | 12/10/2010 | 12/27/2013 | $ | - | | |
| Xerox 5775 | XEL546237 | Wells Fargo | 603-0093777-008 | $393.39 | | 1/28/2014 | $ | - | | |
| Xerox 5775 | XEL547363 | Wells Fargo | 603-0093777-010 | $404.39 | 2/4/2011 | 2/28/2014 | $ | - | | |
| Xerox 5775 | XEL547367 | Wells Fargo | 603-0093777-013 | $435.36 | 2/4/2011 | 2/28/2014 | | | | |
| Xerox 5775 | XEL547387 | Wells Fargo | 603-0093777-015 | $404.39 | 2/4/2011 | 2/28/2014 | $ | - | | |
| Xerox 5775 Coin-op | XEL547399 | Wells Fargo | 603-0093777-011 | $453.91 | 2/4/2011 | 2/28/2014 | $ | - | | |
| Xerox 5775 | XEL547447 | Wells Fargo | 603-0093777-014 | $404.39 | 2/4/2011 | 2/28/2014 | $ | - | | |
| Xerox 5775 Coin-op | XEL547455 | Wells Fargo | 603-0093777-012 | $453.91 | 2/4/2011 | 2/28/2014 | $ | - | | |
| Xerox 5775 | XEL547467 | Wells Fargo | 603-0093777-017 | $434.22 | 2/4/2011 | | | | | |
| Xerox 5775 | XEL547615 | Wells Fargo | 603-0093777-030 | $918.60 | 6/30/2011 | 6/28/2014 | $ | - | | |
| Xerox 5775 | XEL547667 | Wells Fargo | 603-0093777-016 | $404.39 | 2/4/2011 | 2/28/2014 | $ | - | | |
| Xerox 5775 Coin-op | XEL547951 | Wells Fargo | 603-0093777-018 | $404.39 | 3/15/2011 | 3/31/2014 | $ | - | | |
| Xerox 5775 | XEL548513 | Wells Fargo | 603-0093777-025 | $404.39 | 3/15/2011 | 3/28/2014 | $ | - | | |
| Xerox 5775 | XEL548521 | Wells Fargo | 603-0093777-021 | $404.39 | 3/15/2011 | 3/28/2014 | $ | - | | |
| Xerox 5775 | XEL548629 | Wells Fargo | 603-0093777-020 | $404.39 | 3/15/2011 | 3/31/2014 | $ | - | | |
| Xerox 5775 | XEL549674 | Wells Fargo | 603-0093777-022 | $404.39 | 4/21/2011 | 4/21/2014 | $ | - | | |
| Xerox 5775 | XEL550645 | Wells Fargo | 603-0093777-029 | $404.39 | 4/21/2011 | 6/3/2014 | $ | - | | |
| Xerox 5775 | XEL550656 | Wells Fargo | 603-0093777-026 | $404.39 | 5/17/2011 | 5/31/2014 | $ | - | | |
| Xerox 5775 | XEL552542 | Wells Fargo | 603-0093777-033 | $435.61 | 6/9/2011 | 7/21/2014 | $ | - | | |
| Xerox 5775 | XEL552713 | Wells Fargo | 603-0093777-032 | $404.39 | 6/7/2011 | 6/30/2014 | | | | |
| Xerox 5775 | XEL556249 | Wells Fargo | 603-0093777-035 | $404.39 | 10/6/2011 | 10/31/2014 | | | | |
| Xerox 5775 | XEL556387 | Wells Fargo | 603-0093777-036 | $404.39 | 10/6/2011 | 10/10/2014 | $ | - | | |
| Xerox 5775 | XEL588783 | Wells Fargo | 603-0093777-023 | $404.39 | 4/21/2011 | 4/20/2014 | $ | - | | |
| Xerox 5775 | XEL589337 | Wells Fargo | 603-0093777-027 | $404.39 | 5/13/2011 | 6/20/2014 | $ | - | | |
| Xerox 5775 | XEL596184 | Wells Fargo | 603-0093777-041 | $422.11 | 12/18/2012 | 12/31/2015 | | | | |
| Xerox 4112CPC | GYA-887050 | XEROX CORP | QYL00000X-000 | $1,537.88 | 5/5/2010 | 11/5/2013 | $ | 1,537.88 | XEROX | 715731964 |
| Xerox W7655PC | VDR-008806 | XEROX CORP | QYL00000X-000 | $553.67 | 5/5/2010 | 11/5/2013 | | | | |
| Xerox W5135PT | VXW-007405 | XEROX CORP | QYL00000X-000 | $199.69 | 5/5/2010 | 11/5/2013 | | | | |
| Xerox W5135T | VXW-008227 | XEROX CORP | QYL00000X-000 | $187.94 | 5/5/2010 | 11/5/2013 | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Xerox W5150PT | VXX-003876 | XEROX CORP | QYL00000X-000 | $346.29 | 5/5/2010 | 11/5/2013 | | | |
| KYOCERA FSC5020N | APD6606919 | | | | | | 572.40 quarterly | Advanced Business Equip | |
| E200 | CEK323086 | | | | | | copy usage | Advanced Business Equip | |
| IPC1 | TKW06376 | | | | | | $          16.61 | Canon Business Solutions | 517591 |

