IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| DELTA CAREER EDUCATION CORPORATION, *et al.*,[1] | ) ) ) ) | Case No. 18-33822 |
| Debtor. | ) ) | |

**NOTICE OF FILING OF CHAPTER 7 PETITIONS AND
JOINT ADMINISTRATIONMOTION AND OF PROPOSED HEARING ON JOINT
ADMINISTRATION MOTION**

**PLEASE TAKE NOTICE THAT** on July 26 and July 27, 2018, the above-captioned debtors (collectively, the "Debtors") filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Court"), their respective voluntary petitions for relief under chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") commencing the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE THAT** together with their chapter 7 petitions, the Debtors also requested an expedited hearing before the Court (the "Hearing") to consider the *Debtors' Motion for Entry of an Order (i) Directing Joint Administration of Chapter 7 Cases and (ii) Granting Related Relief* (the "Joint Administration Motion").

**PLEASE TAKE FURTHER NOTICE THAT** the Court has scheduled the Hearing on **August 1, 2018, at 2:00 p.m., prevailing Eastern Time** in Courtroom 5100 of the United States

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, include Delta Career Education Corporation (5135); Delta Educational Systems, Inc. (9702); National Career Education, Inc. (3855); Southwest Business Colleges, Inc. (3438); Creative Circus, Inc. (1026); Atlantic Coast Colleges, Inc. (4068); McCann Education Centers, Inc. (2761); Berks Technical Institute, Inc. (9439); McCann School of Business and Technology (2608); Miller-Motte Business College, Inc. (1751); Palmetto Technical College, Inc. (6130); Piedmont Business Colleges, Inc. (4202); Academy of Court Reporting, Inc. (3484); and The Miami-Jacobs Business College Company (9487). T

Bankruptcy Court for the Eastern District of Virginia, Richmond Division, 701 East Broad Street, Richmond, Virginia, 23219.

**PLEASE TAKE FURTHER NOTICE THAT** a copy of the Joint Administration Motion may be viewed on the Court's website at http://www.vaeb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE THAT <u>your rights may be affected</u>.  You should carefully read the Joint Administration Motion and discuss it with your attorney, if you have one in these chapter 7 cases.  If you do not have an attorney, you may wish to consult with one.**

**PLEASE TAKE FURTHER NOTICE THAT** if you do not want the Court to grant the relief requested in the Joint Administration Motion, or if you want the Court to consider your views on the Joint Administration Motion, then you or your attorney must attend the Hearing.  If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Joint Administration Motion and may enter an order granting the relief requested in the Joint Administration Motion.

   /s/ Peter J. Barrett
**KUTAK ROCK LLP**
Loc Pfeiffer (VSB No. 39632)
Peter J. Barrett (VSB No. 46179)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
804-644-1700
loc.pfeiffer@kutakrock.com
peter.barrett@kutakrock.com
*Counsel to the Debtors*

7

4844-4451-8758.1