# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

### CHANGE OF ADDRESS

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.**

For:  ☐  Debtor
      New address is for:  ☐  Both Debtors
                                   ☐  Debtor 1 Only
                                   ☐  Debtor 2 Only

☐ Check here if you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

Debtor 1's DeBN account number    _____
Debtor 2's DeBN account number    _____

☐  Attorney [If Applicable:] Name: _____
☐  Creditor  [If Applicable:] Name: _____

*[If applicable]* Case Name: _____
*[If applicable]* Case No./Adversary Proceeding No.: _____

☐ Street Address    ☐ Mailing Address
New Address: _____
                         No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____

☐ Street Address    ☐ Mailing Address
Old Address: _____
                         No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____
Telephone Number: (_____) _____
**Please include area code**

                                      _____
Signature of Filer [*check filer type below*]:
                            ☐  Attorney for Debtor
                            ☐  Debtor *[If joint case and address is for both debtors, both debtors must sign.]*
                            ☐  Creditor
                            ☐  Attorney

Date: _____
pc:  Trustee
     United States Trustee
     Creditor (for creditor's change of address)

[changead ver. 12/17]

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**<u>CHANGE OF ADDRESS</u>**

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.**

For:  ☐ Debtor
New address is for:  ☐ Both Debtors
☐ Debtor 1 Only
☐ Debtor 2 Only
☐ Check here if you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).
Debtor 1's DeBN account number    _____
Debtor 2's DeBN account number    _____
☐ Attorney [If Applicable:] Name: _____
☐ Creditor  [If Applicable:] Name: _____

*[If applicable]* Case Name: _____
*[If applicable]* Case No./Adversary Proceeding No.: _____

☐ Street Address    ☐ Mailing Address
New Address: _____
No. and Street, Apt., P. O. Box or R. D. No.
City: _____  State: _____  Zip: _____

☐ Street Address    ☐ Mailing Address
Old Address: _____
No. and Street, Apt., P. O. Box or R. D. No.
City: _____  State: _____  Zip: _____
Telephone Number: (_____) _____
**Please include area code**

_____
Signature of Filer [*check filer type below*]:
☐ Attorney for Debtor
☐ Debtor *[If joint case and address is for both debtors, both debtors must sign.]*
☐ Creditor
☐ Attorney

Date: _____
pc:    Trustee
United States Trustee
Creditor (for creditor's change of address)

[changead ver. 12/17]

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**

**CHANGE OF ADDRESS**

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.**

For:  ☐  Debtor
    New address is for:  ☐  Both Debtors
                              ☐  Debtor 1 Only
                              ☐  Debtor 2 Only
    ☐ Check here if you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).
    Debtor 1's DeBN account number  _____
    Debtor 2's DeBN account number  _____
☐  Attorney [If Applicable:] Name: _____
☐  Creditor  [If Applicable:] Name: _____

*[If applicable]* Case Name: _____
*[If applicable]* Case No./Adversary Proceeding No.: _____

☐ Street Address    ☐ Mailing Address
New Address: _____
               No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____

☐ Street Address    ☐ Mailing Address
Old Address: _____
               No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____
Telephone Number: (_____) _____
**Please include area code**

_____
Signature of Filer [*check filer type below*]:
☐  Attorney for Debtor
☐  Debtor *[If joint case and address is for both debtors, both debtors must sign.]*
☐  Creditor
☐  Attorney

Date: _____
pc:  Trustee
     United States Trustee
     Creditor (for creditor's change of address)

[changead ver. 12/17]

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**CHANGE OF ADDRESS**

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.**

For:  ☐  Debtor
      New address is for:   ☐  Both Debtors
                            ☐  Debtor 1 Only
                            ☐  Debtor 2 Only
      ☐ Check here if you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).
      Debtor 1's DeBN account number    _____
      Debtor 2's DeBN account number    _____
   ☐  Attorney [If Applicable:] Name: _____
   ☐  Creditor  [If Applicable:] Name: _____

   *[If applicable]* Case Name: _____
   *[If applicable]* Case No./Adversary Proceeding No.: _____

   ☐ Street Address    ☐ Mailing Address
   New Address: _____
                     No. and Street, Apt., P. O. Box or R. D. No.
   City: _____ State: _____ Zip: _____


   ☐ Street Address    ☐ Mailing Address
   Old Address: _____
                     No. and Street, Apt., P. O. Box or R. D. No.
   City: _____ State: _____ Zip: _____
   Telephone Number: (_____) _____
                     **Please include area code**

                                    _____
                                    Signature of Filer [*check filer type below*]:
                                    ☐  Attorney for Debtor
                                    ☐  Debtor *[If joint case and address is for both debtors, both debtors must sign.]*
                                    ☐  Creditor
                                    ☐  Attorney

Date: _____
pc:    Trustee
       United States Trustee
       Creditor (for creditor's change of address)

