**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**CHANGE OF ADDRESS**

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.**

For: ☐ Debtor
New address is for: ☐ Both Debtors
☐ Debtor 1 Only
☐ Debtor 2 Only
☐ Check here if you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).
Debtor 1's DeBN account number  _____
Debtor 2's DeBN account number  _____
☐ Attorney [If Applicable:] Name: _____
☐ Creditor [If Applicable:] Name: _____

*[If applicable]* Case Name: _____
*[If applicable]* Case No./Adversary Proceeding No.: _____

☐ Street Address    ☐ Mailing Address
New Address: _____
No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____

☐ Street Address    ☐ Mailing Address
Old Address: _____
No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____
Telephone Number: (_____) _____
**Please include area code**

_____
Signature of Filer [*check filer type below*]:
☐ Attorney for Debtor
☐ Debtor *[If joint case and address is for both debtors, both debtors must sign.]*
☐ Creditor
☐ Attorney

Date: _____
pc:   Trustee
      United States Trustee
      Creditor (for creditor's change of address)

[changead ver. 12/17]

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

### CHANGE OF ADDRESS

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.**

For: ☐ Debtor
New address is for: ☐ Both Debtors
☐ Debtor 1 Only
☐ Debtor 2 Only
☐ Check here if you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).
Debtor 1's DeBN account number    _____
Debtor 2's DeBN account number    _____
☐ Attorney [If Applicable:] Name: _____
☐ Creditor [If Applicable:] Name: _____

*[If applicable]* Case Name: _____
*[If applicable]* Case No./Adversary Proceeding No.: _____

☐ Street Address    ☐ Mailing Address
New Address: _____
No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____

☐ Street Address    ☐ Mailing Address
Old Address: _____
No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____
Telephone Number: (_____) _____
**Please include area code**

_____
Signature of Filer [*check filer type below*]:
☐ Attorney for Debtor
☐ Debtor *[If joint case and address is for both debtors, both debtors must sign.]*
☐ Creditor
☐ Attorney

Date: _____
pc:    Trustee
       United States Trustee
       Creditor (for creditor's change of address)

[changead ver. 12/17]

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

## CHANGE OF ADDRESS

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.**

For:  ☐ Debtor
New address is for:  ☐ Both Debtors
☐ Debtor 1 Only
☐ Debtor 2 Only
☐ Check here if you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).
Debtor 1's DeBN account number  _____
Debtor 2's DeBN account number  _____
☐ Attorney [If Applicable:] Name: _____
☐ Creditor [If Applicable:] Name: _____

*[If applicable]* Case Name: _____
*[If applicable]* Case No./Adversary Proceeding No.: _____

☐ Street Address  ☐ Mailing Address
New Address: _____
No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____

☐ Street Address  ☐ Mailing Address
Old Address: _____
No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____
Telephone Number: (_____) _____
**Please include area code**

_____
Signature of Filer [*check filer type below*]:
☐ Attorney for Debtor
☐ Debtor *[If joint case and address is for both debtors, both debtors must sign.]*
☐ Creditor
☐ Attorney

Date: _____
pc:   Trustee
      United States Trustee
      Creditor (for creditor's change of address)

[changead ver. 12/17]

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**

**CHANGE OF ADDRESS**

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.**

For:     ☐     Debtor
         New address is for:     ☐     Both Debtors
                                 ☐     Debtor 1 Only
                                 ☐     Debtor 2 Only
         ☐ Check here if you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).
         Debtor 1's DeBN account number    _____
         Debtor 2's DeBN account number    _____
         ☐     Attorney [If Applicable:] Name: _____
         ☐     Creditor  [If Applicable:] Name: _____

*[If applicable]* Case Name: _____
*[If applicable]* Case No./Adversary Proceeding No.: _____

☐ Street Address     ☐ Mailing Address
New Address: _____
                No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____

☐ Street Address     ☐ Mailing Address
Old Address: _____
                No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____
Telephone Number: (_____) _____
**Please include area code**

_____
Signature of Filer [*check filer type below*]:
☐     Attorney for Debtor
☐     Debtor *[If joint case and address is for both debtors, both debtors must sign.]*
☐     Creditor
☐     Attorney

Date: _____
pc:     Trustee
        United States Trustee
        Creditor (for creditor's change of address)

[changead ver. 12/17]

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**

**CHANGE OF ADDRESS**

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.**

For:  ☐   Debtor
New address is for:   ☐   Both Debtors
☐   Debtor 1 Only
☐   Debtor 2 Only

