Dion W. Hayes (VSB No. 34304)
Sarah B. Boehm (VSB No. 45201)
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-7487
Facsimile: (804) 698-2255

*Counsel for STVT-AAI Education Inc.*
*and Field Point Agency Services, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DELTA CAREER EDUCATION | ) | Case No. 18-33822 (KLP) |
| CORPORATION, *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | Joint Administration Requested |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that the undersigned, Dion W. Hayes and Sarah B. Boehm of McGuireWoods LLP, appear in the above-captioned case on behalf of STVT-AAI Education Inc. and Field Point Agency Services, Inc. (as successor to Antares Capital LP), as administrative agent and collateral agent under that certain Amended and Restated Credit Agreement dated as of November 22, 2016, and, pursuant to Bankruptcy Rules 2002 and 9010(b) of the Federal Rules of

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, include Delta Career Education Corporation (5135); Delta Educational Systems, Inc. (9702); National Career Education, Inc. (3855); Southwest Business Colleges, Inc. (3438); Creative Circus, Inc. (1026); Atlantic Coast Colleges, Inc. (4068); McCann Education Centers, Inc. (2761); Berks Technical Institute, Inc. (9439); McCann School of Business and Technology (2608); Miller-Motte Business College, Inc. (1751); Palmetto Technical College, Inc. (6130); Piedmont Business Colleges, Inc. (4202); Academy of Court Reporting, Inc. (3484); and The Miami-Jacobs Business College Company (9487).

1

Bankruptcy Procedure, requests that all notices give or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address:

> Dion W. Hayes (VSB No. 34304)
> Sarah B. Boehm (VSB No. 45201)
> McGUIREWOODS LLP
> Gateway Plaza
> 800 East Canal Street
> Richmond, Virginia 23219
> Telephone: (804) 775-7487
> Facsimile: (804) 698-2255
> Email: dhayes@mcguirewoods.com
>          sboehm@mcguirewoods.com

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Dated: July 31, 2018                     Respectfully Submitted,
       Richmond, Virginia

> */s/ Dion W. Hayes*
> Dion W. Hayes (VSB No. 34304)
> Sarah B. Boehm (VSB No. 45201)
> McGUIREWOODS LLP
> Gateway Plaza
> 800 East Canal Street
> Richmond, Virginia 23219
> Telephone: (804) 775-7487
> Facsimile: (804) 698-2255
> Email: dhayes@mcguirewoods.com
>          sboehm@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 31, 2018, a true and correct copy of the foregoing Notice of Appearance was served via the Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above-captioned case.

*/s/ Dion W. Hayes*
Dion W. Hayes
