**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **DELTA CAREER EDUCATION** | ) | |
| **COPRORATION,** *et al.* | ) | **Case No. 18-33822-KLP** |
| | ) | |
| Debtors. | ) | **Jointly Administered (*proposed*)** |

## NOTICE OF APPEARANCE

The undersigned counsel hereby enters his appearance as proposed counsel for Harry Shaia, Jr., Trustee in this case.

**HARRY SHAIA, JR., TRUSTEE**

*/s/ William A. Broscious*
By: _____
Counsel

William A. Broscious, VSB #27436
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, VA 23233
(804) 741-0400 x202
(804) 741-6175 (Facsimile)

Proposed Counsel for the Trustee