# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
### _____Richmond_____ Division

In re   Delta Career Education Corporation

Case No.   18-33822-KLP

Debtor(s)

Chapter   7

# ORDER OF DESIGNATION

      An order for relief under Title 11 U.S.C., Chapter _7_ having been entered on the petition filed in this case on _July 27 2018_____; it is, therefore

      **ORDERED** that _Martina Hansen, CEO_____ is designated by the Court to perform the duties imposed upon the debtor by the Bankruptcy Code. This designation shall remain in effect during the entire pendency of this case until altered by order of this Court; and it is further

      **ORDERED** that the Clerk mail a copy of this order to the designee, the attorney for the debtor, the trustee, and the United States Trustee.

Date: _Jul 28 2018_____            /s/ Keith L. Phillips_____
                                                            United States Bankruptcy Judge

                                                            NOTICE OF JUDGMENT OR ORDER
                                                            ENTERED ON DOCKET
                                                            _Aug 1 2018_____

[ver. 12/03]