**KUTAK ROCK LLP**
Loc Pfeiffer (VSB No. 39632)
Peter J. Barrett (VSB No. 46179)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
804-644-1700
loc.pfeiffer@kutakrock.com
peter.barrett@kutakrock.com
*Counsel to the Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| DELTA CAREER EDUCATION | ) | Case No. 18-33822 (KLP) |
| CORPORATION, *et al.*,[1] | ) |  |
|  | ) | Joint Administration Requested |
| Debtor. | ) |  |
|  | ) |  |

## DECLARATION OF SERVICE

I, Peter J. Barrett, am an attorney and partner of the law firm Kutak Rock LLP, counsel for

the above-captioned chapter 7 debtors.

On July 27, 2018, at my direction and under my supervision, employees of Kutak Rock

caused the following documents to be served by first-class mail, postage prepaid to the parties on

the Service List attached hereto as Exhibit A:

- Voluntary Petition for Non-Individuals Filing for Bankruptcy for Academy of Court
  Reporting, Inc. including Declaration Under Penalty of Perjury for Non-Individual
  Debtors; Summary of Assets and Liabilities for Non-Individuals; Schedule A/B: Assets –
  Real and Personal Property; Schedule D: Creditors Who Have Claims Secured by Property;
  Schedule E/F: Creditors Who Have Unsecured Claims; Schedule G: Executory Contracts
  and Unexpired Leases; Schedule H: Your Codebtors; Statement of Financial Affairs for

---

[1]    The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification
number, include Delta Career Education Corporation (5135); Delta Educational Systems, Inc. (9702); National Career
Education, Inc. (3855); Southwest Business Colleges, Inc. (3438); Creative Circus, Inc. (1026); Atlantic Coast
Colleges, Inc. (4068); McCann Education Centers, Inc. (2761); Berks Technical Institute, Inc. (9439); McCann School
of Business and Technology (2608); Miller-Motte Business College, Inc. (1751); Palmetto Technical College, Inc.
(6130); Piedmont Business Colleges, Inc. (4202); Academy of Court Reporting, Inc. (3484); and The Miami-Jacobs
Business College Company (9487).

Non-Individuals Filing for Bankruptcy; Disclosure of Compensation of Attorney for Debtor; and Corporate Ownership Statement (Rule 7007.1).

- Voluntary Petition for Non-Individuals Filing for Bankruptcy for Atlantic Coast Colleges, Inc. including Declaration Under Penalty of Perjury for Non-Individual Debtors; Summary of Assets and Liabilities for Non-Individuals; Schedule A/B: Assets – Real and Personal Property; Schedule D: Creditors Who Have Claims Secured by Property; Schedule E/F: Creditors Who Have Unsecured Claims; Schedule G: Executory Contracts and Unexpired Leases; Schedule H: Your Codebtors; Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy; Disclosure of Compensation of Attorney for Debtor; and Corporate Ownership Statement (Rule 7007.1).

- Voluntary Petition for Non-Individuals Filing for Bankruptcy for Berks Technical Institute, Inc. including Declaration Under Penalty of Perjury for Non-Individual Debtors; Summary of Assets and Liabilities for Non-Individuals; Schedule A/B: Assets – Real and Personal Property; Schedule D: Creditors Who Have Claims Secured by Property; Schedule E/F: Creditors Who Have Unsecured Claims; Schedule G: Executory Contracts and Unexpired Leases; Schedule H: Your Codebtors; Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy; Disclosure of Compensation of Attorney for Debtor; and Corporate Ownership Statement (Rule 7007.1).

- Voluntary Petition for Non-Individuals Filing for Bankruptcy for Creative Circus, Inc. including Declaration Under Penalty of Perjury for Non-Individual Debtors; Summary of Assets and Liabilities for Non-Individuals; Schedule A/B: Assets – Real and Personal Property; Schedule D: Creditors Who Have Claims Secured by Property; Schedule E/F: Creditors Who Have Unsecured Claims; Schedule G: Executory Contracts and Unexpired Leases; Schedule H: Your Codebtors; Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy; Disclosure of Compensation of Attorney for Debtor; and Corporate Ownership Statement (Rule 7007.1).

- Voluntary Petition for Non-Individuals Filing for Bankruptcy for Delta Career Education Corporation including Declaration Under Penalty of Perjury for Non-Individual Debtors; Summary of Assets and Liabilities for Non-Individuals; Schedule A/B: Assets – Real and Personal Property; Schedule D: Creditors Who Have Claims Secured by Property; Schedule E/F: Creditors Who Have Unsecured Claims; Schedule G: Executory Contracts and Unexpired Leases; Schedule H: Your Codebtors; Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy; Disclosure of Compensation of Attorney for Debtor; and Corporate Ownership Statement (Rule 7007.1).

