**KUTAK ROCK LLP**
Loc Pfeiffer (VSB No. 39632)
Peter J. Barrett (VSB No. 46179)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
804-644-1700
loc.pfeiffer@kutakrock.com
peter.barrett@kutakrock.com
*Counsel to the Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DELTA CAREER EDUCATION CORPORATION, | ) ) | Case No. 18-33822-KLP |
| Debtor. | ) ) | |
| Tax I.D. No. 75-3135135 | ) ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| DELTA EDUCATIONAL SYSTEMS, INC., | ) ) | Case No. 18-33818-KLP |
| Debtor. | ) ) | |
| Tax I.D. No. 54-1859702 | ) ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| NATIONAL CAREER EDUCATION, INC., | ) ) | Case No. 18-33829-KLP |
| Debtor. | ) ) | |
| Tax I.D. No. 94-2963855 | ) ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| SOUTHWEST BUSINESS COLLEGES, INC., | ) ) | Case No. 18-33831-KLP |
| Debtor. | ) ) | |

4849-0879-1150.1

| | | |
|---|---|---|
| Tax I.D. No. 84-0743438 | ) ) ) | |
| In re: | ) ) ) | Chapter 7 |
| CREATIVE CIRCUS, INC., | ) ) ) | Case No. 18-33814-KLP |
| Debtor. | ) ) ) | |
| Tax I.D. No. 20-0001026 | ) ) ) | |
| In re: | ) ) ) | Chapter 7 |
| ATLANTIC COAST COLLEGES, INC., | ) ) ) | Case No. 18-33820-KLP |
| Debtor. | ) ) ) | |
| Tax I.D. No. 54-1404068 | ) ) ) | |
| In re: | ) ) ) | Chapter 7 |
| MCCANN EDUCATION CENTERS, INC., | ) ) ) | Case No. 18-33828-KLP |
| Debtor. | ) ) ) | |
| Tax I.D. No. 23-2192761 | ) ) ) | |
| In re: | ) ) ) | Chapter 7 |
| BERKS TECHNICAL INSTITUTE, INC., | ) ) ) | Case No. 18-33821-KLP |
| Debtor. | ) ) ) | |
| Tax I.D. No. 36-4359439 | ) ) ) | |
| In re: | ) ) ) | Chapter 7 |
| MCCANN SCHOOL OF BUSINESS AND TECHNOLOGY, INC., | ) ) ) ) | Case No. 18-33825-KLP |
| Debtor. | ) ) ) | |
| Tax I.D. No. 72-1132608 | ) | |

2

| | | |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| MILLER-MOTTE BUSINESS COLLEGE, INC., | ) ) ) ) | Case No. 18-33827-KLP |
| Debtor. | ) ) ) | |
| Tax I.D. No. 56-1251751 | ) | |
| In re: | ) ) | Chapter 7 |
| PALMETTO TECHNICAL COLLEGE, INC., | ) ) ) | Case No. 18-33801-KLP |
| Debtor. | ) ) ) | |
| Tax I.D. No. 54-2006130 | ) | |
| In re: | ) ) | Chapter 7 |
| PIEDMONT BUSINESS COLLEGES, INC., | ) ) ) | Case No. 18-33830-KLP |
| Debtor. | ) ) ) | |
| Tax I.D. No. 56-1554202 | ) | |
| In re: | ) ) | Chapter 7 |
| ACADEMY OF COURT REPORTING, INC., | ) ) ) | Case No. 18-33819-KLP |
| Debtor. | ) ) ) | |
| Tax I.D. No. 34-1083484 | ) | |
| In re: | ) ) | Chapter 7 |
| THE MIAMI-JACOBS BUSINESS COLLEGE COMPANY | ) ) ) | Case No. 18-33826-KLP |
| Debtor. | ) ) ) | |
| Tax I.D. No. 76-0389487 | ) | |

3

## ORDER (I) DIRECTING JOINT ADMINISTRATION OF
## CHAPTER 7 CASES AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"): (a) directing the joint administration of the Debtors' chapter 7 cases for procedural purposes only; and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.   The Motion is granted as set forth herein.

2.   The above-captioned chapter 7 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 18-33822-KLP.

3.   The caption of the jointly administered cases should read as follows:

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

4849-0879-1150.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DELTA CAREER EDUCATION | ) | Case No. 18-33822-KLP |
| CORPORATION, *et al.*,[2] | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Delta Career Education Corporation to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of Virginia directing joint administration for procedural purposes only of the chapter 7 cases of: Delta Career Education Corporation, Case No. 18-33822; Delta Educational Systems, Inc., Case No. 18-33818; National Career Education, Inc., Case No. 18-33829; Southwest Business Colleges, Inc., Case No. 18-33831; Creative Circus, Inc., Case No. 18-33814; Atlantic Coast Colleges, Inc., Case No. 18-33820; McCann Education Centers, Inc., Case No. 18-33828; Berks Technical Institute, Inc., Case No. 18-33821; McCann School of Business and Technology, Case No. 18-33825; Miller-Motte Business College, Inc., Case No. 18-33827; Palmetto Technical College, Inc., Case No. 18-33801; Piedmont Business Colleges, Inc., Case No. 18-33830; Academy of Court Reporting, Inc., Case No. 18-33819; and The Miami-Jacobs Business College Company, Case

---

[2] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, include Delta Career Education Corporation (5135); Delta Educational Systems, Inc. (9702); National Career Education, Inc. (3855); Southwest Business Colleges, Inc. (3438); Creative Circus, Inc. (1026); Atlantic Coast Colleges, Inc. (4068); McCann Education Centers, Inc. (2761); Berks Technical Institute, Inc. (9439); McCann School of Business and Technology (2608); Miller-Motte Business College, Inc. (1751); Palmetto Technical College, Inc. (6130); Piedmont Business Colleges, Inc. (4202); Academy of Court Reporting, Inc. (3484); and The Miami-Jacobs Business College Company (9487).

4849-0879-1150.1

No. 18-33826. The docket in Case No. 18-33822 should be consulted for all matters affecting this case.

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 7 cases.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 7 cases.

8. The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is waived.

9. Notice of the Motion as provided therein is good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Local Bankruptcy Rules are satisfied by such notice.

10. The Debtors and the appointed chapter 7 trustee are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: Aug 1 2018
Richmond, Virginia

/s/ Keith L. Phillips
UNITED STATES BANKRUPTCY JUDGE
Entered on Docket:  Aug 1 2018

6

4849-0879-1150.1

We ask for this:


 /s/ Peter J. Barrett
**KUTAK ROCK LLP**
Loc Pfeiffer (VSB No. 39632)
Peter J. Barrett (VSB No. 46179)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
804-644-1700
loc.pfeiffer@kutakrock.com
peter.barrett@kutakrock.com
*Counsel to the Debtors*


Seen and agreed:


/s/ William A. Broscious
William A. Broscious, Esquire
Kepley Broscious & Biggs, PLC
2211 Pump Road
Richmond, Virginia  23233
804.741.0400
WBroscious@kbbplc.com
*Proposed Counsel to the Trustee*


**CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

   /s/  Peter J. Barrett

4849-0879-1150.1