## United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**  18−33822−KLP
**Chapter**  7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Delta Career Education Corporation
dba Delta Career Education Corporation
c/o The UPS Store
107 S. West St., Ste. 823
Alexandria, VA 22314

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: 75−3135135

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

Date: **December 3, 2018**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim

**Any creditor who already has filed a proof of claim need not file another proof of claim.**

Address of the Bankruptcy Court                     For the Court,

701 East Broad Street                               William C. Redden, Clerk
Richmond, VA 23219                                  United States Bankruptcy Court

Dated:   August 31, 2018

[B2040.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 18-33822-KLP
Delta Career Education Corporation                                        Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: manleyc          Page 1 of 5          Date Rcvd: Aug 31, 2018
                             Form ID: 2040           Total Noticed: 165

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2018.
db          +Delta Career Education Corporation,   c/o The UPS Store,   107 S. West St., Ste. 823,
             Alexandria, VA 22314-2824
desig       +Martina Hansen,   c/o The UPS Store,   107 S. West St., Ste. 823,   Alexandria, VA 22314-2824
14469370    +AEROTEK, INC.,   3689 COLLECTION CTR DR,   CHICAGO, IL 60693-0036
14469371    +ALAQUEST INTERNATIONAL, INC.,   28 MOLASSES HILL ROAD,   LEBANON, NJ 08833-3206
14469372    +ALLIED UNIVERSAL SECURITY SERVICES,   PO BOX 31001-2374,   PASADENA, CA 91110-0001
14469373    +AMBASSADOR COLLEGE BOOK - MELVILLE,   445 BROAD HOLLOW RD,   SUITE 206,
             MELVILLE, NY 11747-3601
14469375    +ANCORA EDUCATION,   8701 BEDFORD EULESS ROAD, #400,   HURST, TX 76053-3873
14469377    +AON CONSULTING, INC.,   200 E RANDOLPH ST,   CHICAGO, IL 60601-6408
14469378    +APPLE INC - BOX 281877,   PO BOX 281877,   ATLANTA, GA 30384-1877
14469369    +Academy of Court Reporting, Inc.,   c/o The UPS Store,   107 S West Street, Ste. 823,
             Alexandria, VA 22314-2824
14469374    +American Express,   2401 W. Behrend Drive, Ste. 55,   M/C 24-02-18,   Phoenix, AZ 85027-4145
14469376    +Ancora Intermediate Holdings LLC,   8701 Bedford Euless Road, Suite 400,   Hurst, TX 76053-3873
14469379    +Atlantic Coast Colleges, Inc.,   c/o The UPS Store,   107 S West Street, Ste. 823,
             Alexandria, VA 22314-2824
14469380    +BEACON HILL STAFFING GROUP, LLC,   PO BOX 846193,   BOSTON, MA 02284-6193
14469382    +BRIGHTEDGE TECHNOLOGIES INC,   989 E HILLSDALE BLVD,   STE 300,   FOSTER CITY, CA 94404-4260
14469381    +Berks Technical Institute, Inc.,   c/o The UPS Store,   107 S West Street, Ste. 823,
             Alexandria, VA 22314-2824
