**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | Delta Career Education Corporation et al | § Case No. 18-33822-KLP § § |
| Debtor(s) | | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Bruce E. Robinson, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk, U S Bankruptcy Court
701 East Broad Street
Suite 4000
Richmond, VA  23219

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/02/2023          By:    /s/ Bruce E. Robinson
                                                Trustee

Bruce E. Robinson
Chapter 7 Trustee, P. O. Box 538
South Hill, VA  23970-0538
(434) 447-7922
bruce.robinsontr@gmail.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:    Delta Career Education Corporation    § Case No. 18-33822-KLP
et al    §
    §
Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATION FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 5,155,734.69 |
| *and approved disbursements of* | $ | 3,057,666.25 |
| *leaving a balance on hand of* [1] | $ | 2,098,068.44 |
| **Balance on hand:** | $ | 2,098,068.44 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 01-3 | Field Point Agency Services, Inc. | 6,728,067.54 | 0.00 | 0.00 | 0.00 |
| 14-2 | Field Point Agency Services, Inc. | 0.00 | 0.00 | 0.00 | 0.00 |
| 18-4 | Field Point Agency Services, Inc. | 6,728,067.54 | 0.00 | 0.00 | 0.00 |
| 19-4 | Field Point Agency Services, Inc. | 6,728,067.54 | 0.00 | 0.00 | 0.00 |
| 20-5 | Field Point Agency Services, Inc. | 6,728,067.54 | 0.00 | 0.00 | 0.00 |
| 21-3 | Field Point Agency Services, Inc. | 6,728,067.54 | 0.00 | 0.00 | 0.00 |
| 25-2 | Field Point Agency Services, Inc. | 6,728,067.54 | 0.00 | 0.00 | 0.00 |
| 26-3 | Field Point Agency Services, Inc. | 6,728,067.54 | 0.00 | 0.00 | 0.00 |
| 27-5 | Field Point Agency Services, Inc. | 6,728,067.54 | 0.00 | 0.00 | 0.00 |
| 28-3 | Field Point Agency Services, Inc. | 6,728,067.54 | 0.00 | 0.00 | 0.00 |
| 29-2 | Field Point Agency Services, Inc. | 6,728,067.54 | 0.00 | 0.00 | 0.00 |
| 31-3 | Field Point Agency Services, Inc. | 0.00 | 0.00 | 0.00 | 0.00 |
| 65 | Cisco Systems Capital Corporation | 0.00 | 0.00 | 0.00 | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 72 | Field Point Agency Services, Inc. | 0.00 | 0.00 | 0.00 | 0.00 |
| 73 | Iron Mountain Information Management, LLC | 1,059.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $        0.00
Remaining balance:   $    2,098,068.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Bruce E. Robinson | 17,691.77 | 0.00 | 17,691.77 |
| Trustee, Fees - Estate of Harry Shaia Jr. | 159,225.89 | 0.00 | 159,225.89 |
| Trustee, Expenses - Bruce E. Robinson | 1,369.58 | 0.00 | 1,369.58 |
| Attorney for Trustee, Fees - Kepley, Broscious & Briggs, PLC | 100,000.00 | 100,000.00 | 0.00 |
| Attorney for Trustee, Fees - Whiteford, Taylor & Preston, L.L.P. | 831,808.05 | 831,808.05 | 0.00 |
| Attorney for Trustee, Fees - William A. Broscious, Esq., PLC | 103,410.00 | 103,410.00 | 0.00 |
| Attorney for Trustee, Expenses - Kepley, Broscious & Briggs, PLC | 2,325.84 | 2,325.84 | 0.00 |
| Attorney for Trustee, Expenses - Whiteford, Taylor & Preston, L.L.P. | 15,405.08 | 15,405.08 | 0.00 |
| Attorney for Trustee, Expenses - William A. Broscious, Esq., PLC | 1,371.44 | 1,371.44 | 0.00 |
| Accountant for Trustee, Fees - Barry Strickland & Co, CPA | 43,650.25 | 43,650.25 | 0.00 |
| Accountant for Trustee, Fees - Barry Strickland & Company | 33,168.05 | 33,168.05 | 0.00 |
| Accountant for Trustee, Expenses - Barry Strickland & Co, CPA | 1,132.29 | 1,132.29 | 0.00 |
| Accountant for Trustee, Expenses - Barry Strickland & Company | 648.37 | 648.37 | 0.00 |
| Special Counsel for Trustee Fees - Keiter, Stephens, Hurst, Gary & Shreaves | 44,071.25 | 44,071.25 | 0.00 |
| Special Counsel for Trustee Fees - Whiteford, Taylor & Preston, L.L.P. | 620,892.70 | 620,892.70 | 0.00 |
| Other, Fees - JAMS, Inc. | 14,500.00 | 14,500.00 | 0.00 |
| Other, Expenses - Internal Revenue Service | 598,680.00 | 598,680.00 | 0.00 |
| Other, Expenses - Whiteford, Taylor & Preston, L.L.P. | 4,695.40 | 4,695.40 | 0.00 |

