Alaquest International, Inc.
28 Molasses Hill Rd.
Lebanon, NJ 08833-3206

Allways Shred Inc
dba ProShred of Raleigh
3909 Memo Ct.
Raleigh, NC 27610-1375

Ambassador College Bookstores Inc
445 Broad Hollow Rd  #206
Melville, NY 11747-3601

American Express Travel Related Services Co., Inc.
c/o Becket and Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

American Medical Technologists
10700 W. Higgins Rd.
Suite 150
Rosemont, IL 60018-3722

Ancora Intermediate Holdings LLC
Sarah Boehm, McGuireWoods LLP
Gateway Plaza, 800 E. Canal St.
Richmond, VA 23219-3916

Apps-Techs Corporation
505 Willow Lane
Lancaster, PA 17601

Arena Commons, LLC
c/o James T. Shoemaker, Esq.
600 Third Avenue
Kingston, PA 18704-5815

Arizona Dept. of Economic Security
PO BOX 6028
Phoenix, AZ 85005-6028

Attention To Detail Cleaning Serv
824 Gumbranch Rd., Ste S
Jacksonville, NC 28540-6269

Beacon Hill Staffing Group, LLC
152 Bowdoin St.
Boston, MA 02106-2702

Beck Energy Corp.
c/o Joseph J. Pasquarella, Esq.
PO Box 36963
Canton, OH 44735-6963

Becker's School Supplies
c/o Kurt W. Becker
1500 Melrose Hwy
Pennsauken, NJ 08110-1410

Brown Industries, Inc.
344 W. Front St., Ste 100
Media, PA 19063-2640

Campus Management Corp.
5201 Congress Ave., Ste 220A
Boca Raton, FL 33487-3629

Canal, LLC
1025 West Rahn Rd.
Dayton, OH 45429-2048

Canon Financial Services, Inc.
158 Gaither Dr., Suite 200
Mt. Laurel, NJ 08054-1716

Carl Horn, III
2810 Wamath Dr.
Charlotte, NC 28210-4886

Catherine Keeney
3891 Kentland Drive
Roanoke, VA 24018-2417

Checkster LLC
926 Diablo Ave. #305
Novato, CA 94947-4025

Cherokee Dunbar, LLC
Whit Wilson, President
104 Woodmont Blvd, # 310
Nashville, TN 37205-2245

Chuck's Lawn Service
Charles A. Wallace II
3710 Habberline St.
Wilmington, NC 28412-7209

Circadia By Dr. Puglese, Inc
1025 James Dr.
Leesport, PA 19533-8841

Cisco Systems Capital Corp.
Lawrence Schwab/Thomas Gaa
633 Menlo Avenue, Suite 100
Menlo Park, CA 94025-4711

CIT Finance, LLC
c/o Bankruptcy Processing Solutions
PO Box 593007
San Antonio, TX 78259-0200

City of Lynchburg
PO Box 9000
Lynchburg, VA 24505-9000

Columbia Gas of Virginia
PO Box 117
Columbus, OH 43216-0117

Commonwealth of PA – UCTS
Dept. of Labor and Industry
651 Boas St., Rm 702
Harrisburg, PA 17121-0751

Cooley LLP
Attn: J. Michael Kelly
3 Embarcadero Ctr, 20th flr
San Francisco, CA 94111-4004

County of Roanoke Virginia
Peter S. Lubeck, Esq.
PO Box 29800
Roanoke, VA 24018-0798

Crown Point Investments, LLC
Greenberger & Brewer, LLP
7750 Montgomery Rd., Suite 205
Cincinnati, OH 45236-4254

Customer Septic Services Inc
PO Box 35192
Fayetteville, NC 28303-0192

DACC – CTP, LLC
Workforce Development Center
Box 30001, MSC 3DA
Las Cruces, NM 88003-8001

dinCloud LLC
27520 Hawthorne Blvd., Ste 180
Rolling Hills Estate, CA 90274-3542

KeyBank National Assn
c/o Robert J. Burns, Esq.
127 Public Square, 2nd flr
Cleveland, OH  44114-1260

