UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
<u>  Richmond  </u> Division

In re  Delta Career Education Corporation         Case No.  18-33822-KLP

**Debtor(s)**                                     Chapter  7

AMENDED

ORDER FOR RETURN OF UNCLAIMED
FUNDS

An Application for Payment of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said application having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $ 126,399.42                  , currently on deposit with the Treasury of the United States, be returned to:

Dilks & Knopik, LLC as assignee to Troy Business Park Ltd.
35308 SE Center Street
Snoqualmie, WA 98065

**IT IS FURTHER ORDERED** that such funds shall be disbursed only after 14 days has expired from the date of entry of this Order.

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.

Date:  Dec 5 2023                    /s/ Keith L Phillips
                                     United States Bankruptcy Judge

                                     NOTICE OF JUDGMENT OR ORDER
                                     ENTERED ON DOCKET:
                                     Dec 5 2023

pc: Financial Administrator

[ounclmfd ver. 10/22]