| Make & Model # | Serial Number | Leasing Company | Lease Contract # | Payment | Lease Start Date | Lease Term Date |
|---|---|---|---|---|---|---|
| T-1000 / FP-5Li | 354445/7220366 | FP Mailing Solutions | RO1003131 | 74.36 | 9/14/2010 | 9/27/2014 |
| T-1000 / FP-5Li | 277178/7354648 | FP Mailing Solutions | RO80705 | 80.84 | 12/8/2009 | 12/22/2014 |
| T-1000 / FP-5Li | 293487/7352895 | FP Mailing Solutions | RO86783 | 80.84 | 2/15/2010 | 5/3/2014 |
| T-1000 / FP-5Li | 266403/7246767 | FP Mailing Solutions | RO77091 | 80.09 | 10/27/2009 | 11/9/2014 |
| T-1000 / FP-5Li | 283463/7336735 | FP Mailing Solutions | RO1022078 | 64.04 | 4/27/2011 | 4/27/2014 |
| T-1000 / FP-5Li | 305308/7242330 | FP Mailing Solutions | RO96423 | 80.09 | 6/17/2010 | 9/1/2014 |
| PostBase 30 | | FP Mailing Solutions | RO1233113 | $116.88 | 12/24/2016 | 12/24/2019 |
| T-1000/FP-5Li | 296175/7245864 | FP Mailing Solutions | RO1010743 | 64.04 | | |
| PostBase 30 | | FP Mailing Solutions | RO1115816 | $126.00 | 1/1/2014 | 12/31/2016 |
| PostBase 30 | | FP Mailing Solutions | RO1115701 | $111.00 | 1/1/2014 | 12/31/2017 |
| T-1000 | 385273/7222114 | Franco-Postalia | RO1015079 | 62.84 | | |
| IM440/IMWP70 | | MAILFINANCE | H12021824 | 878.03 | 2/28/2012 | 6/22/2015 |
| | DB1025517771/11620 | MAILFINANCE | H10101107 | 210.82 | | |
| WJ90 | 15524803 | NeoPost | 60561316-3298910/1 | 69.66/month | 6/30/2006 | 4/11/2014 |
| MP04 P700 | 0480987 1843960 | Pitney Bowes | 1283292002 | $234.00 | 4/18/2012 | 6/30/2017 |
| PRG1 PRP5 SVDF PRL1 | 0004563     ?  ?   0018327 | Pitney Bowes | 7646327 | $426.00 | 9/10/2012 | 1/20/2017 |
| MP1A/DDG1/1P00 | 0153820/0138392/235 | Pitney Bowes | 5352159 | 118.26 | 2/10/2010 | 9/20/2013 |
| 4C00 MP9G G900 | 3174571 0144981 3174571 | Pitney Bowes | 2099984009 | $498.00 | 4/26/2011 | 7/10/2016 |
| DGUO/1D00/1M00 | 0036595/0129618/426 | Pitney Bowes | 9628224 | 851.87 | 5/29/2008 | 10/20/2013 |
| DJW3/DJF0/1M00 | 0006934/0010298/426 | Pitney Bowes | 4691771 | 2,150.70 | 7/30/2008 | 4/30/2014 |
| MP04/7P00/P700 | 1528155/1868920/186 | Pitney Bowes | 7972061/192653938( | 181.00 | 10/8/2010 | 4/10/2015 |
| P7L1 DDG1 MP1A | 4483270 0179456 0179669 | Pitney Bowes | 4339124004 | $299.46 | 1/7/2011 | 3/30/2016 |
| 3C01 MP9G G900 | 3204116 0159246 3204116 | Pitney Bowes | 9640591002 | $551.85 | 3/21/2012 | 7/20/2016 |
| MP04/P700 | 0089620/3912973 | Pitney Bowes | 7987051 | 172.00 | 8/18/2010 | 4/30/2014 |
| MP08/K7TT/K7MO | 0547770/2864380 | Pitney Bowes | 1586207 | 157.99 | 7/21/2010 | 3/30/2015 |
| MP04 P700 | 1587264 1772956 | Pitney Bowes | 9187742 | $304.08 | 3/12/2012 | 12/20/2016 |
| Postage Meter | …838 | Pitney Bowes | 3968311 | $263.94 | | 1/31/2014 |
| MP04 P700 | 1568097 1683878 | Pitney Bowes | 1936899001 | $172.86 | 8/24/2011 | 10/20/2016 |
| MP9G/G900 | 0118048/3161520 | Pitney Bowes | 8843451 | $1,892.68 | 12/22/2009 | 1/10/2015 |
| 4C00/MP30/G900 | 3151181/0177687/318 | Pitney Bowes | 1951384-006 | 770.18 | 10/30/2009 | 1/30/2014 |
| Furniture | | Pitney Bowes | 1951384-007 | 347.01 | 10/30/2009 | 1/30/2014 |
| P700/MP04 | 1702023/1570146 | Pitney Bowes | 2008540001 | $220.00 | 11/21/2011 | 4/30/2016 |

| FD70/3C00/G900 | 0902153/3138784 | Pitney Bowes | 6561922 | 1,370.67 | 6/9/2009 | 4/20/2015 |
|---|---|---|---|---|---|---|
| D123 | 3307923 | Pitney Bowes | 0121780-005 | 604.20 | 9/7/2010 | 9/10/2015 |