[changead ver. 12/17]

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**CHANGE OF ADDRESS**

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.**

For:    ☐    Debtor
      New address is for:    ☐    Both Debtors
                                   ☐    Debtor 1 Only
                                   ☐    Debtor 2 Only
               ☐ Check here if you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).
               Debtor 1's DeBN account number    _____
               Debtor 2's DeBN account number    _____
☐    Attorney [If Applicable:] Name: _____
☐    Creditor  [If Applicable:] Name: _____

*[If applicable]* Case Name: _____
*[If applicable]* Case No./Adversary Proceeding No.: _____

☐ Street Address    ☐ Mailing Address
New Address: _____
                 No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____

☐ Street Address    ☐ Mailing Address
Old Address: _____
                 No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____
Telephone Number: (_____) _____
**Please include area code**

                                        _____
                                 Signature of Filer [*check filer type below*]:
                                 ☐    Attorney for Debtor
                                 ☐    Debtor *[If joint case and address is for both debtors, both debtors must sign.]*
                                 ☐    Creditor
                                 ☐    Attorney

Date: _____
pc:    Trustee
      United States Trustee
      Creditor (for creditor's change of address)

[changead ver. 12/17]

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**CHANGE OF ADDRESS**

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.**

For:  ☐  Debtor
    New address is for:  ☐  Both Debtors
                                  ☐  Debtor 1 Only
                                  ☐  Debtor 2 Only
    ☐ Check here if you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).
    Debtor 1's DeBN account number     _____
    Debtor 2's DeBN account number     _____
☐     Attorney [If Applicable:] Name: _____
☐     Creditor  [If Applicable:] Name: _____

*[If applicable]* Case Name: _____
*[If applicable]* Case No./Adversary Proceeding No.: _____

☐ Street Address  ☐ Mailing Address
New Address: _____
                        No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____

☐ Street Address  ☐ Mailing Address
Old Address: _____
                        No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____
Telephone Number: (_____) _____
            **Please include area code**

_____
Signature of Filer [*check filer type below*]:
    ☐ Attorney for Debtor
    ☐ Debtor *[If joint case and address is for both debtors, both debtors must sign.]*
    ☐ Creditor
    ☐ Attorney

Date: _____
pc:    Trustee
       United States Trustee
       Creditor (for creditor's change of address)

[changead ver. 12/17]

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**CHANGE OF ADDRESS**

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.**

For: ☐ Debtor
New address is for: ☐ Both Debtors
☐ Debtor 1 Only
☐ Debtor 2 Only
☐ Check here if you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).
Debtor 1's DeBN account number    _____
Debtor 2's DeBN account number    _____
☐ Attorney [If Applicable:] Name: _____
☐ Creditor  [If Applicable:] Name: _____

*[If applicable]* Case Name: _____
*[If applicable]* Case No./Adversary Proceeding No.: _____

☐ Street Address    ☐ Mailing Address
New Address: _____
No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____

☐ Street Address    ☐ Mailing Address
Old Address: _____
No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____
Telephone Number: (_____) _____
**Please include area code**

_____
Signature of Filer [*check filer type below*]:
☐ Attorney for Debtor
☐ Debtor *[If joint case and address is for both debtors, both debtors must sign.]*
☐ Creditor
☐ Attorney

Date: _____
pc:   Trustee
      United States Trustee
      Creditor (for creditor's change of address)

[changead ver. 12/17]

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**CHANGE OF ADDRESS**

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.**

For:   ☐   Debtor
       New address is for:   ☐   Both Debtors
                             ☐   Debtor 1 Only
                             ☐   Debtor 2 Only
       ☐  Check here if you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).
       Debtor 1's DeBN account number        _____
       Debtor 2's DeBN account number        _____
  ☐    Attorney [If Applicable:] Name: _____
  ☐    Creditor  [If Applicable:] Name: _____

   *[If applicable]* Case Name: _____
   *[If applicable]* Case No./Adversary Proceeding No.: _____

   ☐ Street Address    ☐ Mailing Address
   New Address: _____
                        No. and Street, Apt., P. O. Box or R. D. No.
   City: _____ State: _____ Zip: _____

   ☐ Street Address    ☐ Mailing Address
   Old Address: _____
                        No. and Street, Apt., P. O. Box or R. D. No.
   City: _____ State: _____ Zip: _____
   Telephone Number: (_____) _____
                        **Please include area code**

                                           _____
                                           Signature of Filer [*check filer type below*]:
                                           ☐    Attorney for Debtor
                                           ☐    Debtor *[If joint case and address is for both debtors, both debtors must sign.]*
                                           ☐    Creditor
                                           ☐    Attorney

Date: _____
pc:    Trustee
       United States Trustee
       Creditor (for creditor's change of address)

[changead ver. 12/17]