☐ Check here if you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).
Debtor 1's DeBN account number    _____
Debtor 2's DeBN account number    _____

☐   Attorney [If Applicable:] Name: _____
☐   Creditor  [If Applicable:] Name: _____

*[If applicable]* Case Name: _____
*[If applicable]* Case No./Adversary Proceeding No.: _____

☐ Street Address    ☐ Mailing Address
New Address: _____
No. and Street, Apt., P. O. Box or R. D. No.
City: _____  State: _____  Zip: _____

☐ Street Address    ☐ Mailing Address
Old Address: _____
No. and Street, Apt., P. O. Box or R. D. No.
City: _____  State: _____  Zip: _____
Telephone Number: (_____) _____
**Please include area code**

_____
Signature of Filer [*check filer type below*]:
☐   Attorney for Debtor
☐   Debtor *[If joint case and address is for both debtors, both debtors must sign.]*
☐   Creditor
☐   Attorney

Date: _____
pc:    Trustee
United States Trustee
Creditor (for creditor's change of address)

[changead ver. 12/17]

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**CHANGE OF ADDRESS**

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.**

For: ☐ Debtor
New address is for: ☐ Both Debtors
☐ Debtor 1 Only
☐ Debtor 2 Only
☐ Check here if you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).
Debtor 1's DeBN account number _____
Debtor 2's DeBN account number _____
☐ Attorney [If Applicable:] Name: _____
☐ Creditor [If Applicable:] Name: _____

*[If applicable]* Case Name: _____
*[If applicable]* Case No./Adversary Proceeding No.: _____

☐ Street Address    ☐ Mailing Address
New Address: _____
No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____

☐ Street Address    ☐ Mailing Address
Old Address: _____
No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____
Telephone Number: (_____) _____
**Please include area code**

_____
Signature of Filer [*check filer type below*]:
☐ Attorney for Debtor
☐ Debtor *[If joint case and address is for both debtors, both debtors must sign.]*
☐ Creditor
☐ Attorney

Date: _____
pc: Trustee
United States Trustee
Creditor (for creditor's change of address)

[changead ver. 12/17]

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

## CHANGE OF ADDRESS

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.**

For:  ☐ Debtor
New address is for: ☐ Both Debtors
☐ Debtor 1 Only
☐ Debtor 2 Only

☐ Check here if you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

Debtor 1's DeBN account number    _____
Debtor 2's DeBN account number    _____

☐ Attorney [If Applicable:] Name: _____
☐ Creditor [If Applicable:] Name: _____

*[If applicable]* Case Name: _____
*[If applicable]* Case No./Adversary Proceeding No.: _____

☐ Street Address   ☐ Mailing Address
New Address: _____
              No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____

☐ Street Address   ☐ Mailing Address
Old Address: _____
              No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____
Telephone Number: (_____) _____
**Please include area code**

_____
Signature of Filer [*check filer type below*]:
☐ Attorney for Debtor
☐ Debtor *[If joint case and address is for both debtors, both debtors must sign.]*
☐ Creditor
☐ Attorney

Date: _____
pc:   Trustee
      United States Trustee
      Creditor (for creditor's change of address)

[changead ver. 12/17]

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**CHANGE OF ADDRESS**

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.**

For:  ☐  Debtor
     New address is for:  ☐  Both Debtors
                                  ☐  Debtor 1 Only
                                  ☐  Debtor 2 Only
     ☐ Check here if you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).
     Debtor 1's DeBN account number     _____
     Debtor 2's DeBN account number     _____
☐   Attorney [If Applicable:] Name: _____
☐   Creditor  [If Applicable:] Name: _____

*[If applicable]* Case Name: _____
*[If applicable]* Case No./Adversary Proceeding No.: _____

☐ Street Address     ☐ Mailing Address
New Address: _____
                No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____


☐ Street Address     ☐ Mailing Address
Old Address: _____
                No. and Street, Apt., P. O. Box or R. D. No.
City: _____ State: _____ Zip: _____
Telephone Number: (_____) _____
                **Please include area code**

                                      _____
                              Signature of Filer [*check filer type below*]:
                              ☐ Attorney for Debtor
                              ☐ Debtor *[If joint case and address is for both debtors, both debtors must sign.]*
                              ☐ Creditor
                              ☐ Attorney

Date: _____
pc:     Trustee
       United States Trustee
       Creditor (for creditor's change of address)

[changead ver. 12/17]