- Voluntary Petition for Non-Individuals Filing for Bankruptcy for Delta Education Systems, Inc. including Declaration Under Penalty of Perjury for Non-Individual Debtors; Summary of Assets and Liabilities for Non-Individuals; Schedule A/B: Assets – Real and Personal Property; Schedule D: Creditors Who Have Claims Secured by Property; Schedule E/F: Creditors Who Have Unsecured Claims; Schedule G: Executory Contracts and Unexpired Leases; Schedule H: Your Codebtors; Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy; Disclosure of Compensation of Attorney for Debtor; and Corporate Ownership Statement (Rule 7007.1).

- Voluntary Petition for Non-Individuals Filing for Bankruptcy for McCann Education Centers, Inc. including Declaration Under Penalty of Perjury for Non-Individual Debtors; Summary of Assets and Liabilities for Non-Individuals; Schedule A/B: Assets – Real and Personal Property; Schedule D: Creditors Who Have Claims Secured by Property;

Schedule E/F: Creditors Who Have Unsecured Claims; Schedule G: Executory Contracts and Unexpired Leases; Schedule H: Your Codebtors; Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy; Disclosure of Compensation of Attorney for Debtor; and Corporate Ownership Statement (Rule 7007.1).

- Voluntary Petition for Non-Individuals Filing for Bankruptcy for McCann School of Business and Technology, Inc. including Declaration Under Penalty of Perjury for Non-Individual Debtors; Summary of Assets and Liabilities for Non-Individuals; Schedule A/B: Assets – Real and Personal Property; Schedule D: Creditors Who Have Claims Secured by Property; Schedule E/F: Creditors Who Have Unsecured Claims; Schedule G: Executory Contracts and Unexpired Leases; Schedule H: Your Codebtors; Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy; Disclosure of Compensation of Attorney for Debtor; and Corporate Ownership Statement (Rule 7007.1).

- Voluntary Petition for Non-Individuals Filing for Bankruptcy for The Miami-Jacobs Business College Company including Declaration Under Penalty of Perjury for Non-Individual Debtors; Summary of Assets and Liabilities for Non-Individuals; Schedule A/B: Assets – Real and Personal Property; Schedule D: Creditors Who Have Claims Secured by Property; Schedule E/F: Creditors Who Have Unsecured Claims; Schedule G: Executory Contracts and Unexpired Leases; Schedule H: Your Codebtors; Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy; Disclosure of Compensation of Attorney for Debtor; and Corporate Ownership Statement (Rule 7007.1).

- Voluntary Petition for Non-Individuals Filing for Bankruptcy for Miller-Motte Business College, Inc. including Declaration Under Penalty of Perjury for Non-Individual Debtors; Summary of Assets and Liabilities for Non-Individuals; Schedule A/B: Assets – Real and Personal Property; Schedule D: Creditors Who Have Claims Secured by Property; Schedule E/F: Creditors Who Have Unsecured Claims; Schedule G: Executory Contracts and Unexpired Leases; Schedule H: Your Codebtors; Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy; Disclosure of Compensation of Attorney for Debtor; and Corporate Ownership Statement (Rule 7007.1).

- Voluntary Petition for Non-Individuals Filing for Bankruptcy for National Career Education, Inc. including Declaration Under Penalty of Perjury for Non-Individual Debtors; Summary of Assets and Liabilities for Non-Individuals; Schedule A/B: Assets – Real and Personal Property; Schedule D: Creditors Who Have Claims Secured by Property; Schedule E/F: Creditors Who Have Unsecured Claims; Schedule G: Executory Contracts and Unexpired Leases; Schedule H: Your Codebtors; Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy; Disclosure of Compensation of Attorney for Debtor; and Corporate Ownership Statement (Rule 7007.1).

- Voluntary Petition for Non-Individuals Filing for Bankruptcy for Palmetto Technical College, Inc. including Declaration Under Penalty of Perjury for Non-Individual Debtors; Summary of Assets and Liabilities for Non-Individuals; Schedule A/B: Assets – Real and Personal Property; Schedule D: Creditors Who Have Claims Secured by Property; Schedule E/F: Creditors Who Have Unsecured Claims; Schedule G: Executory Contracts and Unexpired Leases; Schedule H: Your Codebtors; Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy; Disclosure of Compensation of Attorney for Debtor; and Corporate Ownership Statement (Rule 7007.1).

- Voluntary Petition for Non-Individuals Filing for Bankruptcy for Piedmont Business Colleges, Inc. including Declaration Under Penalty of Perjury for Non-Individual Debtors;

Summary of Assets and Liabilities for Non-Individuals; Schedule A/B: Assets – Real and Personal Property; Schedule D: Creditors Who Have Claims Secured by Property; Schedule E/F: Creditors Who Have Unsecured Claims; Schedule G: Executory Contracts and Unexpired Leases; Schedule H: Your Codebtors; Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy; Disclosure of Compensation of Attorney for Debtor; and Corporate Ownership Statement (Rule 7007.1).