14469383    +CAMPUS MANAGEMENT CORP,   5201 CONGRESS AVE,   SUITE 220A,   BOCA RATON, FL 33487-3600
14469384    +CAREER EDGE LLC / CHRIS KUSELIAS,   250 STATE ST C2,   NORTH HAVEN, CT 06473-2182
14469385    +CAREERBUILDER, LLC,   13047 COLLECTION CENTER DR,   CHICAGO, IL 60693-0130
14469386    +CARL HORN, III,   2810 WAMATH DRIVE,   CHARLOTTE, NC 28210-4886
14469387    +CARY CHAMBER OF COMMERCE,   307 N. ACADEMY STREET,   P O BOX 4351,   CARY, NC 27519-4351
14469388    +CDW GOVERNMENT, INC.,   75 REMITTANCE DR,   SUITE 1515,   CHICAGO, IL 60675-1515
14469389    +CENTURYLINK - BOX 52187,   BUSINESS SERVICES,   PO BOX 52187,   PHOENIX, AZ 85072-2187
14469390    +CHECKSTER LLC DBA CHECKSTER,   926 DIABLO AVE #305,   NOVATO, CA 94947-4025
14469391    +CIGNA GROUP INSURANCE,   PO BOX 13701,   PHILADELPHIA, PA 19101-3701
14469392    +CISCO SYSTEMS -PO Box 742927,   PO BOX 742927,   LOS ANGELES, CA 90074-2927
14469393    +CISCO SYSTEMS CAPITAL CRP,   PO BOX 41602,   PHILADELPHIA, PA 19101-1602
14500246    +CIT Finance, LLC,   c/o Bankruptcy Processing Solutions, Inc.,   PO BOX 593007,
             San Antonio, TX 78259-0200
14469395    +COMMERCIAL VEHICLE TRAINING ASSOCIATION,   44 CANAL CENTER PLAZA,   SUITE 120,
             ALEXANDRIA, VA 22314-1579
14469397    +COOLEY LLP,   101 CALIFORNIA,   5TH FLOOR,   SAN FRANCISCO, CA 94111-5800
14469398    +COOLIDGE WALL,   33 WEST FIRST STREET,   SUITE 600,   DAYTON, OH 45402-1289
14469400    +CRAFT & ASSOCIATES INC.,   P O BOX 88337,   SIOUX FALLS, SD 57109-8337
14469399    +Corporation Service Company,   801 Adlai Stevenson Drive,   Springfield, IL 62703-4261
14469401    +Creative Circus, Inc.,   c/o The UPS Store,   107 S West Street, Ste. 823,
             Alexandria, VA 22314-2824
14469402     DAYTON MALL II, LLC/DBA DAYTON MALL,   180 E BROAD ST,   MIAMISBURG, OH 45342-0000
14469403    +DECISIONONE CORPORATION,   PO BOX 754140,   PHILADELPHIA, PA 19175-4140
14469405    +DELTA MANAGEMENT ASSOCIATES INC,   PO BOX 9191,   CHELSEA, MA 02150-9191
14469406    +DIALPAD INC,   100 CALIFORNIA STREET,   SUITE 500,   SAN FRANCISCO, CA 94111-4510
14469407    +DIAMONDBACK PLUMBING SERVICES INC dba DI,   17423 N 25TH AVE,   STE 9,   PHOENIX, AZ 85023-2149
14469408    ##DINCLOUD INC,   27520 HAWTHORNE BLVD,   STE 185,   ROLLING HILLS ESTATES, CA 90274-3543
14469409    +DIXON HUGHES GOODMAN, LLP,   PO BOX 602828,   CHARLOTTE, NC 28260-2828
14469410    +DRINKER BIDDLE & REATH LLP,   1500 K ST, NW,   SUITE 1100,   WASHINGTON, DC 20005-1207
14469411    +DUANE MORRIS LLP,   ATTN: PAYMENT PROCESSING,   30 SOUTH 17TH ST,   PHILADELPHIA, PA 19103-4196
14469412    +DYNAMIC OFFICE SERVICES,   10320 GLOBE RD,   MORRISVILLE, NC 27560-8979
14469404    +Delta Educational Systems, Inc.,   c/o The UPS Store,   107 S West Street, Ste. 823,
             Alexandria, VA 22314-2824
14469413    +ED MAP, INC.,   PO BOX 714569,   CINCINNATI, OH 45271-4569