Total to be paid for chapter 7 administration expenses:    $    178,287.24

**UST Form 101-7-NFR (10/1/2010)**

Remaining balance: $ 1,919,781.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| **NONE** | | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 1,919,781.20

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $61,075.34 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 01-4-2 | IRS | 3,376.51 | 0.00 | 3,376.51 |
| 14-5 | Internal Revenue Service | 1,720.05 | 0.00 | 1,720.05 |
| 18-1 | Commonwealth of PA-UCTS | 855.27 | 0.00 | 855.27 |
| 18-11 | NM Taxation & Revenue Department | 0.00 | 0.00 | 0.00 |
| 18-5 | Texas Comptroller of Public Accounts | 0.00 | 0.00 | 0.00 |
| 18-6 | NM Taxation & Revenue Department | 1,272.72 | 0.00 | 1,272.72 |
| 18-8 | Internal Revenue Service | 2,202.99 | 0.00 | 2,202.99 |
| 19-2 | Ohio Bureau of Workers' Compensation | 8,781.25 | 0.00 | 8,781.25 |
| 19-5 | Internal Revenue Service | 421.61 | 0.00 | 421.61 |
| 20-10 | City of Lynchburg - Box 9000 | 6,538.02 | 0.00 | 6,538.02 |
| 20-18 | County of Roanoke, Virginia | 4,077.92 | 0.00 | 4,077.92 |
| 20-20 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 21-13 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 25-8 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 26-4 | Ohio Bureau of Workers' Compensation | 1,742.02 | 0.00 | 1,742.02 |
| 26-7 | Internal Revenue Service | 352.14 | 0.00 | 352.14 |
| 27-11 | Internal Revenue Service | 5,886.74 | 0.00 | 5,886.74 |
| 27-14 | North Carolina Department of Revenue | 3,254.68 | 0.00 | 3,254.68 |
| 27-15 | Michigan Department of Treasury | 1,897.05 | 0.00 | 1,897.05 |

**UST Form 101-7-NFR (10/1/2010)**

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 27-17 | Pitt County Tax Administrator | 0.00 | 0.00 | 0.00 |
| 27-3 | Arizona Department of Economic Security | 5,846.37 | 0.00 | 5,846.37 |
| 27-6 | Texas Comptroller of Public Accounts | 0.00 | 0.00 | 0.00 |
| 28-17 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 30-4 | Texas Comptroller of Public Accounts | 0.00 | 0.00 | 0.00 |
| 34 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 60 | Melissa Susie Rowland | 12,850.00 | 0.00 | 12,850.00 |
| 65 | Cisco Systems Capital Corporation | 0.00 | 0.00 | 0.00 |
| 76 | Texas Comptroller of Public Accounts | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 61,075.34
Remaining balance: $ 1,858,705.86