Education Partners, LLC
Ryan D. Thompson, Esq.
1901 6th Ave., N., Ste 2400
Birmingham, AL 35203-4604

Edufficient – Fees
6 Forest Ave., 2nd floor
Paramus, NJ 07652-5245

Elenco Electronics Inc
150 Carpenter Ave
Wheeling, IL 60090-6008

Faith Wimmer
348 Middle Street
Newcastle, VA 24127-7986

Fidler Brothers Construction Inc
2052 Panther Valley Rd
Pottsville, PA 17901-8772

Field Point Agency Services, Inc.
Sarah Boehm, McGuireWoods LLP
Gateway Plaza, 800 E. Canal St.
Richmond, VA 23219-3916

Gary Weaver
1902 Wise Avenue, Apt 7
Roanoke, VA 24013-1347

Gary Willis Plumbing Inc
2858 Bailey Rd.
Coats, NC 27521-9004

HALO Branded Solutions, Inc
1500 Halo Way
Sterling, IL 61081-5500

Hartman Publishing Co, Inc
1313 Iron Ave, SW
Albuquerque, NM 87102-3757

HD Medina 1 LLC
10020 Aurora Hudson Rd.
Streetsboro, OH 44241-1621

Heads Not Hands, LLC
City Wide of Central PA
2101 N. Front St., Bldg 3, Ste 301
Harrisburg, PA 17110-4000

Herff Jones LLC
4501 W. 62nd Street
Indianapolis, IN 46268-2587

Hot In the Kitchen, LLC
Joseph J. Trad
600 Washington Ave., Ste 2500
St. Louis, MO 63101-1311

Illinois Dept. of Revenue
Bankruptcy Section
PO Box 19035
Springfield, IL 62794-9035

Indian Product
Atul Lumar
864 N. Madison St.
Crown Point, IN 46307-8212

Integrity Facility Solutions
PO Box 214
Forney, TX 75126-0214

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 76,  M/S Room 898
Richmond, VA 23219-0076

International Fidelity Insurance Co
Kathleen Maloney
2570 Boulevard of the Generals
Suite 125
Norristown, PA 19403-5290

Iron Mountain Information
Management, LLC
Attn: Joseph Corrigan, 7th floor
1 Federal St.
Boston, MA 02110-2003

J&S Landscaping Design Inc
13 Red Ridge Rd.
Zion Grove, PA 17985-9589

JD Eatherly
c/o Joseph P. Rusnak
315 Deaderick St., Ste 1700
Nashville, TN 37238-1700

J.M. Oliver, Inc.
Rosemary Ryan
101 Waverly Ave.
Morton, PA 19070-1936

JNN Consulting Inc
dba Fish Window Cleaning
PO Box 6507
Bossier City, LA 71171-6507

Johnson Controls Security Solutions
10405 Crosspoint Blvd
Indianapolis, IN 46256-3323

KFOX
c/o CCR
20 Broad Hollow Rd., Ste 1002
Melville, NY 11747-2502

Kilgore International Inc
595 W. Chicago St.
Coldwater, MI 49036-9189

Kings Aire
1035 Kessler Dr.
El Paso, TX 79907-1840

Koorsen Fire & Security Inc
2719 N. Arlington Ave
Indianapolis, IN 46218-3322

Lamikka S. Bell
c/o Tammy Sossei, Esquire
Sossei Law, PC
4114 E. Parham Rd., Suite C
Richmond, VA 23228-2759

Let's Eat Enterprises, Inc
dba Avalon Catering
2191-D Briarcliff Rd. NE
Atlanta, GA 30329-4327

Life Insurance Co of North America
Marylou Kilian Rice, Compliance
900 Cottage Grove Road, B6LPA
Hartford, CT 06152-0001