| 4C00/G900 | 3105814 | Pitney Bowes | 0121780-006 | 985.80 | 9/7/2010 | 11/10/2015 |
| FD10 MP8R K7M0 | 1202121 0114702 0520991 | Pitney Bowes | 2470518 | $137.68 | 10/28/2013 | 1/30/2017 |
| K7M0 | 1067262 | Pitney Bowes - Purchase Pov | 8000-9090-0511-495 | 111.35 | | 8/1/2014 |
| K7M0 | 2917846 | Pitney Bowes - Purchase Pov | 8000-9090-0523-565 | 129.06 | | 8/1/2014 |
| | | | | | | |

| Campus | Teach Out Month | Equipment Model | Lease End Date |
|---|---|---|---|
| Springboro | September | Xerox 5875 | 7/20/2018 |
| Dickson City | October | Xerox 5875 | 10/1/2017 |
| Dickson City | October | Xerox 7775 | 1/22/2018 |
| Dayton | November | Xerox 5875 | 2/25/2017 |
| Troy | November | Xerox 7970 | 1/20/2019 |
| Troy | November | Xerox 5875 | 1/20/2019 |
| Independence | November | Xerox 5875 | 9/29/2017 |
| Independence | November | Xerox 5875 | 9/29/2017 |
| Independence | November | Xerox 5875 | 3/21/2017 |
| Carlisle | December | Xerox 5875 | 1/31/2019 |
| Carlisle | December | Xerox 7225 | 9/28/2017 |
| Madison | December | Xerox 7970 | 4/1/2018 |
| Madison | December | Xerox 5875 | 10/8/2017 |
| Columbus Oh | May | Xerox 5875 | 3/21/2017 |
| Columbus Oh | May | Xerox 5875 | 3/21/2017 |
| Columbus Oh | May | Xerox 5875 | 3/21/2017 |
| Hazleton | May | Xerox C70 | 12/9/2017 |
| Hazleton | May | Xerox 5875 | 12/9/2017 |
| Hazleton | May | Xerox 5875 | 3/1/2018 |
| Wilkes Barre | May | Xerox 7970 | 1/8/2018 |
| Wilkes Barre | May | Xerox 5875 | 1/8/2018 |
| Wilkes Barre | May | Xerox 5875 | 1/8/2018 |
| Lynchburg | May | Xerox 5875 | 3/2020 |
| Lynchburg | May | Xerox 5875 | 3/2020 |
| Lynchburg | May | Xerox 7970 | 3/2020 |
| Roanoke | May | Xerox 5875 | 12/31/2019 |
| Roanoke | May | Xerox 5875 | 12/31/2019 |
| Roanoke | May | Xerox 7970 | 12/31/2019 |
| Clarksville | May | Xerox7970 | 10/5/2019 |
| Clarksville | May | Xerox 5875 | 8/8/2019 |

| Clarksville | May | Xerox 5875 | 8/8/2019 |
| Greenville | May | Xerox 5875 | 9/29/2017 |
| Greenville | May | Xerox 7970 | 4/23/2018 |
| Greenville | May | Xerox 5875 | 4/26/2019 |
| Shreveport | May | Xerox 7970 | 1/6/2018 |
| Shreveport | May | Xerox 5875 | 5/2/2017 |
| Shreveport | May | Xerox 5875 | 6/9/2018 |

SOFA Exhibit 2

| |
|---|
| Delta - Delta Career Education Corporation - Allentown- Wells Fargo Lease Agreement #603-0126839-000 |
| Delta - Delta Career Education Corporation - Augusta- De Lage Landen Lease Agreement #25451978 |
| Delta - Delta Career Education Corporation - Augusta- Marlin Lease Contract #401-1268170-007 |
| Delta - Delta Career Education Corporation - Carlisle- US Bank Lease Agreement #500-0458473-000 |
| Delta - Delta Career Education Corporation - Cary- Wells Fargo Lease Agreement #603-0134001-000 |
| Delta - Delta Career Education Corporation - Charleston- CIT Lease Agreement #900-0234927-000 |
| Delta - Delta Career Education Corporation - Chattanooga- De Lage Landen Lease Agreement #25443516 |
| Delta - Delta Career Education Corporation - Cisco Capital Nimble Lease -TFV 102883 countersigned |
| Delta - Delta Career Education Corporation - Cisco Capital Phone Lease-1 |
| Delta - Delta Career Education Corporation - Cisco Capital Phone Lease-2 |
| Delta - Delta Career Education Corporation - Cisco Capital Phone Lease-3 |
| Delta - Delta Career Education Corporation - Cisco Capital Phone Lease-4 |