- Voluntary Petition for Non-Individuals Filing for Bankruptcy for Southwest Business Colleges, Inc. including Declaration Under Penalty of Perjury for Non-Individual Debtors; Summary of Assets and Liabilities for Non-Individuals; Schedule A/B: Assets – Real and Personal Property; Schedule D: Creditors Who Have Claims Secured by Property; Schedule E/F: Creditors Who Have Unsecured Claims; Schedule G: Executory Contracts and Unexpired Leases; Schedule H: Your Codebtors; Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy; Disclosure of Compensation of Attorney for Debtor; and Corporate Ownership Statement (Rule 7007.1).
- Global Notes and Statement of Limitations, Methodology, And Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities And Statements of Financial Affairs
- Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 7 Cases And (II) Granting Related Relief
- Debtors' Motion For an Expedited Hearing on Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 7 Cases And (II) Granting Related Relief
- Notice of Filing of Chapter 7 Petitions and Joint Administration Motion and of Proposed Hearing on Joint Administration Motion

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of August, 2018.

By:  /s/ Peter J. Barrett _____
Counsel

## EXHIBIT A

Field Point Agency Services, Inc.
80 Field Point Road, Ste 101
Greenwich, CT 06830

Marblegate Special Opportunities Master Fund, L.P.
80 Field Point Road, Ste 101
Greenwich, CT 06830

Ancora Education
8701 Bedford Euless Rd, #400
Hurst, TX 76053

AEROTEK, INC
3689 COLLECTION CTR DR
CHICAGO, IL 60693

AON CONSULTING, INC.
200 E RANDOLPH ST
CHICAGO, IL 60601

ARENA COMMONS, LLC
ATTN: JOHN DOWD
264 HIGHLAND PARK BLVD
WILKES-BARRE, PA 18702

BEACON HILL STAFFING GROUP, LLC
PO BOX 846193
BOSTON, MA 02284

CAMPUS MANAGEMENT CORP
5201 CONGRESS AVE
SUITE 220A
BOCA RATON, FL 33487

CANAL, LLC
1025 W RAHN RD
DAYTON, OH 45429

CAREER EDGE LLC / CHRIS KUSELIAS
250 STATE ST C2
NORTH HAVEN, CT 06473

CARL HORN, III
2810 WAMATH DRIVE
CHARLOTTE, NC 28210

CIGNA GROUP INSURANCE
PO BOX 13701
PHILADELPHIA, PA 19101

COOLEY LLP
101 CALIFORNIA
5TH FLOOR
SAN FRANCISCO, CA 94111

DUANE MORRIS LLP
ATTN: PAYMENT PROCESSING
30 SOUTH 17TH ST
PHILADELPHIA, PA 19103

ED MAP, INC.
PO BOX 714569
CINCINNATI, OH 45271

EDUCATION PARTNERS LLC
5501-A BALCONES DR
STE 209
AUSTIN, TX 78731

EDUFFICIENT – OTHER
6 FOREST AVE
2ND FLOOR
PARAMUS, NJ 07652

ELECTRONIC SYSTEMS, INC
PO BOX 603065
CHARLOTTE, NC 28260

FACEBOOK INC
ATTN: ACCOUNTS RECEIVABLE
15161 COLLECTIONS CENTER DR
CHICAGO, IL 60693

FIVE9 INC
4000 EXECUTIVE PARKWAY
STE 400
SAN RAMON, CA 94583

FRONTEO USA, INC.
PO BOX 398824
SAN FRANCISCO, CA 94139

HOGAN MARREN BABBO & ROSE, LTC
321 NORTH CLARK STREET
SUITE 1301
CHICAGO, IL 60654

ICIMS, INC.
PARKWAY 120, 5TH FLOOR
90 MATAWAN RD
MATAWAN, NJ 07747

JOHN WILEY & SONS INC DBA PROFILES
INTER
5205 LAKESHORE DR
WACO, TX 76710

JUST COMMUNICATIONS DBA DIGITAL
DIRECTION
344 N OGDEN AVE
FLOOR 3
CHICAGO, IL 60607

KIRKLAND & ELLIS LLP
300 NORTH LASALLE ST
CHICAGO, IL 60654

KITCHEN
3118 SUTTON BLVD
MAPLEWOOD, MO 63143

LIBRARY & INFORMATION RESOURCES
NETWORK
25400 US HWY 19 N
SUITE 220
CLEARWATER, FL 33763

McGraw-Hill Companies
P. O. Box 786167
Philadelphia, PA 19178

McGraw-Hill Companies
Wells Fargo Lockbox 6167
PO Box 8500
Philadelphia, PA 19178