14469414    +EDUCATION PARTNERS LLC,   5501-A BALCONES DR,   STE 209,   AUSTIN, TX 78731-4907
14469415    +EDUFFICIENT - FEES,   6 FOREST AVE,   2ND FLOOR,   PARAMUS, NJ 07652-5245
14469416    +EDUFFICIENT - OTHER,   6 FOREST AVE,   2ND FLOOR,   PARAMUS, NJ 07652-5245
14469417    +ELECTRONIC SYSTEMS, INC,   PO BOX 603065,   CHARLOTTE, NC 28260-3065
14469418    +EMPLOYEE NAVIGATOR,   7979 OLD GEORGETOWN RD,   SUITE 300,   BETHESDA, MD 20814-2554
14469419    +FACEBOOK INC,   ATTN: ACCOUNTS RECEIVABLE,   15161 COLLECTIONS CENTER DR,
             CHICAGO, IL 60693-0001
14469421    +FIRST COMMUNICATIONS, LLC,   PO BOX 772069,   DETROIT, MI 48277-2022
14469422    +FIVE9 INC,   4000 EXECUTIVE PARKWAY,   STE 400,   SAN RAMON, CA 94583-4206
14469423    +FP MAILING SOLUTIONS,   PO BOX 157,   BEDFORD PARK, IL 60499-0157
14469424    +FRONTEO USA, INC.,   PO BOX 398824,   SAN FRANCISCO, CA 94139-8824
14469420    +Field Point Agency Services, Inc.,   80 Field Point Road, Ste. 101,   Greenwich, CT 06830-6416
14469425    +GETGO INC,   PO BOX 50264,   LOS ANGELES, CA 90074-0264
14469427    +HAZLETON AREA QUARTERBACK CLUB,   PO BOX 122,   HAZLETON, PA 18201-0122
14469428    +HD MEDINA 1 LLC,   10020 AURORA HUDSON RD,   STREETSBORO, OH 44241-1621
14469430    +HIRESTRATEGY / ADDISON FINANCIAL PROFESS,   7076 SOLUTIONS CENTER,   CHICAGO, IL 60677-7000
14469431    +HOGAN MARREN BABBO & ROSE, LTC,   321 NORTH CLARK STREET,   SUITE 1301,
             CHICAGO, IL 60654-5202
14469433    +IDERA INC,   PO BOX 671573,   DALLAS, TX 75267-1573

```
District/off: 0422-7          User: manleyc          Page 2 of 5          Date Rcvd: Aug 31, 2018
                             Form ID: 2040           Total Noticed: 165


14469434     +INDIAN RIVER FAMILY YMCA,   5660 INDIAN RIVER RD,   VIRGINIA BEACH, VA 23464-5240
14469435     +INTELLITALK INC,   820 SANT CERE PLACE,   CORONA, CA 92882-7303
14469438     +INTERNET EMPLOYMENT LINKAGE dba HIGHER E,   715 LAKE ST,   SUITE 400,   OAK PARK, IL 60301-1413
14469439     +INTRALINKS INC,   PO BOX 392134,   PITTSBURGH, PA 15251-9134
14469440     +IRON MOUNTAIN-PO BOX 27128,   PO BOX 27128,   NEW YORK, NY 10087-7128
14469437     +International Fidelity Insurance Company,   One Newark Center, 20th Floor,
               Newark, NJ 07102-5219
14469441     +JOB TARGET LLC,   DEPT CH 16743,   PALATINE, IL 60055-0001
14469442     +JOHN WILEY & SONS INC DBA PROFILES INTER,   5205 LAKESHORE DR,   WACO, TX 76710-1732
14469443     +JUST COMMUNICATIONS DBA DIGITAL DIRECTIO,   344 N OGDEN AVE,   FLOOR 3,
               CHICAGO, IL 60607-1125
14469444     +KIRKLAND & ELLIS LLP,   300 NORTH LASALLE ST,   CHICAGO, IL 60654-5412
14469445     +KITCHEN,   3118 SUTTON BLVD,   MAPLEWOOD, MO 63143-3910
14469446     +KNUTTE & ASSOCIATES,   7900 S CASS AVE,   SUITE 210,   DARIEN, IL 60561-5543
14469447     +LARCEN CONSULTING GROUP,   PO BOX 3891,   LOS ALTOS, CA 94024-0891