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $25,779,034.91 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.210 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 01-1 | Penske Truck Leasing Co., L.P. | 15,169.44 | 0.00 | 1,093.74 |
| 01-2 | Ancora Intermediate Holdings LLC | 0.00 | 0.00 | 0.00 |
| 01-3 | Field Point Agency Services, Inc. | 0.00 | 0.00 | 0.00 |
| 1-3 | STG International, Inc. | 685,372.04 | 0.00 | 49,416.32 |
| 2-2 | HERFF JONES LLC | 0.00 | 0.00 | 0.00 |
| 3 | CIT Finance, LLC | 374.27 | 0.00 | 26.99 |
| 4 | CIT Finance, LLC | 1,449.14 | 0.00 | 104.49 |
| 5 | CIT Finance, LLC | 1,302.92 | 0.00 | 93.94 |
| 6 | CIT Finance, LLC | 1,773.16 | 0.00 | 127.85 |

**UST Form 101-7-NFR (10/1/2010)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | CIT Finance, LLC | 2,890.44 | 0.00 | 208.40 |
| 8 | TREBIG HIGHWAY 49, LLC | 468,662.91 | 0.00 | 33,791.28 |
| 9 | CIT Finance, LLC | 3,378.77 | 0.00 | 243.61 |
| 10 | CIT Finance, LLC | 3,232.08 | 0.00 | 233.04 |
| 11 | CIT Finance, LLC | 3,100.14 | 0.00 | 223.52 |
| 12 | CIT Finance, LLC | 4,643.41 | 0.00 | 334.80 |
| 13 | CIT Finance, LLC | 6,686.47 | 0.00 | 482.10 |
| 14-1 | Ancora Intermediate Holdings LLC | 0.00 | 0.00 | 0.00 |
| 14-2 | Field Point Agency Services, Inc. | 0.00 | 0.00 | 0.00 |
| 14-3 | ULINE SHIPPING SUPPLIES | 219.95 | 0.00 | 15.86 |
| 14-4 | R&D Mechanical Services Inc. | 0.00 | 0.00 | 0.00 |
| 14-6 | Let's Eat Enterprise, Inc. | 1,398.02 | 0.00 | 100.80 |
| 14-7 | Canon Financial Services, Inc. | 77,188.78 | 0.00 | 5,565.42 |
| 14 | CIT Finance, LLC | 9,531.99 | 0.00 | 687.27 |
| 15 | CIT Finance, LLC | 3,416.44 | 0.00 | 246.33 |
| 16 | Staples | 132,295.70 | 0.00 | 9,538.71 |
| 17 | CIT Finance, LLC | 8,299.83 | 0.00 | 598.43 |
| 17 | CIT Finance, LLC | 29,172.73 | 0.00 | 2,103.40 |
| 18-10 | Tanglewood Venture, LLC | 358,170.47 | 0.00 | 25,824.61 |
| 18-11 | NM Taxation & Revenue Department | 0.00 | 0.00 | 0.00 |
| 18-2 | Springboro-Harrison, Ltd. | 0.00 | 0.00 | 0.00 |
| 18-3 | Ancora Intermediate Holdings LLC | 0.00 | 0.00 | 0.00 |
| 18-4 | Field Point Agency Services, Inc. | 0.00 | 0.00 | 0.00 |
| 18-5 | Texas Comptroller of Public Accounts | 0.00 | 0.00 | 0.00 |
| 18-6 | NM Taxation & Revenue Department | 194.40 | 0.00 | 14.02 |
| 18-7 | S&B Interest, Inc. | 1,917.32 | 0.00 | 138.24 |