Lighthouse Coffee Company
PO Box 2137
Brunswick, GA 31521-2137

MacIntosh Linen Services
2255 City Line Rd
Bethlehem, PA 18017-2129

Marquis Art & Frame
122 S. Main Street
Wilkes-Barre, PA 18701-1601

MBC Carlisle, LP
J. T. Herber, III
10 Westwood Rd.
Pottsville, PA 17901-1314

McGraw-Hill Global Education, LLC
c/o Gibbons P.C.
Attn: David N. Crapo, Esq.
One Gateway Center
Newark, NJ 07102-5310

Melissa Susie Rowland
c/o Paul J. Feinman
Petty, Livingston, Dawson & Richards
P. O. Box 1080
Lynchburg, VA 24505-1080

Michigan Dept. of Treasury
Bankruptcy Unit
PO Box 30168
Lansing, MI 48909-7668

Mid South Fire Protection Inc.
669 Aero Dr.
Shreveport, LA 71107-6943

Monarch Marketing Inc
13014 N Dale Mabry Hwy, #316
Tampa, FL 33618-2808

Nashville Electric Service
1214 Chruch St.
Nashville, TN 37246-0001

Nexstar Broadcasting, Inc.
545 E. John Carpenter Frwy
Ste 700
Irving, TX 75062-3932

New Mexico Taxation & Revenue
Dept.
PO Box 8575
Albuquerque, NM 87198-8575

North Carolina Dept. of Revenue
PO Box 1168
Raleigh, NC 27602-1168

NPG of Texas, L.P.
c/o Colbert N. Coldwell
4171 North Mesa St, Ste B-201
El Paso, TX 79902-1431

Ohio Bureau of Workers' Comp.
Legal Division
PO Box 15567
Columbus, OH 43215-0567

Ohio Custodial Management
Ray Windisch
1291 South High Street
Columbus, OH 46203-3445

Outfront Media LLC
c/o Claudio E Iannitelli, Esq.
Iannitelli Marcolini, PC
5353 N. 16th St., Ste 315
Phoenix, AZ 85016-3227

Patriot Truck & Trailer LLC
510 Realtor Ave
Texarkana, AR 71854-1016

Penn Foster, Inc.
925 Oak St.
Scranton, PA 18515-0901

Penske Truck Leasing Co., L.P.
PO Box 563
Reading, PA 19603-0563

Piedmont Natural Gas
Attn: CH 7
4339 S. Tryon St.
Charlotte, NC 28216-1733

Piedmont Service Group
1031 Nowell Rd
Raleigh, NC 27607-5130

Pitney Bowes Inc
27 Waterview Dr., 3rd Flr
Shelton, CT 06484-4301

PPL Electric Utilities
827 Hausman Road
Allentown, PA 18104-9392

Professional Labs, Inc
Terry M. Cole
2257 Wilma Rudolph Blvd, Ste D
Clarksville, TN 37040-6194

Profiles International LLC
John Wiley & Sons Inc.
c/o Jayne Beam
1 Wiley Drive
Somerset, NJ 08873-1222

R&D Mechanical Services, Inc
PO Box 5090
Canton, GA 30114-0033

The Radcliff Group, Inc.
Attn: Chuck Biladeau
129 Hawks Bay Ct.
Six Mile, SC 29682

Reliable Building Solutions Inc
6232 Airpark Dr
Chattanooga, TN 37421-2988

Rumpke Consolidated Co, Inc
10795 Hughes Rd.
Cincinnati, OH 45251-4523

Sam's Commercial Cleaning
PO Box 963
Ehrenberg, AZ 85334-0963

ServiceMaster Action Cleaning
c/o G. Scott Moore, APLC
1204 Stubbs Ave., Suite A
Monroe, LA 71201-5631

Shred-It USA, LLC
7734 S. 133rd Street
Omaha, NE 68138-3499

Side By Side Productions Inc
dba Vanguar
2000 Glenn Echo Rd, Ste 107
Nashville, TN 37215-2857