| Delta - Delta Career Education Corporation - Cisco Capital Phone Lease-5 |
| Delta - Delta Career Education Corporation - Cisco Capital Phone Lease-6 |
| Delta - Delta Career Education Corporation - Cisco Capital_Master Lease Agreement No. 12209 (Executed) |
| Delta - Delta Career Education Corporation - Clarksville- EverBank Lease Agreement #20250799 |
| Delta - Delta Career Education Corporation - Clarksville- EverBank Lease Agreement #20258324 |
| Delta - Delta Career Education Corporation - Columbus GA- Marlin Lease Contract #401-1268170-006 |
| Delta - Delta Career Education Corporation - Columbus GA- US Bank Lease Agreement #500-0460964-000 |
| Delta - Delta Career Education Corporation - Conway- De Lage Landen Lease Agreement #25455561 |
| Delta - Delta Career Education Corporation - Conway- US Bank Lease Agreement #500-0458742-000 |
| Delta - Delta Career Education Corporation - Fayetteville- Wells Fargo Lease Contract #603-0132862-000 |
| Delta - Delta Career Education Corporation - Greenville- US Bank Lease Agreement #500-0469901-000 |
| Delta - Delta Career Education Corporation - Jacksonville- EverBank Lease Agreement #20258258 |
| Delta - Delta Career Education Corporation - Jacksonville- Wells Fargo Lease Agreement #603-0134363-000 |
| Delta - Delta Career Education Corporation - Lewisburg- Marlin Lease Contract #401-1268170-002 |
| Delta - Delta Career Education Corporation - Lewisburg- US Bank Lease Agreement #500-0458447-000 |
| Delta - Delta Career Education Corporation - Lynchburg- De Lage Landen Lease Agreement #25436062 |
| Delta - Delta Career Education Corporation - Macon- De Lage Landen Lease Agreement #25444582 |
| Delta - Delta Career Education Corporation - Monroe- Marlin Lease Contract #401-1268170-004 |
| Delta - Delta Career Education Corporation - Nimble Lease |
| Delta - Delta Career Education Corporation - Pottsville- Marlin Lease Contract #401-1268170-005 |
| Delta - Delta Career Education Corporation - Raleigh- Marlin Lease Contract #401-1268170-003 |
| Delta - Delta Career Education Corporation - Roanoke- De Lage Landen Lease Agreement #25424979 |
| Delta - Delta Career Education Corporation - Roanoke- De Lage Landen Lease Agreement #25443484 |
| Delta - Delta Career Education Corporation - Springboro- Wells Fargo Lease Agreement #603-0129897-000 |
| Delta - Delta Career Education Corporation - Wilmington- De Lage Landen Lease Agreement #25450527 |
| Delta - Delta Career Education Corporation - Wilmington- US Bank Lease Agreement #500-0469888-000 |
| Delta - Delta Career Education Corporation - Wyomissing- De Lage Landen Lease Agreement #25434778 |
| Delta - Delta Career Education Corporation - Wyomissing- EverBank Lease Agreement #20250478 |
| Delta - Delta Career Education Corporation - Wyomissing- EverBank Lease Agreement #20258256 |
| American Express, 2016 |
| Canteen Vending, 2015 |
| Cisco Capital Nimble Lease 2015 |
| Cisco Capital Phone Lease 2015 |
| Delta Management Associates (collection agreement) 2017 |
| Direct Energy Business Marketing 2016 |
| NRG (energy services master agreement) 2016 |
| Partners Financial Services 2015 (ar collections) |
| Pivot Point International (curriculum license agreement) 2016 |
| salesforce.com, inc. |
| Source Power & Gas 2016 |
| Sprint Solutions (amendment/extension) |
| Staples Contract & Commercial, Inc. (extension) |
| Stericycle |
| |