MONARCH MARKETING INC
13014 N DALE MABRY HWY
#316
TAMPA, FL 33618

PENN FOSTER INC
925 OAK ST
SCRANTON, PA 18515

PENSKE TRUCK LEASING CO LP
PO BOX 827380
PHILIADELPHIA, PA 19182

RANDSTAD
MAIL CODE (5602)
PO BOX 105046
ATLANTA, GA 30348

SPRINT
PO BOX 219903
KANSAS CITY, MO 64121

TALENTWISE INC
PO BOX 3876
SEATTLE, WA 98124

TANGIBLE IMPACT, INC
5778 RUSHWOOD DR
DUBLIN, OH 43017

TEST OUT CORPORATION
50 SOUTH MAIN ST
PLEASANT GROVE, UT 84062

THE VITALITY GROUP INC DBA THE VITALITY
062278 COLLECTIONS CENTER DR
CHICAGO, IL 60693

TRANSWESTERN COMMERCIAL SERVICES
CENTRAL
5001 SPRING VALLEY RD
SUITE 400W
DALLAS, TX 75244

TROY BUSINESS PARK LTD
3050 TIPP-COWLESVILLE RD
TIPP CITY, OH 45371

TYCO INTEGRATED SECURITY LLC
PO BOX 371994
PITTSBURGH, PA 15250

TYCO INTEGRATED SECURITY LLC
PO BOX 371967
PITTSBURGH, PA 15250

Universal Companies, Inc.
Dept. 170
P. O. Box 37904
Charlotte, NC 28237

US INTERNATIONAL MEDIA LLC
3415 S SEPULVEDA BLVD
8TH FLOOR
LOS ANGELES, CA 90034

VANDEVENTER BLACK LLP
101 W MAIN ST
STE 500
NORFOLK, VA 23510

WILLIAMS & FUDGE INC
PO BOX 11590
ROCK HILL, SC 29731

Bank of America
100 North Tryon Street
Charlotte, NC 28255

PNC Bank
300 Fifth Avenue
The Tower at PNC Plaza
Pittsburgh, PA 15222

CIGNA HEALTH CARE
PO BOX 644546
PITTSBURGH, PA 15264

Internal Revenue Service
400 N. 8th Street
P.O. Box 76
Richmond, VA 23219

Office of the United States Trustee for the Eastern
District of Virginia
701 East Broad Street
Suite 4304
Richmond, VA 23219

United States Attorney's Office for the Eastern
District of Virginia
919 East Main Street
Suite 1900
Richmond, VA 23219

State of Alabama
c/o Alabama Attorney General
P.O. Box 300152
Montgomery, AL 36130-0152

State of Arizona
c/o Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004

State of California
c/o California Attorney General
600 W. Broadway 1800
San Diego, CA 92101

State of Colorado
c/o Colorado Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203

State of Delaware
c/o Delaware Attorney General
Carvel State Building
820 N. French Street
Wilmington, DE 19801

State of Florida
c/o Florida Attorney General
The Capitol PL-01
Tallahassee, FL 32399-1050

State of Georgia
c/o Georgia Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

State of Indiana
c/o Indiana Attorney General
49 N. Wayne Street
Danville, IN 46122

State of Kentucky
c/o Kentucky Attorney General
700 Capitol Avenue
Suite 118
Frankfort, KY 40601-3449

State of Louisiana
c/o Louisiana Attorney General
1885 N 3rd Street
Baton Rouge, LA 70802

State of Michigan
c/o Michigan Attorney General
525 W Ottawa Street
Lansing, MI 48933

State of Mississippi
c/o Mississippi Attorney General
550 High Street
Jackson, MS 39201

State of Montana
c/o Montana Attorney General
215 N Sanders Street
Helena, MT 59601

State of New Mexico
c/o New Mexico Attorney General
408 Galistero Street
Villagra Building
Santa Fe, NM 87501

State of North Carolina
c/o North Carolina Attorney General
114 W Edenton Street
Raleigh, NC 27603

State of Ohio
c/o Ohio Attorney General
30 E. Broad Street
14th Floor
Columbus, OH 43215

State of Pennsylvania
c/o Pennsylvania Attorney General
Strawberry Square
Harrisburg, PA 17120

State of South Carolina
c/o South Carolina Attorney General
1000 Assembly Street
Room 519
Columbia, SC 29201

State of Tennessee
c/o Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

State of Texas
c/o Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548

State of Virginia
c/o Virginia Attorney General
202 North 9th Street
Richmond, VA 23219

State of Wyoming
c/o Wyoming Attorney General
200 W 24th Street, #123
Cheyenne, WY 82001

State of Vermont
c/o Vermont Attorney General
109 State Street
Montpelier, VT 05609