14469448     +LEXISNEXIS RISK DATA MGMT INC.,   BILLING ID 1498804,   28330 NETWORK PLACE,
               CHICAGO, IL 60673-1283
14469449     +LEXMARK ENTERPRISE SOFTWARE USA, INC,   PO BOX 846261,   DALLAS, TX 75284-6261
14469450     +LIBRARY & INFORMATION RESOURCES NETWORK,   25400 US HWY 19 N,   SUITE 220,
               CLEARWATER, FL 33763-2144
14469451     +LINKEDIN CORPORATION,   62228 COLLECTIONS CENTER DRIVE,   CHICAGO, IL 60693-0001
14469453     +MARIANNA INDUSTRIES,   11222 I ST,   OMAHA, NE 68137-1238
14469454     +MARLIN BUSINESS BANK,   PO BOX 13604,   PHILADELPHIA, PA 19101-3604
14469455     +MBC Carlisle, LP,   4109 Frankford Ave,   Philadelphia, PA 19124-4508
14469458     +MCMC INDEPENDENT EXAM LLC,   PO BOX 809297,   CHICAGO, IL 60680-9297
14469459     +MEMORIES ENGRAVING PLUS/TRACIE F THOMAS,   347 WEALTHY RD,   LINDEN, VA 22642-6116
14469460     +MICROSOFT ONLINE INC.-PO 847543,   PO BOX 847543,   DALLAS, TX 75284-7543
14469462     +MONARCH MARKETING INC,   13014 N DALE MABRY HWY,   #316,   TAMPA, FL 33618-2808
14469463     +MONSTER WORLDWIDE INC,   PO BOX 90364,   CHICAGO, IL 60696-0364
14469452     +Marblegate Special Opportunities,   Master Fund, L.P.,   80 Field Point Road, Ste. 101,
               Greenwich, CT 06830-6416
14469456     +McCann Education Centers, Inc.,   c/o The UPS Store,   107 S West Street, Ste. 823,
               Alexandria, VA 22314-2824
14469457     +McCann School of Business and Technology,   c/o The UPS Store,   107 S West Street, Ste. 823,
               Alexandria, VA 22314-2824
14469461     +Miller-Motte Business College, Inc.,   c/o The UPS Store,   107 S West Street, Ste. 823,
               Alexandria, VA 22314-2824
14469465     +NATIONAL REGISTERED AGENTS INC,   PO BOX 4349,   CAROL STREAM, IL 60197-4349
14469466     +NEXSEN PRUET, LLC,   PO DRAWER 2426,   COLUMBIA, SC 29202-2426
14469467     +NITEL INC,   LOCKBOX DEPT 4929,   CAROL STREAM, IL 60122-0001
14469464     +National Career Education, Inc.,   c/o The UPS Store,   107 S West Street, Ste. 823,
               Alexandria, VA 22314-2824
14469470     +PARKS COFFEE / PROSTAR SERVICES ARIZONA,   PROSTAR ARIZONA INC,   PO BOX 113000,
               CARROLLTON, TX 75011-3000
14469471     +PEAK 10, INC.,   PO BOX 534409,   ATLANTA, GA 30353-4409
14469472    ++PENN FOSTER INC,   ATTN ATTN JOANNA JOHNSON,   925 OAK ST,   SCRANTON PA 18515-0901
               (address filed with court: PENN FOSTER INC,   925 OAK ST,   SCRANTON, PA 18515-0000)
14469473     +PENSKE TRUCK LEASING CO LP,   PO BOX 827380,   PHILADELPHIA, PA 19182-7380
14469475      POTTSVILLE BROADCASTING CO INC DBA WPPA/,   212 CENTRE ST,   POTTSVILLE, PA 17901-0000
14469476     +POWERS PYLES SUTTER AND VERVILLE PC,   1501 M ST NW,   WASHINGTON, DC 20005-1700
14469469     +Palmetto Technical College, Inc.,   c/o The UPS Store,   107 S West Street, Ste. 823,
               Alexandria, VA 22314-2824