| 18-9 | Illinois Department of Revenue | 959.99 | 0.00 | 69.22 |
| 18 | COOLEY LLP | 170,631.03 | 0.00 | 12,302.75 |
| 19-1 | Beck Energy Corporation | 0.00 | 0.00 | 0.00 |
| 19-3 | Ancora Intermediate Holdings LLC | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 19-4 | Field Point Agency Services, Inc. | 0.00 | 0.00 | 0.00 |
| 19-6 | Ohio Custodial Management | 6,428.50 | 0.00 | 463.50 |
| 19 | EDUFFICIENT - FEES | 3,084,799.00 | 0.00 | 222,418.48 |
| 20-11 | American Medical Technologists | 2,760.00 | 0.00 | 199.00 |
| 20-1 | Johnson Controls Security Solutions LLC | 39,334.52 | 0.00 | 2,836.08 |
| 20-12 | Attention to Detail Cleaning Services Inc. | 6,507.26 | 0.00 | 469.18 |
| 20-14 | Columbia Gas of Virginia | 949.10 | 0.00 | 68.43 |
| 20-15 | Cumberland Septic Service Inc. | 588.61 | 0.00 | 42.44 |
| 20-16 | Surescreen Labs | 4,172.00 | 0.00 | 300.81 |
| 20-17 | Sky is the Limit Clearning Service LLC | 4,400.00 | 0.00 | 317.25 |
| 20-19 | Tanglewood Venture, LLC | 0.00 | 0.00 | 0.00 |
| 20-2 | Johnson Controls Security Solutions LLC | 12,569.77 | 0.00 | 906.30 |
| 20-3 | Penske Truck Leasing Co., L.P. | 111,288.22 | 0.00 | 8,024.04 |
| 20-4 | Ancora Intermediate Holdings LLC | 0.00 | 0.00 | 0.00 |
| 20-5 | Field Point Agency Services, Inc. | 0.00 | 0.00 | 0.00 |
| 20-6 | Gary Willis Plumbing Inc. | 2,774.13 | 0.00 | 200.02 |
| 20-7 | Hartman Publishing Co., Inc. | 1,621.43 | 0.00 | 116.91 |
| 20-8 | HALO Branded Solutions, Inc. | 421.34 | 0.00 | 30.38 |
| 20-9 | Allways Shred Inc dba Proshred of Raleig | 300.00 | 0.00 | 21.63 |
| 20 | TANGIBLE IMPACT, INC | 50,037.50 | 0.00 | 3,607.78 |
| 21-11 | Charles J. Becker & Bro Inc. dba Becker's | 1,138.75 | 0.00 | 82.11 |
| 21-1 | Penske Truck Leasing Co., L.P. | 32,084.08 | 0.00 | 2,313.31 |
| 21-12 | Elenco Electronics Inc. | 893.69 | 0.00 | 64.44 |
| 21-2 | Ancora Intermediate Holdings LLC | 0.00 | 0.00 | 0.00 |
| 21-3 | Field Point Agency Services, Inc. | 0.00 | 0.00 | 0.00 |
| 21-4 | Marquis Art & Frame | 1,655.00 | 0.00 | 119.33 |
| 21-5 | MacIntosh Linen Services | 2,125.74 | 0.00 | 153.27 |
| 21-6 | App-Techs Corporation | 3,107.72 | 0.00 | 224.07 |
| 21-7 | Kilgore International Inc. | 4,008.75 | 0.00 | 289.04 |
| 21-8 | J. M. Olver, Inc. | 5,497.00 | 0.00 | 396.34 |