Sinclair Broadcast Group
20 Broad Hollow Rd., Suite 1002
Melville, NY 11747-2502

Sky Is The Limit Cleaning Service
201 Wilderness Rd.
Rustburg, VA 24588-2005

Springboro-Harrison, Ltd.
Doron Yitzchaki, Dickinson Wright
350 S. Main Street, Suite 300
Ann Arbor, MI 48104-2131

Staples
Attn: Adrienne Chavis
7 Technology Circle
Columbia, SC 29203-9591

Stebbins Plumbing & Heating
621 E. Dixie Dr.
West Carrollton, OH 45449-1830

STG International, Inc.
c/o Mitchell B. Weitzman, Esq.
Jackson & Campbell, P.C.
1120 20th Street NW, Ste 300S
Washington, DC 20036-3445

Strategy Consultants, LLC
Graydon Head & Ritchey
312 Walnut St., Suite 1800
Cincinnati, OH 45202-4060

Stuart C. Irby Co.
815 Irby Drive
Jackson, MS 39201-5806

SureScreens Labs
2015 Assembly Street
Columbia, SC 29201-2130

Tangible Impact, Inc.
5778 Rushwood Dr.
Dublin, OH 43017-8816

Testout Corporation
50 South Main St.
Pleasant Grove, UT 84062-2630

Texas Comptroller of Public Accounts
Office of the Attorney General
Bankruptcy & Collections Division
PO Box 12548, MC-008
Austin, TX 78711-2578

Texas Truck & Equipment Sales
1115 E. Slaton Rd., Unit A
Lubbock, TX 79404-6001

The Oschmann Organization Inc
dba Oschma
1037 S. Alvernon Way, Ste 150
Tucson, AZ 85711-5349

Thruline Marketing, Inc.
Scott West
15500 W. 113th St, Suite 200
Lenexa, KS 66219-5106

Trebig Highway 49, LLC
Thomas K. Potter, III
222 Second Ave. South, Ste 2000
Nashville, TN 37201-2385

Triangle Fire Protection Inc
20 Roadway Dr
Carlisle, PA 17015-8807

Thrifty Nickel Lubbock
3524 34th Street
Lubbock, TX 79410-2832

Top Job Building Services Inc
1115 S. 10th St.
Allentown, PA 18103-3903

Troy Business Park, Ltd.
c/o Roger E. Luring, Esquire
314 W. Main St.
Troy, OH 45373-3242

Tucson 5151 Investments, LLC
c/o Michael S. Myers
Ballard Spahr LLP
1 E. Washington Street, Suite 2300
Phoenix, AZ 85004-2555

UGI Utilities, Inc.
PO Box 13009
Reading, PA 19612-3009

Uline Shipping Supplies
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

US International Media LLC
3415 South Sepulveda Blvd
Suite 800
Los Angeles, CA 90034-6033

Vandeventer Black, LLP
101 W. Main St., Suite 500
Norfolk, VA 23510-1674

Verizon Business Global LLC
William M Vermette
22001 Loudoun County Pkwy
Ashburn, VA 20147-6105

WE R CPR
9854 Dallas Hollow Rd.
Soddy Daisy, TN 37379-3909

West Odessa Chiropractic Clinic
1319 W. 22nd Street
Odessa, TX 79763-2406

WMAZ/EMAZ
20 Broad Hollow Rd., Ste 1002
Melville, NY 11747-2502

Wonderlic, Inc.
3401 Salterbeck Ct., Suite 201
Mt. Pleasant, SC 29466-7168

XPrep Learning Solutions
320 SW Century Dr.
Suite 405, PMB 394
Bend, OR 97702-3037

Charlette Dufray Johnson
1909 North Hills Dr.
Apt. B
Raleigh, NC  27612

Dixon Hughes Goodman LLP
c/o Nathan Kramer
Riverfront Plaza, E. tower
951 E. Byrd St.
Richmond, VA 23219

Charles Alt, Esquire
Dixon Hughes Goodman, LLP
4350 Congress St., Ste 900
Charlotte, NC 28209

St. Moritz Building Services Inc
Gary J. Bradley, Esquire
4615 Clairton Blvd
Pittsburgh, PA 15236