14469474     +Piedmont Business Colleges, Inc.,   c/o The UPS Store,   107 S West Street, Ste. 823,
               Alexandria, VA 22314-2824
14469477     +QUENCH USA,   PO BOX 781393,   PHILADELPHIA, PA 19178-1393
14469478     +RADCLIFFE GROUP, INC.,   18806 AVENUE BIARRITZ,   LUTZ, FL 33558-5308
14469479     +RANDSTAD SOURCERIGHT,   PO BOX 415521,   BOSTON, MA 02241-5521
14469480     +RANDSTAD-PO BOX 894217,   PO BOX 894217,   LOS ANGELES, CA 90189-4217
14469481     +RECRUITMILITARY LLC / RVET OPERATING LLC,   422 WEST LOVELAND AVENUE,   LOVELAND, OH 45140-2322
14469482     +RELOCATION GUIDE,   14460 NEW FALLS OF THE NEUSE RD,   SUITE 149-351,   RALEIGH, NC 27614-8227
14469483     +RIVERS AND SPIRES FESTIVAL INC.,   25 JEFFERSON ST,   SUITE 300,   CLARKSVILLE, TN 37040-4882
14469484     +RLI Corp.,   9025 N. Lindbergh Drive,   Peoria, IL 61615-1499
14469485     +ROCKET JONES INTERACTIVE LLC,   PO BOX 2091,   FORT COLLINS, CO 80522-2091
14469486     +RUSH TRUCK LEASING,   PO BOX 34630,   SAN ANTONIO, TX 78265-4630
14469487     +RYDER TRANSPORTATION SERVICES,   PO BOX 96723,   CHICAGO, IL 60693-6723
14469488    #+SAM'S COMMERCIAL CLEANING,   22327 E VIA DEL RANCHO,   QUEEN CREEK, AZ 85142-3229
14469490     +SHRED-IT USA,   23166 NETWORK PLACE,   CHICAGO, IL 60673-1231
14469491     +SILVER TOUCH TECHNOLOGIES INC,   33 SOUTH WOOD AVE,   6TH FLOOR OFFICE 657,
               ISELIN, NJ 08830-2717
14469492     +SINCLAIR TV GROUP, INC. dba SINCLAIR COM,   c/o WRDC,   PO BOX 206270,   DALLAS, TX 75320-6270
14469494     +SPRINT- PO BOX 219903,   PO BOX 219903,   KANSAS CITY, MO 64121-9903
14469495     +SPRINT-PO BOX 4181,   PO BOX 4181,   CAROL STREAM, IL 60197-4181
14469496     +STAPLES ADVANTAGE,   DEPT DC,   PO BOX 415256,   BOSTON, MA 02241-5256
14469497     +STERICYCLE-PO BOX 6575,   PO BOX 6575,   CAROL STREAM, IL 60197-6575
14482655     +STG International, Inc.,   c/o Mitchell B. Weitzman,   JACKSON & CAMPBELL, P.C.,
               1120 20th Street, N.W., South Tower,   Washington, DC 20036-3406
14482652     +STG International, Inc.,   c/o Mitchell B. Weitzman, Esq.,   Jackson & Campbell, P.C.,
               1120 20th Street, N.W., South Tower,   Washington, DC 20036-3406
14469498     +STRATEGY CONSULTANTS LLC,   PO BOX 503,   MASON, OH 45040-0503
```

```
District/off: 0422-7           User: manleyc              Page 3 of 5               Date Rcvd: Aug 31, 2018
                               Form ID: 2040              Total Noticed: 165

14469499      +STUDENT CONNECTIONS LLC/ EDUCATION AT WO,   C/O STRADA EDUCATION NETWORK,
               9998 CROSSPOINT BLVD #400,   INDIANAPOLIS, IN 46256-3307
14469493      +Southwest Business Colleges, Inc.,   c/o The UPS Store,   107 S West Street, Ste. 823,
               Alexandria, VA 22314-2824
14510126      +Staples,  Attn:  Adrienne Chavis,   7 Technology Circle,   Columbia, SC 29203-9591
14469500      +TALENTWISE INC,   PO BOX 3876,   SEATTLE, WA 98124-3876