**UST Form 101-7-NFR (10/1/2010)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 21-9 | Indian Product/Atul Kumar | 2,595.00 | 0.00 | 187.10 |
| 21 | CARL HORN, III | 32,030.89 | 0.00 | 2,309.47 |
| 22 | Arena Commons, LLC | 560,413.70 | 0.00 | 40,406.64 |
| 23 | US INTERNATIONAL MEDIA LLC | 3,639,515.39 | 0.00 | 262,414.33 |
| 24 | ALAQUEST INTERNATIONAL, INC. | 950.00 | 0.00 | 68.50 |
| 25-1 | Ancora Intermediate Holdings LLC | 0.00 | 0.00 | 0.00 |
| 25-2 | Field Point Agency Services, Inc. | 0.00 | 0.00 | 0.00 |
| 25-3 | Mid South Fire Protection, Inc | 890.00 | 0.00 | 64.17 |
| 25-5 | Integrity Facility Solutions | 8,681.50 | 0.00 | 625.95 |
| 25-6 | B&WA, LLC | 0.00 | 0.00 | 0.00 |
| 25-7 | Shred-It USA LLC | 2,835.87 | 0.00 | 204.47 |
| 25 | CDW | 5,320.00 | 0.00 | 383.58 |
| 26-1 | Springboro-Harrison, Ltd. | 702,000.00 | 0.00 | 50,615.22 |
| 26-2 | Ancora Intermediate Holdings LLC | 0.00 | 0.00 | 0.00 |
| 26-3 | Field Point Agency Services, Inc. | 0.00 | 0.00 | 0.00 |
| 26-5 | Rumpke Consolidated Companies, Inc. | 577.56 | 0.00 | 41.64 |
| 26-6 | Stebbins Plumbing & Heating | 355.00 | 0.00 | 25.60 |
| 26-8 | XPrep Learning Solutions | 1,977.30 | 0.00 | 142.57 |
| 26-9 | Troy Business Park Ltd. | 1,753,077.33 | 0.00 | 126,399.42 |
| 26 | Profiles International LLC | 54,750.00 | 0.00 | 3,947.55 |
| 27-10 | Piedmont Service Group | 17,140.02 | 0.00 | 1,235.82 |
| 27-12 | DiMone Plumbing Inc. | 3,056.90 | 0.00 | 220.41 |
| 27-1 | Penske Truck Leasing Co., L.P. | 173.04 | 0.00 | 12.48 |
| 27-13 | Circadia by Dr. - Dr. Publiese Inc. | 9,847.63 | 0.00 | 710.03 |
| 27-14 | North Carolina Department of Revenue | 3,225.38 | 0.00 | 232.55 |
| 27-15 | Michigan Department of Treasury | 140.61 | 0.00 | 10.14 |
| 27-16 | Chuck's Lawn Care/Charles A Wallace II | 1,926.00 | 0.00 | 138.87 |
| 27-18 | Charlette DuFray Johnson | 4,579.74 | 0.00 | 330.21 |
| 27-2 | Penske Truck Leasing Co., L.P. | 0.00 | 0.00 | 0.00 |
| 27-4 | Ancora Intermediate Holdings LLC | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 27-5 | Field Point Agency Services, Inc. | 0.00 | 0.00 | 0.00 |
| 27-6 | Texas Comptroller of Public Accounts | 0.00 | 0.00 | 0.00 |
| 27-7 | Pitney Bowes | 10,143.60 | 0.00 | 731.37 |
| 27-8 | Pitney Bowes | 3,288.51 | 0.00 | 237.11 |
| 27-9 | Pitney Bowes | 3,149.07 | 0.00 | 227.05 |
| 27 | MBC Carlisle, LP | 866,773.80 | 0.00 | 62,495.65 |
| 28-10 | Lighthouse Coffee Company | 938.74 | 0.00 | 67.68 |
| 28-11 | J&S Landscape Design Inc. | 1,347.75 | 0.00 | 97.17 |
| 28-12 | UGI Utililties, Inc. | 68.32 | 0.00 | 4.93 |
| 28-1 | Penske Truck Leasing Co., L.P. | 51,979.01 | 0.00 | 3,747.76 |
| 28-13 | Top Job Building Services Inc. | 3,715.51 | 0.00 | 267.89 |
| 28-14 | PPL Electric Utilities | 15,964.22 | 0.00 | 1,151.04 |
| 28-15 | Shred-It USA LLC | 3,113.74 | 0.00 | 224.51 |
| 28-16 | J&S Landscape Design Inc. | 0.00 | 0.00 | 0.00 |
| 28-2 | Ancora Intermediate Holdings LLC | 0.00 | 0.00 | 0.00 |
| 28-3 | Field Point Agency Services, Inc. | 0.00 | 0.00 | 0.00 |
| 28-4 | Uline Shipping Supplies | 594.06 | 0.00 | 42.83 |
| 28-5 | JNN Consulting, Inc. | 350.00 | 0.00 | 25.24 |
| 28-6 | Triangle Fire Protection Inc. | 572.00 | 0.00 | 41.24 |
| 28-7 | Fidler Brothers Construction, Inc. | 2,332.50 | 0.00 | 168.18 |
| 28-8 | Heads Not Hands, LLC | 3,843.40 | 0.00 | 277.11 |
| 28 | RADCLIFFE GROUP, INC. | 5,376.00 | 0.00 | 387.62 |
| 29-1 | Ancora Intermediate Holdings LLC | 0.00 | 0.00 | 0.00 |
| 29-2 | Field Point Agency Services, Inc. | 0.00 | 0.00 | 0.00 |
| 29 | International Fidelity Insurance Company | 0.00 | 0.00 | 0.00 |
| 30-10 | Reliable Building Solutions, Inc. | 16,412.42 | 0.00 | 1,183.36 |
| 30-11 | Kings Aire | 773.27 | 0.00 | 55.75 |
| 30-12 | Stuart C Irby Co | 2,917.12 | 0.00 | 210.33 |
| 30-1 | Penske Truck Leasing Co., L.P. | 120,143.99 | 0.00 | 8,662.56 |
| 30-13 | Thrifty Nickel Lubbock | 840.00 | 0.00 | 60.57 |