14469501      +TALX CORPORATION,   4076 PAYSPHERE CIRCLE,   CHICAGO, IL 60674-0040
14469502      +TANGIBLE IMPACT, INC,   5778 RUSHWOOD DR,   DUBLIN, OH 43017-8816
14469504      +THE VITALITY GROUP  INC DBA THE VITALITY,   062278 COLLECTIONS CENTER DR,
               CHICAGO, IL 60693-0001
14469505      +TRANSAMERICA,  ACCOUNTS RECEIVABLE,   PO BOX 20781,   LEHIGH VALLEY, PA 18002-0781
14469506      +TRANSWESTERN COMMERCIAL SERVICES CENTRAL,   5001 SPRING VALLEY RD,   SUITE 400W,
               DALLAS, TX 75244-3977
14469507      +TREASURER, CITY OF VIRGINIA BEACH,   MUNICIPAL CENTER BUILDING 1,   2401 COURTHOUSE DR,
               VIRGINIA BEACH, VA 23456-9120
14502301      +TREBIG HIGHWAY 49, LLC,   Thomas K. Potter, III,   222 Second Ave. South, Ste. 2000,
               Nashville, TN 37201-2385
14469509      +TUTOR.COM INC,   62996 COLLECTION CENTER DR,   CHICAGO, IL 60693-0629
14469510      +TYCO INTEGRATED SECURITY LLC - 371994,   PO BOX 371994,   PITTSBURGH, PA 15250-7994
14469503      +The Miami-Jacobs Business College Co.,   c/o The UPS Store,   107 S West Street, Ste. 823,
               Alexandria, VA 22314-2824
14491684      +UCTS, Dept. of Labor & Industry,   Commonwealth of PA,   Collections Support Unit,
               651 Boas Street, Room 7002,   Harrisburg, PA 17121-0725
14469512      +US INTERNATIONAL MEDIA LLC,   3415 S SEPULVEDA BLVD,   8TH FLOOR,   LOS ANGELES, CA 90034-6060
14469513      +USA FUNDS / UNITED STUDENT AID FUNDS INC,   9998 CROSSPOINT BLVD,   SUITE 400,
               INDIANAPOLIS, IN 46256-3307
14469514      +VANDEVENTER BLACK LLP,   101 W MAIN ST,   STE 500,   NORFOLK, VA 23510-1699
14469515      +WEBMECHANIX LLC,   PO BOX 1572,   COLUMBIA, MD 21044-0572
14469517      #+WESTEL COMMUNICATION SERVICES,   PO BOX 78747,   CORONA, CA 92877-0158
14469518      +WILLIAM J HALEY DBA MACNIFICENT PAGES,   PO BOX 334,   POTTSTOWN, PA 19464-0334
14469520      +WILLIS OF NEW YORK, INC.,   PO BOX 4557,   NEW YORK, NY 10163-4557
14469521      +WILLIS OF TENNESSEE,   29982 NETWORK PLACE,   CHICAGO, IL 60673-1299
14469522      +WILLIS OF VIRGINIA, INC.-12882 COLL CENT,   12882 COLLECTIONS CENTER DR,
               CHICAGO, IL 60693-0128
14469523      +WINDSTREAM-PO BOX 9001013,   PO BOX 9001013,   LOUISVILLE, KY 40290-1013
14469524      +WONDERLIC, INC.,   3401 SALTERBECK CT,   SUITE 201,   MOUNT PLEASANT, SC 29466-7168

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QHSHAIA.COM Sep 01 2018 06:19:00      Harry Shaia, Jr,   Spinella, Owings & Shaia, P.C.,
               8550 Mayland Drive,   Richmond, VA 23294-4704
14469394      +E-mail/Text: citjaxbankruptcy@cit.com Sep 01 2018 02:31:35      CIT TECHNOLOGY FIN SERV INC,
               21146 NETWORK PLACE,   CHICAGO, IL 60673-1211
14469396      +E-mail/Text: traci.cowles@concur.com Sep 01 2018 02:32:12      Concur Technologies, Inc.,
               601 108th Ave. NE,   Bellevue, WA 98004-4750