**UST Form 101-7-NFR (10/1/2010)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 30-15 | DACC - CTP | 5,002.48 | 0.00 | 360.69 |
| 30-16 | We R CPR | 615.50 | 0.00 | 44.38 |
| 30-17 | Professional Labs, Inc. | 625.00 | 0.00 | 45.06 |
| 30-18 | Piedmont Natural Gas | 3,569.15 | 0.00 | 257.34 |
| 30-19 | Brown Industries, Inc. | 385.49 | 0.00 | 27.79 |
| 30-20 | West Odessa Chiropractic Clinic/Carl T | 6,205.00 | 0.00 | 447.39 |
| 30-21 | Texas Truck & Equipment Sales & Salvage Inc. | 2,434.93 | 0.00 | 175.56 |
| 30-22 | Cherokee Dunbar, LLC | 47,405.12 | 0.00 | 3,417.98 |
| 30-2 | Ancora Intermediate Holdings LLC | 0.00 | 0.00 | 0.00 |
| 30-3 | Field Point Agency Services, Inc. | 0.00 | 0.00 | 0.00 |
| 30-3 | Field Point Agency Services, Inc. | 0.00 | 0.00 | 0.00 |
| 30-4 | Texas Comptroller of Public Accounts | 0.00 | 0.00 | 0.00 |
| 30-5 | Cherokee Dunbar, LLC | 0.00 | 0.00 | 0.00 |
| 30-6 | Nashville Electric Service | 1,931.06 | 0.00 | 139.23 |
| 30-7 | Patriot Truck & Trailer LLC | 377.03 | 0.00 | 27.18 |
| 30-8 | Koorsen Fire & Security Inc. | 140.93 | 0.00 | 10.16 |
| 30-9 | Side by Side Productions Inc dba Vanguar | 4,500.00 | 0.00 | 324.46 |
| 30 | MBC Carlisle, LP | 0.00 | 0.00 | 0.00 |
| 31-1 | Tucson 5151 Investments, LLC | 0.00 | 0.00 | 0.00 |
| 31-2 | Ancora Intermediate Holdings LLC | 0.00 | 0.00 | 0.00 |
| 31-3 | Field Point Agency Services, Inc. | 0.00 | 0.00 | 0.00 |
| 31-4 | The Oschmann Organization Inc dba OSCHMA | 380.00 | 0.00 | 27.40 |
| 31 | STRATEGY CONSULTANTS LLC | 6,655.00 | 0.00 | 479.84 |
| 32 | PENN FOSTER INC | 483,672.55 | 0.00 | 34,873.49 |
| 33 | American Express Travel Related Services Company, | 1,236.61 | 0.00 | 89.16 |
| 34 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 35 | VANDEVENTER BLACK LLP | 146,293.20 | 0.00 | 10,547.95 |
| 36 | WONDERLIC, INC. | 19,544.84 | 0.00 | 1,409.21 |
| 37 | HD MEDINA 1 LLC | 186,752.47 | 0.00 | 13,465.12 |