14469426      +E-mail/Text: litigation@glic.com Sep 01 2018 02:32:33      Guardian Insurance Company,
               7 Hanover Square,   New York, NY 10004-4025
14509741      +E-mail/Text: jsbyrd@herffjones.com Sep 01 2018 02:33:20      HERFF JONES INC,   PO BOX 99292,
               CHICAGO, IL 60693-9292
14469429      +E-mail/Text: jsbyrd@herffjones.com Sep 01 2018 02:33:21      HERFF JONES LLC,
               4501 w. 62nd Street,   Indianapolis, IN 46268-2569
14469432      +E-mail/Text: billing@icims.com Sep 01 2018 02:33:18      ICIMS, INC.,   PARKWAY 120, 5TH FLOOR,
               90 MATAWAN RD,   MATAWAN, NJ 07747-2624
14469436       EDI: IRS.COM Sep 01 2018 06:20:00      Internal Revenue Service,   400 N. 8th Street,
               P.O. Box 76,   Richmond, VA 23219-0000
14469468      +E-mail/Text: occ@ohiochamber.com Sep 01 2018 02:33:01      OHIO CHAMBER OF COMMERCE,
               PO BOX 15159,   COLUMBUS, OH 43215-0159
14469472       E-mail/Text: Joanna.Johnson@pennfoster.edu Sep 01 2018 02:31:29      PENN FOSTER INC,
               925 OAK ST,   SCRANTON, PA 18515-0000
14469508      +E-mail/Text: bk.notice@tuitionoptions.com Sep 01 2018 02:32:53      TUITION OPTIONS,
               14000 HORIZON WAY #400,   MOUNT LAUREL, NJ 08054-4342
14469511      +E-mail/Text: bankruptcy@ups.com Sep 01 2018 02:33:19      UPS,   PO BOX 7247-0244,
               PHILADELPHIA, PA 19170-0001
14469516      +EDI: WFFC.COM Sep 01 2018 06:19:00      WELLS FARGO FINANCIAL LEASING,   PO BOX 10306,
               DES MOINES, IA 50306-0306
14469519      +E-mail/Text: ebn@wfcorp.com Sep 01 2018 02:33:10      WILLIAMS & FUDGE INC,   PO BOX 11590,
               ROCK HILL, SC 29731-1590
                                                                                    TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Kepley Broscious & Biggs, PLC
intp           Field Point Agency Services, Inc.
cr             Office of Unemployment Compensation Tax Services,
cr             STVT-AAI Education Inc.
14469489       See SOFA Exhibit 2
```

```
District/off: 0422-7          User: manleyc          Page 4 of 5          Date Rcvd: Aug 31, 2018
                             Form ID: 2040           Total Noticed: 165
```

```
aty*         +Harry Shaia, Jr,   Spinella, Owings & Shaia, P.C.,   8550 Mayland Drive,
               Richmond, VA 23294-4704
cr*          +STG International, Inc.,   c/o Mitchell B. Weitzman,   Jackson & Campbell, P.C.,
               1120 20th Street, N.W., South Tower,   Washington, DC 20036-3406
                                                                    TOTALS: 5, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2018 at the address(es) listed below:
```
              Dion W. Hayes    on behalf of Creditor    STVT-AAI Education Inc. dhayes@mcguirewoods.com,
                kcain@mcguirewoods.com
              Dion W. Hayes    on behalf of Interested Party    Field Point Agency Services, Inc.