**UST Form 101-7-NFR (10/1/2010)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 38 | JD Eatherly | 684,771.62 | 0.00 | 49,373.03 |
| 39 | dinCloud LLC | 12,033.18 | 0.00 | 867.61 |
| 40 | Beck Energy Corporation | 1,033,010.80 | 0.00 | 74,481.58 |
| 41 | MONARCH MARKETING INC | 195,589.75 | 0.00 | 14,102.31 |
| 42 | WMAZ/EMAZ | 160,162.10 | 0.00 | 11,547.92 |
| 43 | Life Insurance Company of North America | 52,672.52 | 0.00 | 3,797.77 |
| 44 | CHECKSTER LLC DBA CHECKSTER | 0.00 | 0.00 | 0.00 |
| 45 | Crown Point Investments, LLC | 829,483.68 | 0.00 | 59,806.98 |
| 46 | Sinclair Broadcast Group/Multiple Stations | 721,612.12 | 0.00 | 52,029.28 |
| 47 | Thruline Marketing, Inc. | 216,325.00 | 0.00 | 15,597.35 |
| 48 | Beacon Hill Staffing Group, LLC | 0.00 | 0.00 | 0.00 |
| 49 | KFOX | 13,789.00 | 0.00 | 994.21 |
| 50 | EMPLOYEE NAVIGATOR | 4,086.50 | 0.00 | 294.64 |
| 51 | Sam's Commercial Cleaning | 10,000.00 | 0.00 | 721.01 |
| 52 | Domonique Finney | 0.00 | 0.00 | 0.00 |
| 53 | Gary Weaver | 0.00 | 0.00 | 0.00 |
| 54 | Lamikka S. Bell | 0.00 | 0.00 | 0.00 |
| 55 | Amelia Couch | 0.00 | 0.00 | 0.00 |
| 56 | Catherine Keeney | 0.00 | 0.00 | 0.00 |
| 57 | Verizon Business Global LLC | 8,012.26 | 0.00 | 577.70 |
| 58 | Faith Wimmer | 0.00 | 0.00 | 0.00 |
| 59 | McGraw-Hill Global Education, LLC | 1,807,708.57 | 0.00 | 130,338.41 |
| 60 | Melissa Susie Rowland | 2,436.15 | 0.00 | 175.65 |
| 61 | Hot In the Kitchen, LLC | 166,755.97 | 0.00 | 12,023.35 |
| 62 | Education Partners, LLC | 683,200.00 | 0.00 | 49,259.71 |
| 63 | KeyBank National Association | 2,247,111.65 | 0.00 | 162,020.01 |
| 64 | Campus Management Corp | 361,061.96 | 0.00 | 26,033.09 |
| 66 | MONARCH MARKETING INC | 0.00 | 0.00 | 0.00 |
| 67 | Nexstar Broadcasting, Inc. | 64,043.25 | 0.00 | 4,617.61 |
| 68 | Tucson 5151 Investments, LLC | 1,531,266.09 | 0.00 | 110,406.51 |