                dhayes@mcguirewoods.com,   kcain@mcguirewoods.com
              Harry  Shaia, Jr    harryshaia@spinella.com,
                marykeller@spinella.com;dianecollins@spinella.com;hshaiajr@ecf.epiqsystems.com
              Harry  Shaia, Jr    on behalf of Trustee Harry  Shaia, Jr harryshaia@spinella.com,
                marykeller@spinella.com;dianecollins@spinella.com;hshaiajr@ecf.epiqsystems.com
              John P. Fitzgerald, III    USTPRegion04.RH.ECF@usdoj.gov
              Kimberly A. Taylor    on behalf of Trustee Harry  Shaia, Jr ktaylor@kbbplc.com
              Loc  Pfeiffer    on behalf of Debtor    Delta Career Education Corporation
                loc.pfeiffer@kutakrock.com,   Amanda.nugent@kutakrock.com
              Mitchell B. Weitzman    on behalf of Creditor    STG International, Inc. mweitzman@jackscamp.com,
                swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
              Peter J. Barrett    on behalf of Debtor    McCann School of Business and Technology, Inc.
                peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;Amanda.nugent@kutakrock.com
              Peter J. Barrett    on behalf of Debtor    Southwest Business Colleges, Inc.
                peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;Amanda.nugent@kutakrock.com
              Peter J. Barrett    on behalf of Debtor    McCann Education Centers, Inc.
                peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;Amanda.nugent@kutakrock.com
              Peter J. Barrett    on behalf of Debtor    Miller-Motte Business College, Inc.
                peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;Amanda.nugent@kutakrock.com
              Peter J. Barrett    on behalf of Debtor    The Miami-Jacobs Business College Company
                peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;Amanda.nugent@kutakrock.com
              Peter J. Barrett    on behalf of Debtor    Delta Career Education Corporation
                peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;Amanda.nugent@kutakrock.com
              Peter J. Barrett    on behalf of Debtor    Academy of Court Reporting, Inc.
                peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;Amanda.nugent@kutakrock.com
              Peter J. Barrett    on behalf of Debtor    Berks Technical Institute, Inc.
                peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;Amanda.nugent@kutakrock.com
              Peter J. Barrett    on behalf of Debtor    Atlantic Coast Colleges, Inc.
                peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;Amanda.nugent@kutakrock.com
              Peter J. Barrett    on behalf of Debtor    National Career Education, Inc.
                peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;Amanda.nugent@kutakrock.com
              Peter J. Barrett    on behalf of Debtor    Palmetto Technical College, Inc.
                peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;Amanda.nugent@kutakrock.com
              Peter J. Barrett    on behalf of Debtor    Creative Circus, Inc. peter.barrett@kutakrock.com,
                charisse.matthews@kutakrock.com;Amanda.nugent@kutakrock.com
              Peter J. Barrett    on behalf of Debtor    Piedmont Business Colleges, Inc.
                peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;Amanda.nugent@kutakrock.com
              Peter J. Barrett    on behalf of Debtor    Delta Educational Systems, Inc.
                peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;Amanda.nugent@kutakrock.com
              Sarah Beckett Boehm    on behalf of Interested Party    Field Point Agency Services, Inc.
                sboehm@mcguirewoods.com
```


```
District/off: 0422-7          User: manleyc            Page 5 of 5              Date Rcvd: Aug 31, 2018
                              Form ID: 2040            Total Noticed: 165
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sarah Beckett Boehm    on behalf of Creditor    STVT-AAI Education Inc. sboehm@mcguirewoods.com
              William A. Broscious    on behalf of Trustee Harry  Shaia, Jr wbroscious@kbbplc.com
                                                                                    TOTAL: 25