**UST Form 101-7-NFR (10/1/2010)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 69 | Ancora Intermediate Holdings LLC | 0.00 | 0.00 | 0.00 |
| 70 | Canal, LLC | 239,460.29 | 0.00 | 17,265.43 |
| 71 | Canal II, LLC | 228,005.30 | 0.00 | 16,439.51 |
| 72 | Field Point Agency Services, Inc. | 0.00 | 0.00 | 0.00 |
| 73 | Iron Mountain Information Management, LLC | 4,831.55 | 0.00 | 348.36 |
| 74 | Regina Flora | 0.00 | 0.00 | 0.00 |
| 75 | Outfront Media LLC | 65,997.53 | 0.00 | 4,758.52 |
| 77 | Testout Corporation | 77,605.00 | 0.00 | 5,595.43 |
| 78 | AMBASSADOR COLLEGE BOOK - MELVILLE | 13,125.16 | 0.00 | 946.34 |
| 81 | American Express Travel Related Services Company, Inc. | 3,444.19 | 0.00 | 248.33 |
| 82 | American Express Travel Related Services Company, | 3,737.32 | 0.00 | 269.47 |
| 83 | American Express Travel Related Services Company, | 1,019.34 | 0.00 | 73.50 |
| 84 | American Express Travel Related Services Company, | 3,741.15 | 0.00 | 269.74 |
| 85 | American Express Travel Related Services Company, | 1,937.34 | 0.00 | 139.69 |
| 86 | American Express Travel Related Services Company, | 1,349.65 | 0.00 | 97.31 |
| 87 | American Express Travel Related Services Company, | 377.23 | 0.00 | 27.20 |
| 88 | American Express Travel Related Services Company, | 14.68 | 0.00 | 1.06 |
| 89 | American Express Travel Related Services Company, | 1,207.17 | 0.00 | 87.04 |
| 90 | St. Moritz Building Services, Inc | 33,118.66 | 0.00 | 2,387.90 |
| 91 | Dixon Hughes Goodman LLP | 70,000.00 | 0.00 | 5,047.10 |
| 92 | HERFF JONES LLC | 15,614.98 | 0.00 | 1,125.86 |
| 93 | JD Eatherly | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 1,858,705.86
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $839,409.54 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 01-4-2 | IRS | 58,521.49 | 0.00 | 0.00 |
| 14-5 | Internal Revenue Service | 59,540.00 | 0.00 | 0.00 |
| 18-8 | Internal Revenue Service | 195,260.00 | 0.00 | 0.00 |
| 19-5 | Internal Revenue Service | 47,060.00 | 0.00 | 0.00 |
| 20-13 | Internal Revenue Service | 538.12 | 0.00 | 0.00 |
| 21-10 | Internal Revenue Service | 103,769.93 | 0.00 | 0.00 |
| 25-4 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 26-7 | Internal Revenue Service | 30,420.00 | 0.00 | 0.00 |
| 27-11 | Internal Revenue Service | 332,540.00 | 0.00 | 0.00 |
| 28-9 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 30-14 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 76 | Texas Comptroller of Public Accounts | 0.00 | 0.00 | 0.00 |
| 79 | NPG of Texas, L.P. | 11,760.00 | 0.00 | 0.00 |
| 80 | Professional Labs, Inc. | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $            0.00
Remaining balance:                                      $            0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $815,207.63 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 20-21 | Internal Revenue Service | 15,904.10 | 0.00 | 0.00 |
| 21-14 | Internal Revenue Service | 110,618.84 | 0.00 | 0.00 |
| 25-9 | Internal Revenue Service | 74,916.30 | 0.00 | 0.00 |
| 28-18 | Internal Revenue Service | 306,109.27 | 0.00 | 0.00 |
| 30-24 | Internal Revenue Service | 307,659.12 | 0.00 | 0.00 |

Total to be paid for subordinated claims:  $     0.00
Remaining balance:  $     0.00

Prepared By: /s/ Bruce E. Robinson
Trustee

Bruce E. Robinson
Chapter 7 Trustee
P. O. Box 538
South Hill, VA  23970-0538
(434) 447-7922
bruce.robinsontr@gmail.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**